```
RECEIPT #_____
AMOUNT $ N/A
SUMMONS ISSUED N/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. _____
DATE  12-31-03
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW HAVEN SAVINGS BANK,          )
                                  )  Case No.
         Plaintiff,               )
                                  )
    v.                            )  Formerly
                                  )  Case No. 2003-02070-B
ALTHEA FOLLINS, HAROLD FOLLINS,   )  Norfolk Co. Sup. Ct.
AETNA FINANCE COMPANY d/b/a       )  Massachusetts
ITT FINANCIAL SERVICES, SECOND    )
FEDERAL FUNDING, UNITED STATES    )
OF AMERICA, and BAY STATE GAS,    )
                                  )
         Defendants.              )

MAGISTRATE JUDGE Collings

### NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The plaintiff, New Haven Savings Bank, has filed a Complaint in Interpleader pending in the Commonwealth of Massachusetts Superior Court for Norfolk County, entitled *New Haven Savings Bank v. Althea Follins, et al.*, Case No. 2003-02070-B.

2. The subject matter of the interpleader is property on which the United States has a lien.

3. The United States may have an interest in the interplead funds. (Complaint ¶12).

4. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1442 and/or 1444.

5. No prior removal of this action has been attempted.

6. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b).

7. Copies of all pleadings received by the defendant United States are attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney


GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
31 December 2003
Barbara Healy Smith
Assistant U.S. Attorney

2

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                              SUPERIOR COURT
                                                          CIVIL ACTION

                                                          NO. 2003-02070-B

New Haven Savings Bank
........................................................., Plaintiff(s)

v.

Althea Follins, Harold Follins, Aetna Finace Company
d/b/a ITT Financial Services, Second Federal Funding,
USA and Bay State Gas................, Defendant(s)

### SUMMONS

To the above-named Defendant: United States of America
P.O. Box 9112, Stop 20800, JFK Post Offices, Boston, MA 02031

You are hereby summoned and required to serve upon Veronica C. Viveiros, Esq.
plaintiff's attorney, whose address is P.O. Box 610389
Newton Highlands, MA 02461-0389 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, Esquire, at ........................ the nineteenth
day of November ..............., in the year of our Lord two thousand and three.

                                                          ........................... Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                                         SUPERIOR COURT DEPARTMENT
                                                     OF THE TRIAL COURT
                                                     CIVIL ACTION NO.

NEW HAVEN SAVINGS BANK,

　　　　Plaintiff,

　　　　v.

ALTHEA FOLLINS, HAROLD FOLLINS,
AETNA FINANCE COMPANY D/B/A ITT
FINANCIAL SERVICES, SECOND
FEDERAL FUNDING, UNITED STATES OF
AMERICA, AND BAY STATE GAS,

　　　　Defendants.

## COMPLAINT IN INTERPLEADER
(Mortgage Foreclosure Surplus Proceeds)

### INTRODUCTION

This action is being brought after a foreclosure sale on a property located at 5 Lori Lane, Randolph, MA, New Haven Savings Bank (hereinafter "Plaintiff"), the foreclosing mortgagee, is currently holding surplus funds that it would like to pay into Court. Plaintiff further requests that it be discharged from any further obligation involving this matter.

### PARTIES

In the above action, Plaintiff respectfully represents:

1. The Plaintiff, is a corporation with a usual place of business at 195 Church Street, New Haven, CT.

2. The Defendant, Harold Follins, is, upon information and belief, an individual with a current address of 22 Clark Street, Randolph, MA 02368.

3. The Defendant, Althea Follins, is, upon information and belief, an individual with a current address of 22 Clark Street, Randolph, MA 02368.

4. The Defendant, Aetna Finance Company d/b/a ITT Financial Services is a corporation with its usual place of business at 123 Dyer Street, Providence, RI 02903.

5. The Defendant, Second Federal Funding is a corporation with a usual place of business at c/o Harold Bulan, Trustee, Rand Building, 14 Lafayette Square, Suite 440, Buffalo, NY 14203.

6. The Defendant, the United States of America, is upon information and belief a federal agency with its mailing address at P.O. Box 9112, Stop 20800, J.F.K. Post Office, Boston, MA 02031.

7. The Defendant, Bay State Gas is a corporation with a service address c/o Ganick, O'Brien, and Sarin 161 Granite Avenue, Dorchester, MA 02124.

## FACTS

8. The Plaintiff, was the holder by assignment of a first mortgage from Harold Follins and Althea Follins to Mariner Mortgage Corporation, dated October 30, 1984 and recorded in Book 6530 at Page 134 in the Norfolk County Registry of Deeds, securing the real estate located at 5 Lori Lane, Randolph, MA 02368 ("the property").

9. On June 17, 2003, Plaintiff foreclosed on the mortgaged property by public auction.

10. The mortgaged property was sold to a third party for $267,000.00.

11. After satisfaction of the indebtedness to the Plaintiff, including costs of foreclosure and sale, accrued interest and late charges in the aggregate sum of $166,830.58, there is surplus now held by the Plaintiff in the amount of $106,897.69. See Exhibit "A" attached hereto.

12. The following persons and entities appear of record to be all of the persons or entities having an interest in said funds held by Plaintiff, to wit:

    (a) The Defendant, Althea Follins, is the former holder of the equity of redemption.

    (b) The Defendant, Harold Follins is the former holder of the equity of redemption.

    (c) The Defendant, Aetna Finance Company d/b/a ITT Financial Services is the former holder of a mortgage dated September 22, 1987, and recorded on September 25, 1987 in Book 7747 at Page 523 in the Norfolk County Registry of Deeds in the original amount of $43,280.71.

    (d) The Defendant, Second Federal Funding, is the former holder by assignment of a mortgage dated June 6, 1989 and recorded on September 6, 1989 in Book 8421 in Page 453 in the Norfolk County Registry of Deeds in the original amount of $18,874.80. Said assignment is recorded at Book, 8421, Page 445 in the Norfolk County Registry of Deeds.

(e) The Defendant, the United States of America, is the former holder of a Federal Tax Lien dated May 16, 1991, and recorded on May 23, 1991 in Book 8929 at Page 439 in the Norfolk County Registry of Deeds in the original amount of $11,523.74.

(f) The Defendant, Bay State Gas, was the holder of a Writ of Execution dated December 21, 2001 and recorded on February 19, 2002 in Book 16249, Page 368 in the Norfolk County Registry of Deeds in the original amount of $2,019.00.

## COUNT I

## (DECLARATORY JUDGMENT)

13. The Plaintiff repeats and alleges Paragraph 1 through 12 and incorporates herein by reference.

14. The Plaintiff believes that it runs a risk that adverse claims to the surplus proceeds may be made by Defendants in this action.

15. The Plaintiff is unaware of the respective rights of the Defendants and is unable to determine to whom the funds are justly due and payable.

16. The Plaintiff's only claim in interest in the surplus proceeds is to have the costs and expenses that are associated with this action paid from the surplus proceeds. The Plaintiff has at all times been willing to pay the surplus to such entities or persons as should lawfully be entitled to receive the same and to who the Plaintiff could safely and without hazard to itself pay the same and the Plaintiff hereby

offers to transfer the surplus to this court at such time and under such conditions as the Court may Order and Direct.

**WHEREFORE**, the Plaintiff, New Haven Savings Bank, prays that:

1. The said Defendants be ordered to appear and present their claims, if any, to the surplus funds;

2. That the Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;

3. That the Plaintiff be permitted to pay all surplus funds held by it in the amount of $106,897.69, less its fees and costs incurred in this Interpleader Action, into this Court;

4. That the rights of the Defendants herein named be determined by this Court as to the surplus funds paid into the Court;

5. That this action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

6. For such other and further relief as this Court deems just and proper.

NEW HAVEN SAVINGS BANK
By its Attorney,

Veronica C. Viveiros
BBO #: 631233
David M. Rosen
BBO #: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

November 5, 2003

## EXHIBIT "A"

| | |
|---|---|
| SUCCESSFUL BID: | $267,000.00 |
| CREDIT OF LEGAL FEES AND COSTS: | $6,728.27 |
| TOTAL | $273,728.27 |
| FUNDS OWED TO NEW HAVEN SAVINGS BANK | -$166,830.58 |
| SURPLUS FUNDS: | $106,897.69 |

| CIVIL ACTION COVER SHEET | | Court of Massachusetts Superior Court Department County: Norfolk |
|---|---|---|
| [To] Haven Savings Bank | | [Defendants] Althea Follins, Harold Follins, Aetna Finance Company d/b/a ITT Financial Services, Second Federal Funding, USA and Bay State Gas |
| [FIRM NAME, ADDRESS AND TELEPHONE] [Er]ica C. Viveiros, Harmon Law Offices, P.C. Box 610389, Newton Highlands, MA 02461-0389 [Bar] Overseers number 631233   (617) 558-0500 | | [Attorney if known] Bay State Gas, c/o Ganick, O'Brien & Sarin, 161 Granite Ave., Dorchester, MA 02124 |

### Origin code and track designation

[F]ill x in one box only.
F01 Original Complaint
F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
F03 Retransfer to Sup.Ct. C.231,s.102C (X)

[ ] 4 F04 District Court Appeal c.231, s. 97 & 104 (After trial) (X)
[ ] 5 F05 Reactivated after rescript, relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6 E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| | Interpleader | ( X ) | ( ) Yes   ( X ) No |

[Fol]lowing is a full, itemized and detailed statement of the facts on which plaintiff relies to determine damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

[Doc]umented medical expenses to date:
  Total hospital expenses
  Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . .
  Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . .
  Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . $. . . . .
  Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . $. . . . .
                                                                                              $. . . . .
                                                                              Subtotal $. . . . .
[Doc]umented lost wages and compensation to date . . . . . . . . . . . . . $. . . . .
[Doc]umented property damages to date . . . . . . . . . . . . . . . . . . . . . $. . . . .
[Reas]onably anticipated future medical and hospital expenses . . . . $. . . . .
[Reas]onably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . $. . . . .
[Other] documented items of damages (describe) . . . . . . . . . . . . . . . $. . . . .

[Brief] description of plaintiff's injury, including nature and extent of injury (describe)
                                                                                              $. . . . .

                                                                              TOTAL $. . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

[Detailed] description of claim(s):

[This ac]tion is being brought after a foreclosure sale on a property at 5 Lori Lane, Randolph, [MA. Th]e Plaintiff is currently holding surplus funds that it would like to pay into court and [be dis]charged from any further obligation involving this matter.

                                                                              TOTAL $ 106,892.69

[PLEASE I]DENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR [COURT DE]PARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on [Dispute R]esolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute [resolution] services and discuss with them the advantages and disadvantages of the various methods."

[Signature] of Attorney of Record _____   DATE  11/4/03

Commonwealth of Massachusetts
County of Norfolk
The Superior Court

CIVIL DOCKET # NOCV2003-02070-B

RE: **New Haven Savings Bank v Follins et al**

TO: Veronica C Viveiros, Esquire
   Harmon Law Offices (Mark P)
   150 California Street
   PO Box 610389
   Newton Highlands, MA 02461-0389

## TRACKING ORDER - X TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 02/05/2004 |
| Response to the complaint filed (also see MRCP 12) | 04/05/2004 |
| All motions under MRCP 12, 19, and 20 filed | |
| All motions under MRCP 15 filed | |
| All discovery requests and depositions completed | |
| All motions under MRCP 56 filed and heard | |
| Final pre-trial conference held and/or firm trial date set | 05/05/2004 |
| Case disposed | 06/04/2004 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session "B" sitting in **CtRm 3 Norfolk Superior Court.**

Dated: 11/07/2003

BY:

Walter F. Timilty,
Clerk of Courts

Location: CtRm 3
Telephone: (781) 326-1600

Assistant Clerk

Check website as to status of case: http://ma-trialcourts.org/tcic

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF REMOVAL has been made upon the following by depositing a copy in the United States mail, postage prepaid, this ____ day of _____, 2003:

Veronica C. Viveiros, Esq.
David M. Rosen, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Althea Follins
22 Clark Street
Randolph, MA 02368

Harold Follins
22 Clark Street
Randolph, MA 02368

Aetna Finance Company
d/b/a ITT Financial Services
123 Dyer Street
Providence, RI 02903

Second Federal Funding
c/o Harold Bulan, Trustee
Rand Building
14 Lafeyette Square, Suite 440
Buffalo, NY 14203

Bay State Gas
c/o Ganick O'Brien and Sarin
161 Granite Avenue
Dorchester, MA 02124

_____
Office of the United States Attorney
Suite 9200
United States Courthouse
One Courthouse Way
Boston, MA 02210