UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK, | Case No. |
| Plaintiff, | |
| v. | Formerly Case No. 2003-02070-B |
| ALTHEA FOLLINS, HAROLD FOLLINS, AETNA FINANCE COMPANY d/b/a ITT FINANCIAL SERVICES, SECOND FEDERAL FUNDING, UNITED STATES OF AMERICA, and BAY STATE GAS, | Norfolk Co. Sup. Ct. Massachusetts |
| Defendants. | |

## UNITED STATES OF AMERICA'S NOTICE OF APPEARANCE

Please enter the appearance of Trial Attorney Glenn J. Melcher as attorney for the United States in the above-referenced proceeding.

In addition to undersigned counsel, please provide copies of all pleadings to Barbara Healy Smith, Assistant United States Attorney, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney

GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 31 December 2003
Barbara Healy Smith
Assistant U.S. Attorney