UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 03-12634-RCL |
| ALTHEA FOLLINS, HAROLD FOLLINS, AETNA FINANCE COMPANY d/b/a ITT FINANCIAL SERVICES, SECOND FEDERAL FUNDING, UNITED STATES OF AMERICA, and BAY STATE GAS, | ) |
|       Defendants. | ) |

**UNITED STATES OF AMERICA'S
ANSWER**

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, responds to the complaint in this action as follows:

**FIRST DEFENSE**

The plaintiff is not entitled to fees and costs in bringing this action unless the Internal Revenue Service's lien is fully paid. *United States v. Pioneer Am. Ins. Co.*, 374 U.S. 84, 88-92 (1963) (mortgagee's lien for an attorney's fee which is uncertain in amount and yet to be incurred and paid, such a lien is inchoate and is subordinate to the intervening federal tax lien filed before the mortgagee's lien for the attorney's fee matures); *United States v. R. F. Ball Construction Co., Inc.*, 355 U.S. 587 (1958); *United States v. Liverpool & London Globe Ins. Co. Ltd.*, 348 U.S. 215, 217 (1955); *Nason v. Taylor*, 351 Mass. 347, 221 N.E.2d 400 (1966).

**SECOND DEFENSE**

The United States responds to the numbered paragraphs of the complaint as follows:

PARTIES

1. *The Plaintiff, is a corporation with a usual place of business at 195 Church Street, New Haven, Ct.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the

   truth of the allegations in paragraph 1.

2. *The Defendant, Harold Follins, is, upon information and belief, an individual with a current address of 22 Clark Street, Randolph, MA 02368.*

RESPONSE:   The United States admits the allegations in paragraph 2.

3. *The Defendant, Althea Follins, is, upon information and belief, an individual with a current address of 22 Clark Street, Randolph, MA 02368.*

RESPONSE:   The United States admits the allegations in paragraph 3.

4. *The Defendant, Aetna Finance Company d/b/a ITT Financial Services is a corporation with its usual place of business at 123 Dyer Street, Providence, RI 02903.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the

   truth of the allegations in paragraph 4.

5. *The Defendant, Second Federal Funding is a corporation with a usual place of business at c/o Harold Bulan, Trustee, Rand Building, 14 Lafayette Square, Suite 440, Buffalo, NY 14203.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the

   truth of the allegations in paragraph 5.

6. *The Defendant, the United States of America, is upon information and belief a federal agency with its mailing address at P.O. Box 9112, Stop 20800, J.F.K. Post Office, Bostaon, MA 02031.*

RESPONSE:   The United States denies the allegations in the paragraph 6 and avers that it is a proper

   party defendant in this case.

7. *The Defendant, Bay State Gas is a corporation with a service address c/o Ganick, Obrien, and Sarin 161 Granite Avenue, Dorchester, MA. 02124.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

## FACTS

8. *The Plaintiff, was the holder by assignment of a first mortgage from Harold Follins and Althea Follins to Mariner Mortgage Corporation, dated October 30, 1984 and recorded in Book 6530 at Page 134 in the Norfolk County Registry of Deeds, securing the real estate located at 5 Lori Lane, Randolph, MA 02368 ("the property").*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9. *On June 17, 2003, Plaintiff foreclosed on the mortgaged property by public auction.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9.

10. *The mortgaged property was sold to a third party for $267,000.00.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10.

11. *After satisfaction of the indebtedness to the Plaintiff, including costs of foreclosure and sale, accrued interest and late charges in the aggregate sum of $166,830.58, there is a surplus now held by the Plaintiff in the amount of $106,897.69. See Exhibit "A" attached hereto.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11.

12. *The following persons and entities appear of record to be all of the persons or entities having an interest in said funds held by Plaintiff, to wit:*

*(a)     The Defendant, Althea Follins, is the former holder of the equity of redemption.*
*(b)     The Defendant, Harold Follins, is the former holder of the equity of redemption.*
*(c)     The Defendant, Aetna Finance Company d/b/a ITT Financial Services is the former holder of a mortgage dated September 22, 1987 and recorded on September 25, 1987 in Book 7747 at Page 523 in the Norfolk County Registry of Deeds in the original amount of $43,280.71.*
*(d)     The Defendant, Second Federal Funding, is the former holder by assignment of a mortgage dated June 6, 1989 and recorded on September 6, 1989 in Book 8421 in Page 453 in the Norfolk County Registry of Deeds in the original amount of $18,874.80.  Said assignment is recorded at Book, 8421, Page 445 in the Norfolk County Registry of Deeds.*
*(e)     The Defendant, the United States of America, is the former holder of a Federal Tax Lien dated May 16, 1991, and recorded on May 23, 1991 in Book 8929 at Page 439 in the Norfolk County Registry of Deeds in the original amount of $11,523.74.*
*(f)     The Defendant Bay State Gas, was the holder of a Writ of Execution dated December 21, 2001 and recorded on February 19, 2002 in Book 16429, Page 368 in the Norfolk County Registry of Deeds in the original amount of $2,019.00.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 (a) - (d) and (f).  The United States admits the allegations in paragraph 12(e) except that it avers that the lien was satisfied on November 21, 2002.  The United States further avers that it has a valid claim against the fund that is the subject of this action by virtue of its statutory liens against all property and rights to property of Harold and Althea Follins for unpaid federal income tax liabilities for the following years, assessed on the following dates, with the following unpaid balances as of December 31, 2003:

| Year | Date Assessed | Amount |
|------|---------------|--------|
| 1998 | 08/23/1999    | $2,437.91 |
| 1999 | 12/04/2000    | $5,064.78 |

      2000            07/30/2001            $1,089.91

## COUNT I

13. *The Plaintiff repeats and alleges Paragraph 1 through 12 and incorporates herein by reference.*

RESPONSE:   The United States reasserts its responses to paragraphs 1 through 12 as if fully stated herein.

14. *The Plaintiff believes that it runs a risk that adverse claims to the surplus proceeds may be made by Defendants in this action.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14.

15. *The Plaintiff is unaware of the respective rights of the Defendants and is unable to determine to whom the funds are justly due and payable.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15.

16. *The Plaintiff's only claim in interest in the surplus proceeds is to have the costs and expenses that are associated with this action paid from the surplus proceeds. The Plaintiff has at all times been willing to pay the surplus to such entities or persons as should lawfully be entitled to receive the same and to who the Plaintiff could safely and without hazard to itself pay the same and the Plaintiff hereby offers to transfer the surplus to this court at such time and under such conditions as the Court may Order and Direct.*

RESPONSE:   The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, except that it denies so much of the allegations in paragraph 16 as allege that the Plaintiff has any superior right to the excess proceeds for its costs and expenses of this action prior to full payment of the United States

federal tax lien.

WHEREFORE, the United States of America requests the Court:

A. Adjudge that the federal tax liens of the United States against the property and rights to property of Harold and Althea Follins are valid against the fund that is the subject matter of this action;

B. Determine the priority and amount of the claims of the parties to this action, and order the distribution of the fund to the defendants of such amounts in accordance with this priority;

C. Grant such other and further relief as is determined to be just and proper.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney


  /S/ Glenn J. Melcher
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 7th day of January, 2004, a copy of the foregoing United States of America's Answer was filed electronically. Notice of this filing will be sent to the following parties by operation of the court's electronic filing system, and parties may access this filing through the Court's system:

> Veronica C. Viveiros, Esq.
> Harmon Law Offices, P.C.
> P.O. Box 610389
> Newton Highlands, MA 02461-0389

It is further certified that service of the United States of America's Answer has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 7th day of January, 2003:

David M. Rosen, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Althea Follins
22 Clark Street
Randolph, MA 02368

Harold Follins
22 Clark Street
Randolph, MA 02368

Aetna Finance Company
d/b/a ITT Financial Services
123 Dyer Street
Providence, RI 02903

Second Federal Funding
c/o Harold Bulan, Trustee
Rand Building
14 Lafeyette Square, Suite 440
Buffalo, NY 14203

Bay State Gas
c/o Ganick O'Brien and Sarin
161 Granite Avenue
Dorchester, MA 02124

   /S/ Glenn J. Melcher
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station

Washington, D.C.  20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov