(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

*CLERKS OFFICE*
*2004 JAN 13 A 11: 29*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO.   2003-02070-B

New Haven Savings Bank
................................................, **Plaintiff(s)**

v.

Althea Follins, Harold Follins, Aetna
Finance Company d/b/a ITT Financial Services
Second Federal Funding, USA and **Defendant(s)**
Bay State Gas

### SUMMONS

To the above-named Defendant:   Harold Follins, 22 Clark Street, Randolph, MA 02368

You are hereby summoned and required to serve upon ......Veronica C. Viveiros, Esq.......,
plaintiff's attorney, whose address is ...P.O. Box 610389, Newton Highlands, MA 02461-0389... an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at ........................the .nineteenth......
day of ......November......, in the year of our Lord two thousand and ...three...

*[signature]* Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

November 25, 2003

I hereby certify and return that on 11/24/2003 at 12:18PM I served a true and attested copy of the summons & complaint-in-Interpleader, civil action cover sheet & tracking order, exhibit A in this action in the following manner: To wit, by leaving at the last and usual place of abode of Harold Follins, 22 Clark Street Randolph, MA 02368. Copies-Attestation ($5.00), Basic Service Fee ($20.00), Postage and Handling ($1.00) Total Charges $26.00

Deputy Sheriff

**Deputy Sheriff William M Blake**

N. B.   TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO. 2003-02070-B

New Haven Savings Bank ..............., *Plaintiff*

v.

Althea Follins, et al. ..............., *Defendant*

SUMMONS
(Mass. R. Civ. P.4)