(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 2003-02070-B

New Haven Savings Bank
..............................................., *Plaintiff(s)*

v.

Althea Follins, Harold Follins, Aetna Finace Company
d/b/a ITT Financial Services, Second Federal Funding,
USA and Bay State Gas..............., *Defendant(s)*

### SUMMONS

United States of America
To the above-named Defendant: P.O. Box 9112, Stop 20800, JFK Post Offices, Boston, MA 02031

You are hereby summoned and required to serve upon Veronica C. Viveiros, Esq.,
plaintiff's attorney, whose address is P.O. Box 610389, Newton Highlands, MA 02461-0389, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at ..................the nineteenth.....
day of ......November..........., in the year of our Lord two thousand and .....three.................

*[signature]* Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on November 20, 2003 , 20     , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

by Certified Mail to the United States Attorney, Internal REvenue Service and US Department of Justice. Please see green cards attached hereto as Exhibit A.

Dated: January 8 , 20 04

Veronica C. Viveiros

**N. B.  TO PROCESS SERVER:-**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20    .

---

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO. 2003-02070 B

New Haven SAvings Bank ..........., *Plaintiff*
v.
Althea Follins, et al ..........., *Defendant*

SUMMONS
(Mass. R. Civ. P.4)

