UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>ALTHEA FOLLINS, et al.,<br><br>Defendants. | CIVIL ACTION<br>No. 03-12634-RCL |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk/Magistrate of the Norfolk Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA  02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 1/13/04.

/s/ Barbara Healy Smith
Assistant U.S. Attorney

MAS-20030912
mannsusa
Case 1:03-cv-12634-RBC  Document 7  Filed 01/13/2004  Page 2 of 15
Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket
01/07/2004
09:39 AM

# NOCV2003-02070
## New Haven Savings Bank v Follins et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 11/07/2003 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 01/07/2004 | **Session** | B - Civil B | | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | | |
| **Lead Case** | | **Track** | X | | |
| **Service** | 02/05/2004 | **Answer** | 04/05/2004 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 05/05/2004 | **Disposition** | 06/04/2004 | **Jury Trial** | Unknown |

### PARTIES

**Plaintiff**
New Haven Savings Bank
Active 11/07/2003

**Private Counsel** 631233
Veronica C Viveiros
Harmon Law Offices (Mark P)
150 California Street
PO Box 610389
Newton Highlands, MA 02461-0389
Phone: 617-558-8500
Fax: 617-244-7304
Active 11/07/2003 Notify

**Defendant**
Althea Follins
Service pending 11/07/2003

**Defendant**
Harold Follins
Service pending 11/07/2003

**Defendant**
Aetna Finance Company dba
Service pending 11/07/2003

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.    03  02070

NEW HAVEN SAVINGS BANK,

Plaintiff,

v.

ALTHEA FOLLINS, HAROLD FOLLINS,
AETNA FINANCE COMPANY D/B/A ITT
FINANCIAL SERVICES, SECOND
FEDERAL FUNDING, UNITED STATES OF
AMERICA, AND BAY STATE GAS.

Defendants.

### COMPLAINT IN INTERPLEADER
(Mortgage Foreclosure Surplus Proceeds)

### INTRODUCTION

This action is being brought after a foreclosure sale on a property located at 5 Lori Lane, Randolph, MA, New Haven Savings Bank (hereinafter "Plaintiff"), the foreclosing mortgagee, is currently holding surplus funds that it would like to pay into Court. Plaintiff further requests that it be discharged from any further obligation involving this matter.

### PARTIES

In the above action, Plaintiff respectfully represents:

1. The Plaintiff, is a corporation with a usual place of business at 195 Church Street, New Haven, CT.

2. The Defendant, Harold Follins, is, upon information and belief, an individual with a current address of 22 Clark Street, Randolph, MA 02368.

3. The Defendant, Althea Follins, is, upon information and belief, an individual with a current address of 22 Clark Street, Randolph, MA 02368.

4. The Defendant, Aetna Finance Company d/b/a ITT Financial Services is a corporation with its usual place of business at 123 Dyer Street, Providence, RI 02903.

5. The Defendant, Second Federal Funding is a corporation with a usual place of business at c/o Harold Bulan, Trustee, Rand Building, 14 Lafayette Square, Suite 440, Buffalo, NY 14203.

6. The Defendant, the United States of America, is upon information and belief a federal agency with its mailing address at P.O. Box 9112, Stop 20800, J.F.K. Post Office, Boston, MA 02031.

7. The Defendant, Bay State Gas is a corporation with a service address c/o Ganick, O'Brien, and Sarin 161 Granite Avenue, Dorchester, MA 02124.

## FACTS

8. The Plaintiff, was the holder by assignment of a first mortgage from Harold Follins and Althea Follins to Mariner Mortgage Corporation, dated October 30, 1984 and recorded in Book 6530 at Page 134 in the Norfolk County Registry of Deeds, securing the real estate located at 5 Lori Lane, Randolph, MA 02368 ("the property").

9. On June 17, 2003, Plaintiff foreclosed on the mortgaged property by public auction.

10. The mortgaged property was sold to a third party for $267,000.00.

11. After satisfaction of the indebtedness to the Plaintiff, including costs of foreclosure and sale, accrued interest and late charges in the aggregate sum of $166,830.58, there is surplus now held by the Plaintiff in the amount of $106,897.69. See Exhibit "A" attached hereto.

12. The following persons and entities appear of record to be all of the persons or entities having an interest in said funds held by Plaintiff, to wit:

   (a) The Defendant, Althea Follins, is the former holder of the equity of redemption.

   (b) The Defendant, Harold Follins is the former holder of the equity of redemption.

   (c) The Defendant, Aetna Finance Company d/b/a ITT Financial Services is the former holder of a mortgage dated September 22, 1987, and recorded on September 25, 1987 in Book 7747 at Page 523 in the Norfolk County Registry of Deeds in the original amount of $43,280.71.

   (d) The Defendant, Second Federal Funding, is the former holder by assignment of a mortgage dated June 6, 1989 and recorded on September 6, 1989 in Book 8421 in Page 453 in the Norfolk County Registry of Deeds in the original amount of $18,874.80. Said assignment is recorded at Book, 8421, Page 445 in the Norfolk County Registry of Deeds.

(e) The Defendant, the United States of America, is the former holder of a Federal Tax Lien dated May 16, 1991, and recorded on May 23, 1991 in Book 8929 at Page 439 in the Norfolk County Registry of Deeds in the original amount of $11,523.74.

(f) The Defendant, Bay State Gas, was the holder of a Writ of Execution dated December 21, 2001 and recorded on February 19, 2002 in Book 16249, Page 368 in the Norfolk County Registry of Deeds in the original amount of $2,019.00.

## COUNT I

### (DECLARATORY JUDGMENT)

13. The Plaintiff repeats and alleges Paragraph 1 through 12 and incorporates herein by reference.

14. The Plaintiff believes that it runs a risk that adverse claims to the surplus proceeds may be made by Defendants in this action.

15. The Plaintiff is unaware of the respective rights of the Defendants and is unable to determine to whom the funds are justly due and payable.

16. The Plaintiff's only claim in interest in the surplus proceeds is to have the costs and expenses that are associated with this action paid from the surplus proceeds. The Plaintiff has at all times been willing to pay the surplus to such entities or persons as should lawfully be entitled to receive the same and to who the Plaintiff could safely and without hazard to itself pay the same and the Plaintiff hereby

4

offers to transfer the surplus to this court at such time and under such conditions as the Court may Order and Direct.

**WHEREFORE**, the Plaintiff, New Haven Savings Bank, prays that:

1. The said Defendants be ordered to appear and present their claims, if any, to the surplus funds;

2. That the Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;

3. That the Plaintiff be permitted to pay all surplus funds held by it in the amount of $106,897.69, less its fees and costs incurred in this Interpleader Action, into this Court;

4. That the rights of the Defendants herein named be determined by this Court as to the surplus funds paid into the Court;

5. That this action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

6. For such other and further relief as this Court deems just and proper.

NEW HAVEN SAVINGS BANK
By its Attorney,

Veronica C. Viveiros
BBO #: 631233
David M. Rosen
BBO #: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

November 5, 2003

5

## EXHIBIT "A"

| | |
|---|---|
| SUCCESSFUL BID: | $267,000.00 |
| CREDIT OF LEGAL FEES AND COSTS: | $6,728.27 |
| TOTAL | $273,728.27 |
| FUNDS OWED TO NEW HAVEN SAVINGS BANK | -$166,830.58 |
| SURPLUS FUNDS: | $ 106,897.69 |

Attest: [signature] A TRUE COPY
Deputy Assistant Clerk
1/7/04

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 03 02070 | Trial Court of Massachusetts Superior Court Department County: Norfolk |
|---|---|---|
| PLAINTIFF(S) New Haven Savings Bank | | DEFENDANT(S) Althea Follins, Harold Follins, Aetna Finance Company d/b/a ITT Financial Services, Second Federal Funding, USA and Bay State Gas |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Veronica C. Viveiros, Harmon Law Offices, P.C. P.O. Box 610389, Newton Highlands, MA 02461-0389 Board of Bar Overseers number: 631233  (617) 558-0500 | | ATTORNEY (if known) Bay State Gas, c/o Ganick, O'Brien & Sarin, 161 Granite Ave., Dorchester, MA 02124 |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E99 | Interpleader | ( X ) | ( ) Yes  ( X ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ............................................... $ ...........
2. Total Doctor expenses ............................................... $ ...........
3. Total chiropractic expenses ......................................... $ ...........
4. Total physical therapy expenses ..................................... $ ...........
5. Total other expenses (describe) ..................................... $ ...........

Subtotal $ ...........

Documented lost wages and compensation to date ........................... $ ...........
Documented property damages to date ..................................... $ ...........
Reasonably anticipated future medical and hospital expenses .............. $ ...........
Reasonably anticipated lost wages ....................................... $ ...........
Other documented items of damages (describe)

$ ...........

Brief description of plaintiff's injury, including nature and extent of injury (describe)

$ ...........
TOTAL $ ...........

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

ovide a detailed description of claim(s):

This action is being brought after a foreclosure sale on a property at 5 Lori Lane, Randolph, MA, the Plaintiff is currently holding surplus funds that it would like to pay into court and be discharged from any further obligation involving this matter.

TOTAL $. 106,897.69 ..

LEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR OURT DEPARTMENT

I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on ispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute solution services and discuss with them the advantages and disadvantages of the various methods."

ignature of Attorney of Record _____  DATE: 11/4/03

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK, ss. | SUPERIOR COURT<br>CIVIL ACTION No. 2003-02070-B |

NEW HAVEN SAVINGS BANK,   )
                          )
        Plaintiff,        )
                          )
v.                        )
                          )
ALTHEA FOLLINS, HAROLD FOLLINS, )
AETNA FINANCE COMPANY d/b/a     )
ITT FINANCIAL SERVICES, SECOND  )
FEDERAL FUNDING, UNITED STATES  )
OF AMERICA, and BAY STATE GAS,  )
                          )
        Defendants.      )

**NOTICE OF FILING A NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, on December 31, 2003, a Notice of Removal of the above-titled action was filed with the Clerk of the United States District Court for the District of Massachusetts. The case has been assigned civil action number 03-12634-RCL. The notice was filed by the defendant United States of America.

TAKE FURTHER NOTICE that, as provided by 28 U.S.C. §1446(d), the Norfolk County Superior Court "shall proceed no further unless and until the case is remanded."

A copy of the Notice of Removal, without attachments, is annexed to this Notice.

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney   (BBO #552726)

_____
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

Attest: A TRUE COPY
Deputy Assistant Clerk
1/7/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK, )<br>  )<br>  Plaintiff, )<br>  )<br> v. )<br>  )<br> ALTHEA FOLLINS, HAROLD FOLLINS, )<br> AETNA FINANCE COMPANY d/b/a )<br> ITT FINANCIAL SERVICES, SECOND )<br> FEDERAL FUNDING, UNITED STATES )<br> OF AMERICA, and BAY STATE GAS, )<br>  )<br>  Defendants. ) | Case No.<br><br>Formerly<br>Case No. 2003-02070-B<br>Norfolk Co. Sup. Ct.<br>Massachusetts |

## NOTICE OF REMOVAL
## TO THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The plaintiff, New Haven Savings Bank, has filed a Complaint in Interpleader pending in the Commonwealth of Massachusetts Superior Court for Norfolk County, entitled *New Haven Savings Bank v. Althea Follins, et al.*, Case No. 2003-02070-B.

2. The subject matter of the interpleader is property on which the United States has a lien.

3. The United States may have an interest in the interplead funds. (Complaint ¶12).

4. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1442 and/or 1444.

5. No prior removal of this action has been attempted.

6. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b).

7. Copies of all pleadings received by the defendant United States are attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney


GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 31 December 2003

Barbara Healy Smith
Assistant U.S. Attorney

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK, ss. | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. 2003-02070-B |

NEW HAVEN SAVINGS BANK, )
)
)
Plaintiff, )
)
v. )
)
ALTHEA FOLLINS, HAROLD FOLLINS, )
AETNA FINANCE COMPANY d/b/a )
ITT FINANCIAL SERVICES, SECOND )
FEDERAL FUNDING, UNITED STATES )
OF AMERICA, and BAY STATE GAS, )
)
Defendants. )
)

### CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2003, I gave notice of the filing of the NOTICE OF FILING A NOTICE OF REMOVAL by mailing a copy of same, postage prepaid, first class mail to:

Veronica C. Viveiros, Esq.
David M. Rosen, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Althea Follins
22 Clark Street
Randolph, MA 02368

Aetna Finance Company
d/b/a ITT Financial Services
123 Dyer Street
Providence, RI 02903

Second Federal Funding
c/o Harold Bulan, Trustee
Rand Building
14 Lafayette Square, Suite 440
Buffalo, NY 14203

Harold Follins
22 Clark Street
Randolph, MA 02368

Bay State Gas
c/o Ganick O'Brien and Sarin
161 Granite Avenue
Dorchester, MA 02124

*Barbara Healy Smith* (signature)
Barbara Healy Smith
Assistant U.S. Attorney General
Office of the United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282
BBO #552726

Dated: December 31, 2003