COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 2003-02070-B

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br>Plaintiff<br><br>V.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A ITT<br>FINANCIAL SERVICES, SECOND<br>FEDERAL FUNDING, UNITED STATES OF<br>AMERICA, AND BAY STATE GAS<br>Defendants | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

03-12634 RCL

### ANSWER TO COMPLAINT IN INTERPLEADER
### BY DEFENDANT, SECOND FEDERAL FUNDING

#### PARTIES

1. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph one of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
2. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph two of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
3. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph three of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.

4. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph four of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
5. Admitted.
6. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph six of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
7. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph seven of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.

## FACTS

8. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph eight of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
9. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph nine of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
10. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph ten of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
11. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph eleven of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
12. (a)-(c) The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph twelve (a)-(c) of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
(d) Admitted insofar as Second Federal Funding is the current holder by assignment of a mortgage recorded at the Norfolk County Registry of Deeds.
(e)-(f) The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph twelve (e)-(f) of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.

## COUNT I
## (DECLARATORY JUDGMENT)

13. The Defendant, Second Federal Funding, repeats and reasserts its responses to Paragraphs 1 through 12 and incorporates herein by reference.
14. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph fourteen of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
15. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph fifteen of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.
16. The Defendant, Second Federal Funding, is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph sixteen of the Complaint and therefore can neither admit nor deny and calls upon Plaintiff to prove same.

Respectfully Submitted
Second Federal Funding
By its Attorney,

_____
Michelle L. Zaff
BBO 631319
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA 02464
(617) 965-9698