COMMONWEALTH OF MASSACHUSETTS

Norfolk, ss.

United States District Court
District of Massachusetts
Docket No. 03-12634-RCL

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br>        Plaintiff,<br><br>v.<br><br>ATHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES, SECOND<br>FEDERAL FUNDING, UNITED STATES<br>OF AMERICA, and BAY STATE GAS,<br>        Defendants | DEFENDANT BAY STATE GAS<br>ANSWER TO COMPLAINT<br>AND INTERPLEADER |

1.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

2.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

3.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

4.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

5.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

6.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

7.    Admitted.

8.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

9.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

10.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

11.    Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

12 (a)  Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

12 (b)  Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

12 (c)   Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

12 (d)   Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

12 (e)   Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

12 (f)   Admitted.

13.   Defendant reincorporates its responses to Paragraphs 1 through 12 above.

14.   Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

15.   Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

16.   Defendant lacks sufficient knowledge to admit or deny, and, therefore, denies.

WHEREFORE, the Defendant, Bay State Gas, hereby requests that the Honorable Court:

1.   Pay to it the current balance on the outstanding judgment in the amount of $1,633.15.

Respectfully submitted,
Bay State Gas
By it's Attorney

Kevin J. McCaughey
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA  02124
617-436-2794
BBO No. 557180

Dated: February 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 3ʳᵈ day of February, 2004, I served a copy of Defendant Bay State Gas Answer to Complaint and Interpleader by first class mail, postage prepaid, to Veronica C. Vivieros, Esquire, Harmon Law Office P.C., P. O. Box 610389, Newton Highlands, MA 02461, Attorney for Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3ʳᵈ day of February, 2004, I served a copy of Defendant Bay State Gas Answer to Complaint and Interpleader by first class mail, postage prepaid, to Harold Follins, 22 Clark Street, Randolph, MA  02368, Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3ʳᵈ day of February, 2004, I served a copy of Defendant Bay State Gas Answer to Complaint and Interpleader by first class mail, postage prepaid, to Althea Follins, 22 Clark Street, Randolph, MA  02368, Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3ʳᵈ day of February, 2004, I served a copy of Defendant Bay State Gas Answer to Complaint and Interpleader by first class mail, postage prepaid, to Aetna Finance Company d/b/a ITT Financial Services, 123 Dyer Street, Providence, RI 02903, Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3ʳᵈ day of February, 2004, I served a copy of Defendant Bay State Gas Answer to Complaint and Interpleader by first class mail, postage prepaid, to Second Federal Funding, c/o Harold Bulin, Trustee, Rand Building, 14 Lafayette Square, Suite 440, Buffalo, NY  14203, Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3ʳᵈ day of February, 2004, I served a copy of Defendant Bay State Gas Answer to Complaint and Interpleader by first class mail, postage prepaid, to United States of America, P. O. Box 9112, Stop 20800, JFK Post Office, Boston, MA  02031, Defendant.

Kevin J. McCaughey, Esquire
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA  02124
617-436-2794
BBO No. 557180