Harold & Althea Follins
22 Clark Street
Randolph, MA 02368
Telephone # 1-781-885-1573

Re: Case No. 03-12634-RCL                                    February 24, 2004

**Dear Judge R. C. Lindsay,**

I am writing to you because a lack of understanding and full knowledge of what was actually going on with the above case, my husband and I (Harold and Althea Follins) are in Default since December 15, 2003 to file a inter plea.

We had a attorney, who agreed to work with and inform us from the onset of the above case, and he provide us with some information only when we called him. In late January/early February when we called the attorney, he told us that he did not know anything about Federal Law, and that he was terminating his services, and he referred us to another Lawyer. It turns out that the lawyer to whom we were referred stated that he did not know anything about Federal Law either. At this point we did not know what to do, so we called Harmon Law offices (attorney for plaintiff for New Havens Saving), who referred us to the US District Court / Clerks office. It is here that we found out that we have been in default since December 15, 2003 for filing a inter plea in this case.

Judge Lindsay, our default in filing a inter plea came as a result of a lack of knowledge in the formalities necessary to take place in the case, and those reasons stated above. At this time we are asking you to grant my husband and I with additional time to either find a lawyer or represent ourselves in filing a late inter plea.

Thanks so much for your time and consideration.


Althea Follins