UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW HAVEN SAVINGS BANK,

        Plaintiff

v.

ALTHEA FOLLINS, HAROLD FOLLINS,
AETNA FINANCE COMPANY D/B/A
ITT FINANCIAL SERVICES,
SECOND FEDERAL FUNDING,
UNITES STATES OF AMERICA, AND
BAY STATE GAS,

        Defendants

Case No. 03-12634 - RCL

## NOTICE OF APPEARANCE

The undersigned, Gordon N. Schultz, Esq. and Craig T. Gerome, Esq. of Schultz & Company, herewith submit their Appearance in this proceeding on behalf of the Defendants, Althea Follins and Harold Follins.

Respectfully submitted

Althea Follins and Harold Follins
By their attorneys

Gordon N. Schultz, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108
(617) 723-9090

Dated:

Respectfully submitted

Althea Follins and Harold Follins
By their attorneys

Craig T. Gerome, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108
(617) 723-9090

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW HAVEN SAVINGS BANK,

          Plaintiff

v.

ALTHEA FOLLINS, HAROLD FOLLINS,
AETNA FINANCE COMPANY D/B/A
ITT FINANCIAL SERVICES,
SECOND FEDERAL FUNDING,
UNITES STATES OF AMERICA, AND
BAY STATE GAS,

          Defendants

Case No. 03-12634 - RCL

## CERTIFICATE OF SERVICE

I, Craig T. Gerome, Esq., hereby certify that on April 2, 2004, the following documents were served, via U.S. first class mail, on:

David M. Rosen, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Kevin J. McCaughey, Esq.
Ganick O'Brien and Sarin
161 Granite Avenue
Dorchester, MA 02124

Glenn J. Melcher, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

Michelle Zaff, Esq.
Kerstein, Coren, Lichtenstein
& Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA 02464

1. Notice of Appearance for the Defendants Althea Follins and Harold Follins;
2. Answer and Counterclaims of the Defendants, Althea Follins and Harold Follins;
3. Certificate of Service.

April 2, 2004

Craig T. Gerome