**CT** CORPORATION

April 13, 2004

David J. Rhein
Harmon Law Office
150 California Street
Newton, MA 02458

Re:  New Haven Savings Bank v. Althea Follins, et al, including--Aetna Finance Company U.S. District Court Docket No. 03-12634 RCL

Dear Attorney Rhein:

We are in receipt of your documents for Aetna Finance Company as we are listed as their registered agent.

Aetna Finance Company is inactive on the records of the Secretary of State of Massachusetts. Our services for this company have also been discontinued for more than five (5) years and, as such, we no longer maintain a record of this company. Since we have no address to which to forward this process, we are returning it to you for further handling.

Very truly yours,

*Christina Bonney*

Christina Bonney
Process Specialist


CC:  U.S. District Court of Mass.


Enclosures

101 Federal Street
Boston, MA 02110
Tel. 617 757 6404
Fax 617 428 0928

A CCH LEGAL INFORMATION SERVICES COMPANY

**HARMON LAW OFFICES, P.C.**
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-8400
FAX (617) 244-7304

*SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND*

April 12, 2004

United States District Court for
The District of Massachusetts
John Joseph Moakley
US Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re: New Haven Savings Bank v. Althea Follins, et al.
    Formerly Case No. 2003-02070-B Norfolk Superior Court
    US District Court Docket No. 03-12634 RCL

Dear Sir/Madam:

Enclosed for filing, please find New Haven Savings Bank's Response to Answer and Counterclaims of the Defendants, Althea Follins and Harold Follins, to Plaintiff's Complaint in Interpleader and Certificate of Service in connection with the above-referenced matter.

Thank you for your assistance in this matter.

Very truly yours,

HARMON LAW OFFICES, P.C.

*[signature]*

David J. Rhein
DJR:lsg
Enclosures



HARMON LAW OFFICES, P.C.
P.O. BOX 610389
NEWTON HIGHLANDS, MASSACHUSETTS 02461-0389

Aetna Finance Company
c/o CT Corporation
101 Federal Street
Boston, MA 02110