UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 21  P 3: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS, AETNA FINANCE COMPANY, d/b/a ITT FINANCIAL SERVICES, SECOND FEDERAL FUNDING, UNITED STATES OF AMERICA, and BAY STATE GAS,<br><br>Defendants. | Case No. 03-12634 RCL |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Please enter my appearance as counsel on behalf of the Defendant, Pacific Security LLC, as successor-in-interest to Aetna Finance Company, d/b/a ITT Financial Services.

Respectfully submitted,

PACIFIC SECURITY, LLC, as
Successor in Interest to Aetna Finance
Company, d/b/a ITT Financial Services,
By its attorney,

*Daniel P. Murphy*
Daniel P. Murphy (BBO# 559440)
3 Courthouse Lane, Suite 4
Chelmsford, Massachusetts 01824
(978) 459-9888

Dated: June 18, 2004

## CERTIFICATE OF SERVICE

I, Daniel P. Murphy, hereby certify that on June 18, 2004, I served a copy of the foregoing document on all counsel of record, by first class mail, postage prepaid, to:

David J. Rhein, Esq.
Harmon Law Offices P.C.
P. O. Box 610389
Newton Highlands, MA 02461-0389

Glenn J. Melcher, Esq.
Tax Division
U. S. Department of Justice
P. O. Box 55
Ben Franklin Station
Washington, DC 20044

Kevin J. McCaughey, Esq.
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA 02124

Michelle L. Zaff, Esq.
Kerstein, Coren, Lichhtenstein & Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA 02464

Craig T. Gerome, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108

_____
Daniel P. Murphy