UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 25　A 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEW HAVEN SAVINGS BANK,

        Plaintiff

v.

ALTHEA FOLLINS, HAROLD FOLLINS,
AETNA FINANCE COMPANY D/B/A
ITT FINANCIAL SERVICES,
SECOND FEDERAL FUNDING,
UNITES STATES OF AMERICA, AND
BAY STATE GAS,

        Defendants

Case No. 03-12634 - RCL

ANSWER OF THE DEFENDANTS, ALTHEA FOLLINS AND HAROLD FOLLINS,
TO CROSS-CLAIM OF PACIFIC SECURITY, LLC, AS SUCCESSOR IN INTEREST
TO AETNA FINANCE COMPANY d/b/a ITT FINANCIAL SERVICES

Now come the Defendants, Althea Follins and Harold Follins (hereinafter collectively the FOLLINSES) and herewith submit their Answer to the Cross-Claim for Declaratory Judgment of the Defendant, Pacific Security, LLC, as successor in interest to Aetna Finance Company, d/b/a ITT Financial Services (hereinafter the CROSS-CLAIM):

ANSWER

1. The FOLLINSES incorporate by reference responses 1 through 12 set forth in their "Answer and Counterclaims of the Defendants, Althea Follins and Harold Follins, to Plaintiff's Complaint in Interpleader," as if full set forth herein.

2. The FOLLINSES are without knowledge of the facts underlying the allegations of Paragraph 2 of the CROSS-CLAIM and therefore can neither admit nor deny the allegations.

3. The DEFENDANTS are without knowledge of the facts underlying the allegations of Paragraph 3 of the CROSS-CLAIM and therefore can neither admit nor deny the allegations.

4. Denied.

5. Denied.

WHEREFORE, the FOLLINSES request that the CROSS-CLAIM be dismissed and that they be awarded their costs and expenses.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The CROSS-CLAIM is barred by apposite Statute of Limitations.

### SECOND AFFIRMATIVE DEFENSE

The CROSS-CLAIM is barred by the doctrine of Res Judicata.

Respectfully submitted,
Althea Follins and Harold Follins
By their attorneys

Gordon N. Schultz, Esq.
Craig T. Gerome, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108
(617) 723-9090

Dated: June 24, 2004