UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALTHEA FOLLINS, HAROLD FOLLINS,  )<br>AETNA FINANCE COMPANY d/b/a  )<br>ITT FINANCIAL SERVICES, SECOND  )<br>FEDERAL FUNDING, UNITED STATES  )<br>OF AMERICA, and BAY STATE GAS,  )<br>)<br>Defendants.  ) | Case No. 03-12634-NMG |

### UNITED STATES' CERTIFICATION UNDER
### LOCAL RULE 16.1(D)(3)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following pursuant to Mass. R. 16.1(D)(3).

D. Patrick Mullarkey is the Chief of the Civil Trial Section, Northern Region, Tax Division, Department of Justice, and has settlement authority in the above-captioned case.

Glenn J. Melcher is the Trial Attorney for the Department of Justice assigned with primary responsibility for the above-captioned case.

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses -- for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*D. P. Mullarkey* (signature)
D. PATRICK MULLARKEY
Chief, Civil Trial Section
Northern Region, Tax Division
U.S. Department of Justice


GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 26th day of July, 2004, a copy of the foregoing UNITED STATES' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3) was filed electronically. Notification of this filing will be sent to each counsel via the electronic filing system. A copy of this document will also be sent to the following counsel of record by first class mail:

David M. Rosen
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Daniel P. Murphy
Law Office of Daniel P. Murphy
3 Courthouse Lane
Suite 4
Chelmsford, MA 01824

Kevin J. McCaughey
Ganick, O'Brien & Sarin
161 Granite Ave.
Dorchester, MA 02124

Craig Todd Gerome
Schultz & Company
One Washington Mall
Boston, MA 02108

Michelle L. Zaff
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street
5th Floor
Newton, MA 02464

GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6573