UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12634-RCL



| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>**Plaintiff,**<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS, AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES, SECOND FEDERAL FUNDING, UNITED STATES OF AMERICA, AND BAY STATE GAS.<br><br>**Defendants.** | |

## PLAINTIFF'S MOTION TO DEPOSIT SURPLUS FUNDS INTO COURT AND WITHDRAW

Now comes the Plaintiff, New Haven Savings Bank, and moves pursuant to the Federal Rules of Civil Procedure to deposit into Court the surplus funds, plus all accrued interest, minus attorney's fees and costs it has incurred in connection with the filing and prosecution of this interpleader action.

As grounds therefor, the Plaintiff states:

1. It has no right, title or interest to the net surplus funds.

2. Defendants, Harold and Althea Follins have filed an answer.

3. Defendant, the United States of America has filed an answer.

4. Defendant, Bay State Gas has filed an answer.

5. Defendant, Second Federal Funding has filed an answer.

6.  Defendant, Pacific Security, LLC, as successor in interest to Aetna Finance Company, d/b/a ITT Financial Services has filed an answer.

7.  The Plaintiff currently holds the sum of $106,897.69, plus accrued interest, in surplus funds in an interest bearing escrow account. The Plaintiff requests the Court's approval to retain the sum of $5,004.93 to cover its costs and attorney's fees incurred in connection with this interpleader action. This fee is subject to increase if any additional pleadings are filed or if an appearance is required on this motion (See Exhibit "A" attached hereto.)

**WHEREFORE,** New Haven Savings Bank respectfully requests this Court allow its Motion to Deposit Surplus Funds in the amount of $106,897.69, plus accrued interest, less attorney's fees and costs in the amount of $5,004.96 into this Honorable Court and thereby be discharged from all further liabilities as to the Defendants.

**NEW HAVEN SAVINGS BANK**
By Its Attorneys,

_____
David J. Rhein
BBO# 635175
David M. Rosen
BBO# 552866
HARMON LAW OFFICES, P.C.
150 California Street, Newton, MA 02458
MAILING ADDRESS: P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

August 4, 2004

EXHIBIT "A"

| | |
|---|---|
| LEGAL FEES IN CONNECTION WITH INTERPLEADER ACTION: | $ 4,615.75 |
| FILING FEE: | $ 305.00 |
| OVERNIGHT MAIL | $ 5.00 |
| SHERIFF'S SERVICE: | $ 79.18 |
| TOTAL: | $5,004.93 |