UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-12634-RCL

NEW HAVEN SAVINGS BANK,

Plaintiff,

v.

ALTHEA FOLLINS, HAROLD FOLLINS, AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES, SECOND FEDERAL FUNDING, UNITED STATES OF AMERICA, AND BAY STATE GAS.

Defendants.

## AFFIDAVIT OF ATTORNEY'S FEES AND COSTS

I, David J. Rhein, being sworn under oath, do hereby depose and state:

1. I am counsel for the Plaintiff, New Haven Savings Bank;

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I am an associate at Harmon Law Offices, P.C. I submit this affidavit in support of the request for attorney fees and costs;

3. The Plaintiff's fees to date for prosecution of this Interpleader action are $5,004.96 costs for filing fees, overnight mail and service of the summons. See Exhibit A attached hereto.

4. The Defendants are not infants or incompetent persons.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ day of August 4th, 2004.

_____
David J. Rhein, Esq.

# HARMON LAW OFFICES, P.C.

150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-0500
FAX (617) 244-7304

SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND

August 4, 2004

Ms. Laura Edenfield
ABN AMRO Mortgage Group, Inc.
7159 Corklan Drive
Jacksonville, FL 32258

Re: New Haven Savings Bank v. Harold and Althea Follins, et al.

---

FOR PROFESSIONAL SERVICES RENDERED IN CONNECTION WITH THE ABOVE REFERENCED MATTER

INTERPLEADER ACTION                                                            $ 4,615.75

Disbursements:

| | | |
|---|---|---|
| Filing Fee: | $305.00 | |
| Sheriff's Service: | $ 79.18 | |
| Overnight Mail: | $ 5.00 | |
| | | $ 389.18 |

TOTAL DUE                                                                      $ 5,004.93

## CERTIFICATE OF SERVICE

I, David J. Rhein, hereby certify that true copies of the Plaintiff's Motion to Deposit Surplus Funds Into Court and Withdraw and Affidavit of Attorney's Fees and Costs were served August 4th, 2004 by mailing via first class mail, postage prepaid, to:

Gordon N. Schultz, Esq.
Craig T. Gerome, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108

Kevin J. McCaughey, Esq.
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA 02124

Glenn J. Melcher, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Michelle L. Zaff, Esq.
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA 02464

Daniel P. Murphy
3 Courthouse Lane, Suite 4
Chelmsford, MA 01824

_____
David J. Rhein

## CERTIFICATE OF SERVICE

I, David J. Rhein, hereby certify that true copies of the Plaintiff's Motion to Deposit Surplus Funds Into Court and Withdraw, Affidavit of Attorney's Fees and Costs and Certificate of Service dated August 4, 2004 were served August 20, 2004 by mailing via first class mail, postage prepaid, to:

Gordon N. Schultz, Esq.
Craig T. Gerome, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108

Kevin J. McCaughey, Esq.
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA 02124

Glenn J. Melcher, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Michelle L. Zaff, Esq.
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA 02464

Daniel P. Murphy
3 Courthouse Lane, Suite 4
Chelmsford, MA 01824

_____
David J. Rhein