UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03-12634-NMG |
| | ) |
| ALTHEA FOLLINS, HAROLD FOLLINS, | ) |
| AETNA FINANCE COMPANY d/b/a | ) |
| ITT FINANCIAL SERVICES, SECOND | ) |
| FEDERAL FUNDING, UNITED STATES | ) |
| OF AMERICA, and BAY STATE GAS, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)**

The parties, through undersigned counsel, submit this Joint Statement in accordance with local rule 16.1(d) and the Court's Scheduling Order

**Joint Discovery Plan**

The parties will make all disclosures required by Fed. R. Civ. P. 26(a)(1) not later than November 1, 2004.

Interrogatories and request for document production must be served so as to be responded to no later than February 28, 2005.

Depositions must be completed no later than March 31, 2005.

Defendant, Second Federal Funding, asserts that this issues raised in the present cause of action, namely the validity and priority of the various claims, are questions of law to be determined by the Court; accordingly, Second Federal Funding proposes that discovery be suspended until the Court can hear Motions for Judgment on the Pleadings and/or Motions for Summary Judgment.

1

## Motion Schedule

Motions to amend the pleadings shall be filed no later than November 30, 2004.

Any dispositive motions shall be filed not later than April 30, 2005.

## Summary of Parties' Positions as to Liability and Relief Sought

I.     The plaintiff, ABN AMRO Mortgage Group, Inc., has filed a "Motion to Deposit Surplus Funds Into Court and Withdraw," which is currently pending before this Court. The Plaintiff has no interest in this matter and, by the Motion, wishes to deposit the surplus funds into court, less its fees and costs.

II.     The Defendants, Althea Follins and Harold Follins, (hereinafter the FOLLINSES) are the former holders of the equity of redemption in the subject property, and therefore, are entitled to receive the surplus proceeds unless one or more of the remaining defendants establishes that their debt, secured by either mortgage, lien or attachment, is valid and remains an enforceable claim.

As to the claims of the remaining defendants, the FOLLINSES assert the following:

A.  Pacific Security, LLC

The FOLLINSES assert that the claim of Pacific Security, LLC is barred by the Statute of Limitations pursuant to 11 U.S.C. §108(c).

B.  Second Federal Funding

The FOLLINSES assert that the claim of Second Federal Funding is barred by the Statute of Limitations pursuant to 11 U.S.C. §108(c) and the doctrines of waiver,

2

estoppel, and latches.

### C. Bay State Gas

The FOLLINSES assert that the claim of Bay State Gas should be denied because the debt underlying its (Bay State's) claim to the surplus proceeds has been fully satisfied.

### D. United States

The United States admits that the liens underlying its claim have been satisfied. As to the United States' claim of additional statutory liens, the FOLLINSES are presently determining the nature, amount, and validity of the claimed assessments.

### E. New Haven Savings Bank

The FOLLINSES reserve their right, pending the outcome of discovery, to contest the reasonableness of the amount of Plaintiff's claims for (1) the costs of foreclosure and sale, accrued interest, and late charges, which amounts have been deducted from the surplus proceeds; and (2) the costs and expenses associated with this action.

III.   Defendant Pacific Security, LLC, as Successor-in-Interest to Aetna Finance Company, d/b/a ITT Financial Services was the holder of a second mortgage given by the Defendants, Harold and Althea Follins, dated September 22, 1987, and recorded at the Norfolk County Registry of Deeds at Book 7747, Page 523. The last payment made by the Follinses was in the amount of $1,120.00 on May 18, 1993. As of May 27, 2004, the total principal and interest due, not including costs of collection as allowed under the note and mortgage, was $109,440.00.

As the result of the sale of the property at a foreclosure auction by the first

mortgagee, New Haven Savings Bank, the second mortgagee, Pacific Security, LLC, attained an equitable lien which is transferred to any surplus proceeds after the foreclosure sale. Pacific Security, LLC's equitable interest in the surplus proceeds of the foreclosure sale is superior to the claims of all other Defendants.

Section 108(c) of the Bankruptcy Code does not apply to Pacific Secuirty, LLC's claim, but rather the note is subject to the twenty-year statute of limitations under Mass. Gen. L. ch. 260, § 1. The period for the statute of limitations began to run on the date of the last payment, May 18, 1993, and therefore the statute of limitations does not expire until May 18, 2013.

IV.     Defendant Second Federal Funding (hereinafter "SFF") states that it is the owner of a mortgage on the property at issue in the present action. SFF states that it has no record of payment of same and accordingly is due the entire mortgage amount.

V.      Defendant United States of America has a valid claim to the funds at issue in this proceeding by virtue of its statutory federal income tax liens against all property and rights to property of Harold and Althea Follins. Those liens arose on August 23, 1999 (tax year 1998), December 4, 2000 (tax year 1999) and July 30, 2001 (tax year 2000). The United States further asserts that no fees, costs or other expenses of this litigation can be paid to the plaintiff until the liens of the United States have been fully paid.

VI.     Defendant Bay State Gas' position is that it is owed the amount of $1,633.15 as the holder of a writ of execution dated December 21, 2001 and recorded on February 19, 2002 in Book 16249, Page 368 at the Norfolk County Registry of Deeds.

**Settlement Proposals and Alternative Dispute Resolution**

Defendants Althea Follins and Harold Follins do not believe the use of ADR is appropriate with regard to their claim to the funds that are the subject of this matter. Moreover, as the parties have yet to engage in discovery, the Follinses have not submitted any settlement proposals to the remaining defendants.

Defendant Pacific Security, LLC, as Successor-in-Interest to Aetna Finance Company, d/b/a ITT Financial Services also does not agree that the use of ADR is appropriate with regard to its claims.

Defendant Second Federal Funding does not believe the use of ADR is appropriate with regard to its claim to the funds that are the subject of this matter.

Defendant United States of America does not believe the use of ADR is appropriate with regard to its claim to the funds that are the subject of this matter.

Defendant Bay State Gas does not believe the use of ADR is appropriate with regard to its claim to the funds that are the subject of this matter.

**Magistrate Judge**

Defendants, Althea Follins and Harold Follins, consent to the submission of this case for decision by a magistrate judge.

Defendant Pacific Security, LLC, as Successor-in-Interest to Aetna Finance Company, d/b/a ITT Financial Services, consents to the submission of this case for decision by a magistrate judge.

Defendant Second Federal Funding consents to the submission of this case for decision by a magistrate judge.

Defendant United States of America consents to the submission of this case for decision by a magistrate judge.

Defendant Bay State Gas consents to the submission of this case for decision by a magistrate judge.

### Certification

The undersigned attorneys certify that they have discussed the topics set forth in Local Rule 16.1(D)(3) with their clients. The originals of the signed certifications will be filed separately by each attorney prior to the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| NEW HAVEN SAVINGS BANK | ALTHEA FOLLINS<br>HAROLD FOLLINS |

*[signature]*

David M. Rhein
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
(617) 558-8411

Craig Todd Gerome
Schultz & Company
One Washington Mall
Boston, MA 02108
(617) 723-9090

PACIFIC SECURITY, LLC, SUCCESSOR-IN-INTEREST TO AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES

SECOND FEDERAL FUNDING

Michelle L. Zaff
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street
5th Floor
Newton, MA 02464
617-969-7139

Daniel P. Murphy
Law Office of Daniel P. Murphy
3 Courthouse Lane
Suite 4
Chelmsford, MA 01824
978-459-9888
Fax : 978-934-9706

UNITED STATES OF AMERICA

BAY STATE GAS

Glenn J. Melcher
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

Kevin J. McCaughey
Ganick, O'Brien & Sarin
161 Granite Ave.
Dorchester, MA 02124
617-288-4050
Fax : 617-288-0296

6

| | |
|---|---|
| NEW HAVEN SAVINGS BANK<br><br>David M. Rosen<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>(617) 558-8411 | ALTHEA FOLLINS<br>HAROLD FOLLINS<br><br>*[signature]*<br><br>Craig Todd Gerome<br>Schultz & Company<br>One Washington Mall<br>Boston, MA 02108<br>(617) 723-9090 |
| PACIFIC SECURITY, LLC, SUCCESSOR-IN-INTEREST TO AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES<br><br>Daniel P. Murphy<br>Law Office of Daniel P. Murphy<br>3 Courthouse Lane<br>Suite 4<br>Chelmsford, MA 01824<br>978-459-9888<br>Fax: 978-934-9706 | SECOND FEDERAL FUNDING<br><br>Michelle L. Zaff<br>Kerstein, Coren, Lichtenstein and Finkel, LLC<br>233 Needham Street<br>5th Floor<br>Newton, MA 02464<br>617-969-7139 |
| UNITED STATES OF AMERICA<br><br>Glenn J. Melcher<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, DC 20044<br>Telephone: (202) 307-6573<br>Facsimile: (202) 514-5238<br>Glenn.J.Melcher@usdoj.gov | BAY STATE GAS<br><br>Kevin J. McCaughey<br>Ganick, O'Brien & Sarin<br>161 Granite Ave.<br>Dorchester, MA 02124<br>617-288-4050<br>Fax: 617-288-0296 |

| NEW HAVEN SAVINGS BANK | ALTHEA FOLLINS<br>HAROLD FOLLINS |
|---|---|
| David Rhein<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>(617) 558-8411 | Craig Todd Gerome<br>Schultz & Company<br>One Washington Mall<br>Boston, MA 02108<br>(617) 723-9090 |
| PACIFIC SECURITY, LLC, SUCCESSOR-IN-INTEREST TO AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES<br><br>*/s/ Daniel P. Murphy*<br>Daniel P. Murphy<br>Law Office of Daniel P. Murphy<br>3 Courthouse Lane<br>Suite 4<br>Chelmsford, MA 01824<br>978-459-9888<br>Fax : 978-934-9706 | SECOND FEDERAL FUNDING<br><br>Michelle L. Zaff<br>Kerstein, Coren, Lichtenstein and Finkel, LLC<br>233 Needham Street<br>5th Floor<br>Newton, MA 02464<br>617-969-7139 |
| UNITED STATES OF AMERICA<br><br>Glenn J. Melcher<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, DC 20044<br>Telephone: (202) 307-6573<br>Facsimile: (202) 514-5238<br>Glenn.J.Melcher@usdoj.gov | BAY STATE GAS<br><br>Kevin J. McCaughey<br>Ganick, O'Brien & Sarin<br>161 Granite Ave.<br>Dorchester, MA 02124<br>617-288-4050<br>Fax : 617-288-0296 |

| | |
|---|---|
| NEW HAVEN SAVINGS BANK | ALTHEA FOLLINS<br>HAROLD FOLLINS |
| David M. Rosen<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>(617) 558-8411 | Craig Todd Gerome<br>Schultz & Company<br>One Washington Mall<br>Boston, MA 02108<br>(617) 723-9090 |
| PACIFIC SECURITY, LLC, SUCCESSOR-IN-INTEREST TO AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES | SECOND FEDERAL FUNDING<br><br>*/s/ Michelle L. Zaff*<br>Michelle L. Zaff<br>Kerstein, Coren, Lichtenstein and Finkel, LLC<br>233 Needham Street<br>5th Floor<br>Newton, MA 02464<br>617-969-7139 |
| Daniel P. Murphy<br>Law Office of Daniel P. Murphy<br>3 Courthouse Lane<br>Suite 4<br>Chelmsford, MA 01824<br>978-459-9888<br>Fax : 978-934-9706 | |
| UNITED STATES OF AMERICA | BAY STATE GAS |
| Glenn J. Melcher<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, DC 20044<br>Telephone: (202) 307-6573<br>Facsimile: (202) 514-5238<br>Glenn.J.Melcher@usdoj.gov | Kevin J. McCaughey<br>Ganick, O'Brien & Sarin<br>161 Granite Ave.<br>Dorchester, MA 02124<br>617-288-4050<br>Fax : 617-288-0296 |

| NEW HAVEN SAVINGS BANK | ALTHEA FOLLINS |
| | HAROLD FOLLINS |

David Rhein
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
(617) 558-8411

Craig Todd Gerome
Schultz & Company
One Washington Mall
Boston, MA 02108
(617) 723-9090

PACIFIC SECURITY, LLC, SUCCESSOR-IN-INTEREST TO AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES

SECOND FEDERAL FUNDING

Michelle L. Zaff
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street
5th Floor
Newton, MA 02464
617-969-7139

Daniel P. Murphy
Law Office of Daniel P. Murphy
3 Courthouse Lane
Suite 4
Chelmsford, MA 01824
978-459-9888
Fax : 978-934-9706

UNITED STATES OF AMERICA

BAY STATE GAS

Glenn J. Melcher
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

Kevin J. McCaughey
Ganick, O'Brien & Sarin
161 Granite Ave.
Dorchester, MA 02124
617-288-4050
Fax : 617-288-0296

| NEW HAVEN SAVINGS BANK | ALTHEA FOLLINS<br>HAROLD FOLLINS |
|---|---|
| David M. Rosen<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458<br>(617) 558-8411 | Craig Todd Gerome<br>Schultz & Company<br>One Washington Mall<br>Boston, MA 02108<br>(617) 723-9090 |
| PACIFIC SECURITY, LLC, SUCCESSOR-IN-INTEREST TO AETNA FINANCE COMPANY D/B/A ITT FINANCIAL SERVICES<br><br>Daniel P. Murphy<br>Law Office of Daniel P. Murphy<br>3 Courthouse Lane<br>Suite 4<br>Chelmsford, MA 01824<br>978-459-9888<br>Fax: 978-934-9706 | SECOND FEDERAL FUNDING<br><br>Michelle L. Zaff<br>Kerstein, Coren, Lichtenstein and Finkel, LLC<br>233 Needham Street<br>5th Floor<br>Newton, MA 02464<br>617-969-7139 |
| UNITED STATES OF AMERICA<br><br>Glenn J. Melcher<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, DC 20044<br>Telephone: (202) 307-6573<br>Facsimile: (202) 514-5238<br>Glenn.J.Melcher@usdoj.gov | BAY STATE GAS<br><br>/s/ Kevin J. McCaughey<br>Kevin J. McCaughey<br>Ganick, O'Brien & Sarin<br>161 Granite Ave.<br>Dorchester, MA 02124<br>617-288-4050<br>Fax: 617-288-0296 |

6