COMMONWEALTH OF MASSACHUSETTS

Norfolk, ss.

United States District Court
District of Massachusetts
Docket No. 03-12634-RCL

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br>    Plaintiff,<br><br>v.<br><br>ATHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES, SECOND<br>FEDERAL FUNDING, UNITED STATES<br>OF AMERICA, and BAY STATE GAS,<br>    Defendants | DEFENDANT BAY STATE GAS<br>CERTIFICATION PURSUANT TO<br>LR. 16.1(d)(3) |

The Defendant, Bay State Gas, by its attorney, Kevin J. McCaughey, submits the following pursuant to LR. 16.1(d)(3).

Bay State Gas is a party defendant and has settlement authority in the above-captioned case.

Kevin J. McCaughey is the Trial Attorney for the Defendant, Bay State Gas, assigned with primary responsibility for the above-captioned case.

The undersigned affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Respectfully submitted,<br>
Bay State Gas<br>
By it's Attorney<br>
<br>
/s/<br>
_____<br>
Kevin J. McCaughey<br>
Ganick, O'Brien & Sarin<br>
161 Granite Avenue<br>
Dorchester, MA 02124<br>
617-436-2794<br>
BBO No. 557180

Dated: October 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2004, I served a copy of Defendant Bay State Gas Certification Pursuant to LR.16.1(d)(3) by first class mail, postage prepaid, to the following:

New Haven Savings Bank
c/o David Rhein, Esquire
Harmon Law Offices, P.C.
150 California Street
Newton, MA  02458

Pacific Security, LLC, Successor-in-Interest
to Aetna Finance Company d/b/a
ITT Financial Services
c/o Daniel P. Murphy
3 Courthouse Lane, Suite 4
Chelmsford, MA  01824

Second Federal Funding
c/o Michelle L. Zaff, Esquire
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA  02464

Althea Follins
c/o Craig Todd Gerome, Esquire
Schultz & Company
One Washington Mall
Boston, MA  02108

Harold Follins
c/o Craig Todd Gerome, Esquire
Schultz & Company
One Washington Mall
Boston, MA  02108

United States of America
c/o Glenn J. Melcher, Esquire
Trial Attorney, Tax Division
U. S. Department of Justice
P. O. Box 55
Washington, DC  20044

_____
Kevin J. McCaughey
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA  02124
617-436-2794
BBO No. 557180