**HARMON LAW OFFICES, P.C.**
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-8400
FAX (617) 244-7304

*SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND*

October 21, 2004

United States District Court for
The District of Massachusetts
John Joseph Moakley
US Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:   New Haven Savings Bank v. Althea Follins, et al.
      Formerly Case No. 2003-02070-B Norfolk Superior Court
      US District Court Docket No. 03-12634 RCL

Dear Sir/Madam:

Enclosed please find a check in the amount of $103,165.62 representing surplus funds plus interest accrued, in connection with the above-referenced matter. I have also enclosed a copy of our Motion to Deposit Surplus Funds Into Court and Withdraw which was allowed for your reference.

Thank you for your assistance in this matter.

Very truly yours,

HARMON LAW OFFICES, P.C.

*[signature]*

David J. Rhein
DJR:lsg
Enclosures

04 OCT 25 PM 4:17
RECEIVED
U.S. ATTORNEY

```
Tue Oct 26 16:24:45 2004

    UNITED STATES DISTRICT COURT

    BOSTON          , MA

Receipt No.   321 59597
Cashier         nappi

Tender Type  CHECK

Check Number: 3220

Transaction Type   C

Case No./Def No. 1:03-CV-12634 /   1

DO Code    Div No     Acct
 4638        1       604700

Amount          $ 103165.62

INTERPLEADER / 03-CV-12634(1) ALTHEA FOL
LINS ET AL/CHECK FROM

HARMON LAW OFFICE,150 CALIFORNIA ST,NEWT
ON,MA 02458
```

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Barrette, Mark entered on 10/5/2004 at 10:58 AM EDT and filed on 10/4/2004
Case Name:  New Haven Savings Bank v. Follins et al
Case Number: 1:03-cv-12634
Filer:
Document Number: 24

Docket Text:
Judge Nathaniel M. Gorton : Electronic ORDER entered granting [20] Motion to Deposit Surplus Funds Into Court and Withdraw (Barrette, Mark)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=10/5/2004] [FileNumber=695157-0]
[c5b09877f332a54b11eb794e1ca35d12ff10a5d37e249df9b5ce7bc0bf40e1fde2d7
4e4ff1b3489b11bf1d53b62fa0b6e6d017fd73fe7ce5fd8828d9cfc9962f]]


1:03-cv-12634 Notice will be electronically mailed to:

Glenn J. Melcher      glenn.j.melcher@usdoj.gov, northern.taxcivil@usdoj.gov

1:03-cv-12634 Notice will not be electronically mailed to:

Althea Follins
22 Clark Street
Randolph, MA 02368

Harold Follins
22 Clark Street
Randolph, MA 02368

Craig Todd Gerome
Schultz & Company
One Washington Mall
Boston, MA 02108

Kevin J. McCaughey
Ganick, O'Brien & Sarin
161 Granite Ave.
Dorchester, MA 02124

Daniel P. Murphy
Law Office of Daniel P. Murphy
3 Courthouse Lane
Suite 4
Chelmsford, MA 01824

David M. Rosen
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458