UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>        Plaintiff<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES,<br>SECOND FEDERAL FUNDING,<br>UNITES STATES OF AMERICA, AND<br>BAY STATE GAS,<br><br>        Defendants | Case No. 03-12634 - NMG |

### THE DEFENDANTS, ALTHEA FOLLINS AND HAROLD FOLLINS', CERTIFICATION PURSUANT TO LR. 16.1(d)(3)

The Defendants, Althea Follins and Harold Follins, by their attorney, Gordon N. Schultz, submit the following pursuant to LR. 16.1(d)(3).

Harold Follins is a party defendant and has settlement authority in the above-captioned case.

Gordon N. Schultz is the Trial Attorney for the Defendants, Althea Follins and Harold Follins, assigned with primary responsibility for the above-captioned case.

The undersigned affirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and (b) to consider the resolution of the litigation through the use of

alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Harold Follins

_____
Gordon N. Schultz, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108
(617) 723-9090

Dated: October 11, 2004