## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.  <u>03-cv-12634 NMG</u>

Title: **<u>New Haven Savings Bank v. Follins et al</u>**

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge <u>**Gorton**</u> has been transferred to Judge **<u>Collings</u>** for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials **<u>RBC.</u>**

Thank you for your cooperation in this matter.

           William Ruane
           CLERK OF COURT

By:   <u>Mark A. Barrette</u>
       Deputy Clerk

Date:  <u>November 2, 2004</u>

Copies to:   Counsel

(InHouseReAssign3.wpd - 12/98)                                                  [ntccsasgn.]