UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY, d/b/a ITT<br>FINANCIAL SERVICES, SECOND<br>FEDERAL FUNDING, UNITED STATES<br>OF AMERICA, and BAY STATE GAS,<br><br>    Defendants. | Case No. 03-12634 NMG |

### AETNA FINANCE COMPANY, d/b/a ITT FINANCIAL SERVICES' CERTIFICATION UNDER LOCAL RULE 16(d)(3)

The Defendant, Aetna Finance Company, d/b/a ITT Financial Services, by its successor in interest, Pacific Security, LLC ("Pacific Security"), hereby makes the following certification under Local Rule 16(d)(3):

1. Christopher Foreman, president of Boulder Corporation, Sole Manager of Pacific Security, LLC, has settlement authority in the above-captioned case.

2. The undersigned have conferred (1) with a view to establishing a budget for conducting the full course – and various alternative courses, for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

_____
By: Boulder Corporation, Sole Manager of Pacific Security, LLC
Its: President, Christopher Foreman

_____
Daniel P. Murphy (BBO# 559440)
3 Courthouse Lane, Suite 4
Chelmsford, Massachusetts 01824
(978) 459-9888

Dated: October 25, 2004

## CERTIFICATE OF SERVICE

I, Daniel P. Murphy, hereby certify that on October 25, 2004, I served a copy of the foregoing document on all counsel of record, by first class mail, postage prepaid, to:

David J. Rhein, Esq.
Harmon Law Offices P.C.
P. O. Box 610389
Newton Highlands, MA  02461-0389

Glenn J. Melcher, Esq.
Tax Division
U. S. Department of Justice
P. O. Box 55
Ben Franklin Station
Washington, DC  20044

Kevin J. McCaughey, Esq.
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA  02124

Michelle L. Zaff, Esq.
Kerstein, Coren, Lichhtenstein & Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA  02464

Craig T. Gerome, Esq.
Schultz & Company
One Washington Mall
Boston, MA  02108

_____
Daniel P. Murphy