UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>ALTHEA FOLLINS, HAROLD FOLLINS, )<br>AETNA FINANCE COMPANY dba ITT )<br>FINANCIAL SERVICES, SECOND )<br>FEDERAL FUNDING, UNITED STATES )<br>OF AMERICA, AND BAY STATE GAS )<br>)<br>)<br>Defendants ) | Case No. 03-12634-NMG |

**SECOND FEDERAL FUNDINGS' CERTIFICATION UNDER
LOCAL RULE 16.1(D)(3)**

Second Federal Funding, by its attorney, Michelle L. Zaff, submits the following pursuant to Mass.R.16.1(D)(3).

Michelle L. Zaff has been appointed special counsel for Second Federal Funding by the Bankruptcy Court on behalf of bankruptcy trustee, Harold Bulan, who has primary responsibility for the above-captioned case.

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course —and various alternative courses- for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Harold P. Bulan
Goldstein, Bulan & Chiari LLP
14 Lafayette Square, Ste. 1440
Buffalo, NY 14203

_____
Michelle L. Zaff
Kerstein, Coren, Lichtenstein and Finkle, LLP
233 Needham Street
Newton, MA 02464