# KERSTEIN ■ COREN ■ LICHTENSTEIN ■ FINKEL LLP

*Attorneys at Law*

FILED
IN CLERKS OFFICE

Newton-Wellesley Executive Office Park
60 Walnut Street, Wellesley, Massachusetts 02481

2005 FEB -9  P 3: 11

MICHELLE L. ZAFF

U.S. DISTRICT COURT
DISTRICT OF MA

SERIAL 617 969 7139
FAX (617) 964-6511

February 2, 2005

United States District Court for
The District of Massachusetts
John Joseph Moakley
US Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:   New Haven Savings Bank v. Althea Follins, et al.
      US District Court Docket No. 03-12634NMG

Dear Sir or Madam:

Please note that my address has changed to the following: Michelle L. Zaff, Kerstein, Coren, Lichtenstein and Finkel LLP, Newton- Wellesley Executive Office Park, 60 Walnut Street, 4th Floor, Wellesley, MA 02481 and all mail should be addressed accordingly. I have had problems with my mail being forwarded from the firms prior address and may have missed any mail that the court sent in the past several weeks. I will contact the clerk promptly to confirm whether and correspondence has recently been sent by the court. Notice of my new address has been forwarded to all interested parties.

Thank you for your assistance with this matter.

Very Truly Yours,

*[signature]*

Michelle L. Zaff