UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW HAVEN SAVINGS BANK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 03-12634-NMG |
| | ) | |
| | ) | |
| ALTHEA FOLLINS, HAROLD FOLLINS, | ) | |
| AETNA FINANCE COMPANY dba ITT | ) | |
| FINANCIAL SERVICES, SECOND | ) | |
| FEDERAL FUNDING, UNITED STATES | ) | |
| OF AMERICA, AND BAY STATE GAS | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR
SECOND FEDERAL FUNDING**

Michelle L. Zaff, hereby withdraws as counsel for Second Federal Funding and states in support thereof and as reasons therefore the inability to effectively communicate with the client.

*[signature]*
Michelle L. Zaff
Kerstein, Coren, Lichtenstein and Finkle, LLP
233 Needham Street
Newton, MA 02464