UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS, AETNA FINANCE COMPANY, d/b/a ITT FINANCIAL SERVICES, SECOND FEDERAL FUNDING, UNITED STATES OF AMERICA, and BAY STATE GAS,<br><br>    Defendants. | Case No. 03-12634 |

## PACIFIC SECURITY, LLC'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, Plaintiff-in-Crossclaim, Pacific Security, LLC, as successor-in-interest to and attorney-in-fact for Aetna Finance Company, d/b/a ITT Financial Services (hereinafter "Pacific Security"), and respectfully moves this Court to grant it summary judgment on Pacific Security's claims contained in its crossclaim in this matter, pursuant to Fed. R. Civ. P. 56, as there is no genuine issue of material fact in dispute, and Pacific Security is entitled to judgment as a matter of law.

As grounds for its Motion, Pacific Security relies upon the reasons set forth in its Memorandum of Law, including the Concise Statement of Material Facts contained therein, and the facts contained in the Affidavit of Christopher Foreman, filed herewith.

WHEREFORE, Pacific Security respectfully requests that this Honorable Court:

    A.    Grant Pacific Security's Motion for Summary Judgment and enter judgment establishing Pacific Security's equitable lien superior to any

1

other claim upon the surplus proceeds of the foreclosure to the full amount of its debt owed to it by the Defendants, Harold and Althea Follins, including per diem interest and attorney's fees and costs; and,

B. Enter an Order directing the holder of said surplus funds to pay to Pacific Security such debt from the surplus funds held by the Court.

C. Grant such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

At the discretion of the Court, Pacific Security, LLC requests oral argument on its Motion for Summary Judgment.

        Respectfully submitted,

        AETNA FINANCE COMPANY, d/b/a
        ITT FINANCIAL SERVICES, by its
        successor in interest,
        PACIFIC SECURITY, LLC,
        By its attorney,

        /s/ Daniel P. Murphy
        Daniel P. Murphy (BBO#559440)
        3 Courthouse Lane, Suite 4
        Chelmsford, Massachusetts 01824
        (978) 459-9888

Dated: April 29, 2005