7747

**115106**                                                                                      20— 523

MASSACHUSETTS REAL ESTATE MORTGAGE INDIVIDUAL (SHORT FORM) 691

WE, HAROLD FOLLINS AND ALTHEA FOLLINS, husband and wife

of   Five Lori Lane, Randolph, Norfolk                              County, Massachusetts,

for consideration paid, grants to AETNA FINANCE COMPANY d/b/a ITT FINANCIAL SERVICES
A COMPANY QUALIFIED TO DO BUSINESS IN THE STATE OF RHODE ISLAND WITH A
USUAL PLACE OF BUSINESS AT 2145 Pawtucket Avenue, East Providence, RI

with **mortgage covenants** to secure the payment of -----Forty-Three Thousand

Two Hundred Eighty and 71/100---------------($43,280.71)---------------------Dollars

in     Fifteen       years with                    Sixteen        per cent interest, per annum
payable semiannually — monthly                                    annual percentage rate
as provided in            note    of even date,
the land in  Randolph, Norfolk County, Massachusetts

[Description and encumbrances, if any]

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF

Five Lori Lane, Randolph, Massachusetts

SEP 25  9 46

This mortgage is upon the statutory condition,

for any breach of which the mortgagee shall have the statutory power of sale.

**Witness** our hands and seal this........22 nd.........day of..SEptember...1987

_Leslie J Saunders_                       _Harold Follins_
                                          HAROLD FOLLINS

_Leslie J Saunders_                       _Althea Follins_
                                          ALTHEA FOLLINS

                    ~~The Commonwealth of Massachusetts~~
                    STATE OF RHODE ISLAND
PROVIDENCE           ss.                          September 22,   19 87

   Then personally appeared the above named   HAROLD FOLLINS AND ALTHEA FOLLINS, husband
   and wife
and acknowledged the foregoing instrument to be  their free act and deed,
before me,
                                       _Carolina E. Amaral_
                                       Carolina E. Amaral  Notary Public — Justice of the Peace

                                       My Commission Expires ........June 30, 19 91

524

EXHIBIT A

The land in Randolph, Norfolk County, Massachusetts, being shown as Lot 43 on a plan entitled "Subdivision of Land, York Estates, Randolph. MA." dated June 17, 1965 by L.W. DeCelle, Surveyors, Inc. recorded Norfolk Registry of Deeds as Plan 905 of 1965 and Plan Book 219, said property being more particularly bounded and descirbed as follows:

NORTHWESTERLY   by Barbara Road, now Lori Lane, as shown on said plan, one hundred (100) feet;

NORTHEASTERLY   by Lot 42, as shown on said plan, one hundred sixteen and 66/100 (116.66) feet;

EASTERLY        by Lot 50, as shown on said plan, sixty-two and 88/100 (62.88) feet;

EASTERLY again  by Lot 49, as shown on said plan, forty-one and 67/100 (41.67) feet and

SOUTHWESTERLY   by Lot 44, as shown on said plan, one hundred forty-two and 42/100 feet.

Containing, according to said plan, 12,500 square feet.

Subject to a drainage easement, as shown on plat recorded with Norfolk County Registry of Deeds as Plan No. 905 of 1965 on Plan Book 219.

Subject to protective covenants recorded with Norfolk Registry of Deeds in Book 4297 Page 191, and to an amendment said covenants recorded in Book 4316, Page 184.

Subject to an order of Taking by the Town of Randolph for an easement for sewer purposes dated April 20, 1977 and recorded at Norfolk County Registry of Deeds in Book 5324, Page 729.

Also subject to prior mortgages of record to Mariner Mortgage Corporation at Book 6530 Page 124 and to Aetna Finance Company at Book 6989 Page 239 and Book 7467 Page 484.

Subject to and with the benefit of all other easements, restrictions, reservations, and agreements of record, if any, insofar as the same are now in force and applicable.

Being the same premises conveyed to Mortgagors by deed from Gregory J.S. Knight, Hopa V. Knight October 30, 1984 recorded with said Registry in Book 6530 Page 133.