RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY

*William P O'Donnell*
WILLIAM P. O'DONNELL, REGISTER

RECORD
1st

Bk 21112 P393  #100761
06-03-2004 @ 09:37a

Document prepared by
And After Recording Return To:
Wilshire Financial
P O Box 8517
Portland, OR 97207

Wilshire Loan Number:   606460
Borrower name:          Follins

## ASSIGNMENT OF MORTGAGE

For value received the undersigned, ITT Financial Services, Assignor, grants, assigns and transfers to Transamerica Financial Services., as Assignee, without representation, warranty or recourse, all of the Assignor's right, title and interest in and to the said Mortgage together with the note or notes described or referred to in that Mortgage, the money due and to become due thereon with interest, and all liens, security interests and rights accrued or to accrue under the said Mortgage recorded in the real property records of the jurisdiction in which the real property secured by such Mortgage is located, including, without limitation, those documents described herein. This Assignment is made pursuant to the Power of Attorney Substitution signed by Assignor, a copy of which is attached as Exhibit B.

**Mortgagor:**            Harold Follins and Althea Follins
**Mortgagee:**            ITT Financial Services
**Mortgage date:**        09-22-87
**In the original amount of:** $43,280.71
**Recorded:**             09-25-87 in Book 7747 at Page 523 No. 115106 in Norfolk County, MA
**Property address:**     5 Lori Lane Randolph, MA. 02368

Dated: 05-13-04

Computer & Equipment leasing corporation successor in interest by merger to ITT Finacial Services, by Wilshire Credit Corporation its attorney in fact.

{seal}

*Charlene Busselaar*
Name: Charlene Busselaar
Title: Title Services Team Lead

{CORPORATE SEAL}

**STATE OF OREGON**

**COUNTY OF WASHINGTON**

On May 13, 2004, before me, the undersigned Notary Public, personally appeared Charlene Busselaar, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, who acknowledged that he/she is an Authorized Signer of Wilshire Credit Corporation, and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument, the person or the entity on behalf of which the person acted, executed the instrument.

Witness my hand and official seal this the 13th day of May, 2004

_____
Notary Public for the State of OREGON

OFFICIAL SEAL
ROSS KOBRZYCKI
NOTARY PUBLIC-OREGON
COMMISSION NO. 363521
MY COMMISSION EXPIRES DECEMBER 1, 2006

Case 1:03-cv-12634-RBC   Document 39-4   Filed 04/29/2005   Page 3 of 5
printed 05/13/2004 2:43PM by kobrzyck p. 4/5
BK 21112 Pg 395 #100761

# EXHIBIT A

## LEGAL DESCRIPTION

The land in Randolph, Norfolk County, Massachusetts, being shown as Lots 43 on a plan entitled "Subdivision of Land, York Estate, Randolph, Ma, dated June 17, 1965 by L.W. DeCalls, Surveyor, Inc., recorded Norfolk Registry of Deeds as Plan 905 of 1965 and Plan Book 219, said property being more particularly bounded and described as follows:

NORTHWESTERLY by Barbara Road now Lori Lane, as shown on said plan, one hundred (100) feet;

NORTHEASTERLY by Lot 42, as shown on said plan, one hundred sixteen and 66/100 (116.66) feet;

EASTERLY by Lot 50, as shown on said plan, sixty-two and 88/100 (62.88) feet;

EASTERLY again by Lot 49 as shown on said plan, forty-one and 67/100 (41.67) feet; and (41.67) feet; and

SOUTHWESTERLY by Lot 44, as shown on said Lot 44, as shown on said plan, one hundred forty-two and 42/100 (142.42) feet.

Containing according to said plan 12,500 square feet.

"Being the same parcel conveyed to Mariner Mortgage Corporation from Harold Follins and Althea Follins by virtue of a deed dated 07/17/03 recorded 08/01/03 in Deed Book 19517 Page 211, in County of Randolph," Massachusetts.

****** End of Document ******

POWER OF ATTORNEY SUBSTITUTION

CERTIFY
[signature] P O'Donnell
WILLIAM P. O'DONNELL, REGISTER

WHEREAS, pursuant to two Powers of Attorney, each dated October 1, 2002 ("PS Powers of Attorney"), TRANSAMERICA HOME LOAN TRUST, a New York business trust, and TRANSAMERICA HOME LOAN, a California corporation (jointly and severally "TransAmerica"), have appointed PACIFIC SECURITY, LLC and PACIFIC SECURITY 2, LLC (jointly and severally "PS") as their true and lawful attorney-in-fact to act on behalf of TransAmerica and the TransAmerica Companies listed below in connection with loans and other assets purchased by PS from TransAmerica pursuant to a Purchase Agreement dated July 29, 2002;

WHEREAS pursuant to prior Powers of Attorney dated January 30, 1998 and July 22, 1998, TransAmerica was authorized to act and enter into the PS Powers of Attorney and to substitute PS for TransAmerica on behalf of all of the following companies ("TransAmerica Companies"):

COMPUTER & EQUIPMENT LEASING CORPORATION successor in interest by merger to
AETNA FINANCE COMPANY, a Delaware corporation
AETNA FINANCE COMPANY, a Wyoming corporation
ITT EQUITY SERVICES CORPORATION, a Nevada corporation
THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation
THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation
THORP LOAN AND THRIFT COMPANY, a Minnesota corporation

HFTA FIRST FINANCIAL CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, a California corporation,

HFTA SECOND CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., an Alabama corporation,

HFTA FOURTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a Minnesota corporation,

HFTA FIFTH CORPORATION, successor by name change to TRANSAMERICA CREDIT CORPORATION, a Nevada corporation.

HFTA SIXTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL CORPORATION, a Nevada corporation,

HFTA SEVENTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a New Jersey corporation,

HFTA EIGHTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES COMPANY, an Ohio corporation,

HFTA NINTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a West Virginia corporation,

HFTA TENTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC, a Washington corporation,

HOUSEHOLD FINANCE CORPORATION OF HAWAII, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a Hawaii corporation,

HFTA CONSUMER DISCOUNT COMPANY, successor by name change to TRANSAMERICA FINANCIAL CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation,

PACIFIC FINANCE LOANS, a California corporation,

P:2602-067.docs

WHEREAS, pursuant to the PS Powers of Attorney, PS has the authority to substitute others to act on behalf of PS, TransAmerica and the TransAmerica Companies;

NOW THEREFORE, on behalf of PS, TransAmerica, and the TransAmerica Companies, the undersigned hereby substitute, constitute and appoint Wilshire Credit Corporation, a Nevada corporation ("Agent"), including any officer or employee of Agent, the true and lawful attorney-in-fact of the undersigned, TransAmerica, and the TransAmerica Companies (severally "Principal"), with full power by an instrument in writing to appoint a substitute or substitutes and to revoke with full power by an instrument in writing, for or in the name and stead of any Principal, (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse or assign without recourse, any and all loans and retail installment contracts sold to PS by that certain Purchase Agreement dated as of July 29, 2002 by and between Transamerica Home Loan, as sellers, and PS, as purchasers (hereafter referred to as "Loans") and any and all notes, pledges, bills of sales, deeds, liens and judgments or decrees, wherever located or of record, collateral to or security or arising out of the Loans and any security therefor, and the proceeds thereof, including real and personal property resulting from such security, and all other property and property rights of every kind and nature, in connection with the sale, transfer and assignment of certain assets from Principal to PS (such assets and Loans hereafter are sometimes referred to collectively as the "Assets"); (b) to cancel, release, satisfy, or discharge any and all of such Assets and security therefor and any and all of such judgments or decrees, in whole or part; (c) to endorse any notes, checks, drafts, money orders, or other negotiable instruments given in payment of any said Loans; (d) to initiate foreclosure or repossession proceedings or continue any pending foreclosure or repossession proceedings in connection with the collection of any and all Assets; (e) to communicate with any of Principal's predecessors in interest and to receive from such predecessors in interest any and all documents, instruments or other writings necessary to exercise the powers granted hereby; and (f) in connection with the exercise of any of the foregoing powers, to perform all acts, including, but not limited to, the execution, acknowledgement, recording, and delivery of acquaintances, releases, satisfactions, deeds and other instruments in writing which may be necessary or desirable in order to carry the foregoing powers into effect. Principal hereby ratifies and confirms all acts and things done by Agent or the substitute or substitutes of it, in pursuance of the authority herein granted.

IN WITNESS WHEREOF, PS has caused this instrument to be executed and, if applicable, its corporate seal to be hereunto affixed and attested by its proper officers thereunto duly authorized on this 16th day of December, 2002.

PACIFIC SECURITY, LLC, by Boulder Corporation, Manager

By: _____
Name: Christopher Foreman
Title: President

PACIFIC SECURITY 2, LLC, by Boulder Corporation, Manager

By: _____
Name: Christopher Foreman
Title: President

State of Illinois       )
                        ) ss.
County of Kane          )

I, the undersigned, a notary public in and for said County, in the State aforesaid, do hereby certify that Christopher Foreman as the President of Boulder Corporation, an Illinois Corporation, Manager of PACIFIC SECURITY, LLC, a Delaware limited liability corporation and PACIFIC SECURITY 2, LLC, a Delaware limited liability corporation, who is personally known to me to be the same person(s) whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he/she signed, sealed and delivered the said instrument as his/her free and voluntary act and as the act of the company for the uses and purposes therein set forth.

Given under my hand and official seal this 16 day of December, 2002.

_____
Notary Public

[SEAL] "OFFICIAL SEAL"
JOHN DONALD HARDER
COMMISSION EXPIRES 09/18/06

P:2002-067.docs

TOTAL P.06