RECORD
1st

606460

Document prepared by
And After Recording Return To:
Wilshire Financial
P O Box 8517
Portland, OR 97207

        Wilshire Loan Number:   606460
        Borrower name:   Follins

## ASSIGNMENT OF MORTGAGE

For value received the undersigned, ITT Financial Services, Assignor, grants, assigns and transfers to Transamerica Financial Services., as Assignee, without representation, warranty or recourse, all of the Assignor's right, title and interest in and to the said Mortgage together with the note or notes described or referred to in that Mortgage, the money due and to become due thereon with interest, and all liens, security interests and rights accrued or to accrue under the said Mortgage recorded in the real property records of the jurisdiction in which the real property secured by such Mortgage is located, including, without limitation, those documents described herein. This Assignment is made pursuant to the Power of Attorney Substitution signed by Assignor, a copy of which is attached as Exhibit B.

**Mortgagor:** Harold Follins and Althea Follins
**Mortgagee:** ITT Financial Services
**Mortgage date:** 09-22-87
**In the original amount of:** $43,280.71
**Recorded:** 09-25-87 in Book 7747 at Page 523 No. 115106 in Norfolk County, MA
**Property address:** 5 Lori Lane Randolph, MA. 02368

Dated: 05-13-04

{seal}

Computer & Equipment leasing corporation successor in interest by merger to ITT Finacial Services, by Wilshire Credit Corporation its attorney in fact.

*Charlene Busselaar*
Name: Charlene Busselaar
Title: Title Services Team Lead

{CORPORATE SEAL}

STATE OF OREGON

COUNTY OF WASHINGTON

On May 13, 2004, before me, the undersigned Notary Public, personally appeared Charlene Busselaar, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, who acknowledged that he/she is an Authorized Signer of Wilshire Credit Corporation, and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument, the person or the entity on behalf of which the person acted, executed the instrument.

Witness my hand and official seal this the 13th day of May, 2004

_____
Notary Public for the State of OREGON

OFFICIAL SEAL
ROSS KOBRZYCKI
NOTARY PUBLIC-OREGON
COMMISSION NO. 363521
MY COMMISSION EXPIRES DECEMBER 1, 2006

# EXHIBIT A

## LEGAL DESCRIPTION

The land in Randolph, Norfolk County, Massachusetts, being shown as Lots 43 on a plan entitled "Subdivision of Land, York Estate, Randolph, Ma, dated June 17, 1965 by L.W. DeCalls, Surveyor, Inc., recorded Norfolk Registry of Deeds as Plan 905 of 1965 and Plan Book 219, said property being more particularly bounded and described as follows:

NORTHWESTERLY by Barbara Road now Lori Lane, as shown on said plan, one hundred (100) feet;

NORTHEASTERLY by Lot 42, as shown on said plan, one hundred sixteen and 66/100 (116.66) feet;

EASTERLY by Lot 50, as shown on said plan, sixty-two and 88/100 (62.88) feet;

EASTERLY again by Lot 49 as shown on said plan, forty-one and 67/100 (41.67) feet; and (41.67) feet; and

SOUTHWESTERLY by Lot 44, as shown on said Lot 44, as shown on said plan, one hundred forty-two and 42/100 (142.42) feet.

Containing according to said plan 12,500 square feet.

"Being the same parcel conveyed to Mariner Mortgage Corporation from Harold Follins and Althea Follins by virtue of a deed dated 07/17/03 recorded 08/01/03 in Deed Book 19517 Page 211, in County of Randolph," Massachusetts.

****** End of Document ******