# POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS**: That the undersigned, **TRANSAMERICA HOME LOAN**, a California corporation (hereafter referred to together as "Principal"), does hereby constitute and appoint **PACIFIC SECURITY, LLC**, a Delaware limited liability company and **PACIFIC SECURITY 2, LLC**, a Delaware limited liability company, acting individually or jointly (hereinafter collectively referred to as "Agent"), including any officer or employee of Agent, the true and lawful attorney-in-fact of Principal, with full power by an instrument in writing to appoint a substitute or substitutes and to revoke any such appointment, for or in the name and stead of Principal, but for the benefit and on behalf of Agent (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse or assign without recourse, any and all loans and retail installment contracts sold to Agent by that certain Purchase Agreement dated as of July 29, 2002 by and between Principal and Transamerica Home Loan Trust, as sellers, and Agent, as purchasers (hereafter referred to as "Loans") and any and all notes, pledges, bills of sales, liens, and judgments or decrees, wherever located or of record, collateral to or security or arising out of the Loans and any security therefor, and all other property and property rights of every kind and nature, in connection with the sale, transfer and assignment of certain assets from Principal to Agent (such assets and Loans hereafter are sometimes referred to collectively as the "Assets"); (b) to cancel, release, satisfy, or discharge any and all of such Assets and security therefor and any and all of such judgments or decrees, in whole or part; (c) to endorse any notes, checks, drafts, money orders, or other negotiable instruments given in payment of any said Loans; (d) to initiate foreclosure or repossession proceedings or continue any pending foreclosure or repossession proceedings in connection with the collection of any and all Assets; (e) to communicate with an of Principal's predecessors in interest and to receive from such predecessors in interest any and all documents, instruments or other writings necessary to exercise the power's granted hereby; and (f) in connection with the exercise of any of the foregoing powers, to perform all acts, including, but not limited to, the execution, acknowledgement, recording, and delivery of acquaintances, releases, satisfactions, deeds and other instruments in writing which may be necessary or desirable in order to carry the foregoing powers into effect, Principal hereby ratifying and confirming all acts and things done by Agent or the substitute or substitutes of it, in pursuance of the authority herein granted.

IN WITNESS WHEREOF, Principal has caused this instrument to be executed and its corporate seal to be hereunto affixed and attested by its proper officers thereunto duly authorized on this 1st day of October, 2002.

**PRINCIPAL:**

**TRANSAMERICA HOME LOAN**, a California corporation

By: _Keith Van Damme_

Its: _President_

STATE OF __Illinois__ )
                                    ) ss.
COUNTY OF __Cook__ )

I, the undersigned, a notary public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that _Keith Van Drunhue_ as the _President_ of TRANSAMERICA HOME LOAN, a California corporation, who is personally known to me to be the same person(s) whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he/she signed, sealed and delivered the said instrument as his/her free and voluntary act and as the act of the corporation for the uses and purposes therein set forth.

Given under my hand and official seal this 1st day of October, 2002.

_Carol L. Martini_
Notary Public

[SEAL]

```
OFFICIAL SEAL
CAROL L. MARTINI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-6-2005
```

148246.1 044313-21859

## POWER OF ATTORNEY GRANTED TO TRANSAMERICA HOME LOAN

KNOW ALL PERSONS BY THESE PRESENTS:    That the undersigned, HFTA SECOND CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., an Alabama corporation, HFTA FIRST FINANCIAL CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, a California corporation, HFTA EIGHTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES COMPANY, an Ohio corporation, HFTA SIXTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL CORPORATION, a Nevada corporation, HOUSEHOLD FINANCE CORPORATION OF HAWAII, successor by name change to TRANSAMERICA FINANCIAL SERVICES INC., a Hawaii corporation, HFTA FOURTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES INC., a Minnesota corporation, HFTA SEVENTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a New Jersey corporation, HFTA CONSUMER DISCOUNT COMPANY, a successor by name change to TRANSAMERICA FINANCIAL CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation, HFTA TENTH CORPORATION, successor by name change to TRANSAMERICA CREDIT CORPORATION,  a Washington corporation, HFTA NINTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a West Virginia corporation, PACIFIC FINANCE LOANS, a California corporation, HFTA FIFTH CORPORATION, successor by name change to TRANSAMERICA CREDIT CORPORATION, a Nevada corporation (hereafter collectively referred to a "Principal"), do hereby constitute and appoint TRANSAMERICA HOME LOAN, a California corporation, (hereafter referred to a "THL"), including any officer or employee of THL, the true and lawful attorney-in-fact of Principal, with full power by an instrument in writing to appoint a substitute or substitutes and to revoke any such appointment, for or in the name and stead of Principal, but for the benefit and on behalf of THL, (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse or assign without recourse, any and all loans (hereafter referred to as "Loans") and any and all notes, mortgages, deeds of trust, deeds to secure debt, pledges, bills of sales, liens, and judgments or decrees, wherever located or of record, collateral to or security or arising out of the Loans and any security therefor, and all other property and property rights of every kind and nature, in connection with the transfer and assignment of certain assets from Principal to THL (such assets and Loans hereafter are sometimes referred to collectively as the "Excluded Assets"); (b) to cancel, release, satisfy, or discharge any and all of such Excluded Assets and security therefor and any and all of such judgments or decrees, in whole or in part; (c) to endorse any notes, checks drafts, money orders, or other negotiable instruments given in payment of any said Loans; (d) to initiate foreclosure proceedings or continue any pending foreclosure proceedings in connection with the collection of any and all Excluded Assets; (e) to communicate with any of Principal's predecessors in interest and to receive from such predecessors in interest any and all documents, instruments or other writings necessary to exercise the power's granted hereby; and (f) in connection with the exercise of any of the foregoing powers, to perform all acts, including but not limited to, the execution, acknowledgment, recording, and delivery of acquittances, releases, satisfactions, deeds, and other instruments in writing which may be necessary or desirable in order to carry the foregoing powers  into effect, Principal hereby ratifying and confirming all acts and things done by THL, or the substitute or substitutes of it, in pursuance of the authority herein granted.

IN WITNESS WHEREOF, Principal has caused this instrument to be executed and its corporate seal to be hereunto affixed and attested by its proper officers thereunto duly authorized on this 24th day of January , 2000.

"PRINCIPAL"

HFTA SECOND CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., an Alabama corporation;

HFTA FIRST FINANCIAL CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, a California corporation;

HFTA EIGHTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES COMPANY, an Ohio corporation;

HFTA SIXTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL CORPORATION, a Nevada corporation;

HOUSEHOLD FINANCE CORPORATION OF HAWAII, successor by name change to TRANSAMERICA FINANCIAL SERVICES INC., a Hawaii corporation;

HFTA FOURTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES INC., a Minnesota corporation;

HFTA SEVENTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a New Jersey corporation;

HFTA CONSUMER DISCOUNT CORPORATION, successor by name change to TRANSAMERICA FINANCIAL CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation;

HFTA TENTH CORPORATION, successor by name change to TRANSAMERICA CREDIT CORPORATION, a Washington corporation;

HFTA NINTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a West Virginia corporation;

PACIFIC FINANCE LOANS, a California corporation;

HFTA FIFTH CORPORATION, successor by name change to TRANSAMERICA CREDIT CORPORATION, a Nevada corporation;

By: _____

Its: K.K. Curtin, Vice President and Secretary

[corporate seal]

ATTEST:

By: _____

Its: L.S. Mattenson, Assistant Secretary

I, __Mary K. Calandra____, a Notary Public, do hereby certify that ___K.K. Curtin_____, personally known by me to be the same person(s) whose name(s) is/are designated and signed above as __Vice President_____ of _the above corporations__, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that he/she/they, being thereunto duly authorized, signed, sealed and delivered the said instrument as the free and voluntary act of said entity and as his/her/their own free and voluntary act, for the uses and purposes set forth therein.

Given under my hand and notarial seal on this 24th day of __January_____, 2000.

"OFFICIAL SEAL"
MARY K. CALANDRA
Notary Public, State of Illinois
My Commission Expires 08/13/2002

*Mary K. Calandra*
Notary Public

[Notarial Seal]

# POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS: That the undersigned, Computer & Equipment Leasing Corporation successor in interest by merger to AETNA FINANCE COMPANY, a Delaware corporation, AETNA FINANCE COMPANY, a Wyoming corporation, ITT EQUITY SERVICES CORPORATION, a Nevada corporation, THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation, THORP CREDIT COMPANY OF KENTUCY, a Kentucky corporation, and THORP LOAN AND THRIFT COMPANY, a Minnesota corporation (hereafter referred to collectively as "Principal"), do hereby constitute and appoint TRANSAMERICA FINANCIAL SERVICES, a California corporation (hereafter referred to as Transamerica"), including any officer or employee of Transamerica, the true and lawful attorney-in-fact of Principal, with full power by an instrument in writing to appoint a substitute or substitutes and to revoke any such appointment, for in the name and stead of Principal, but for the benefit and on behalf of Transamerica, (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse or assign without recourse, any and all loans (hereafter referred to as "Mortgage Loans" and "Charged Off Loans", as those terms are defined in that certain Asset Purchase Agreement dated March 31, 1995) and any and all notes, mortgages, deeds of trust, deeds to secure debt, pledges, bills of sales, liens, and judgments or decrees, wherever located or of record, collateral to or security or arising out of the Mortgage Loans and Charged Off Loans and any security therefor, and all other property and property rights of every kind and nature described in the Asset Purchase Agreement and that certain Bill of Sale dated March 31, 1995, evidencing the sale and conveyance of certain assets of Principal to Transamerica (such assets and Mortgage Loans and Charged Off Loans hereafter sometimes referred to collectively as the "Purchased Assets", as defined in the Asset Purchase Agreement); (b) to cancel, release, satisfy, or discharge any and all of such Purchased Assets and security therefor and any and all of such judgments or decrees, in whole or in part; (c) to endorse any notes, checks, drafts, money orders, or other negotiable instruments given in payment of any said Mortgage Loans and Charged Off Loans; and (d) in connection with the exercise of any of the foregoing powers to perform all acts including but not limited to, the execution, acknowledgment, recording, and delivery of acquittances, releases, satisfactions, deeds, and other instruments in writing which may be necessary or desirable in order to carry the foregoing powers into effect, Principal hereby ratifying and confirming all acts and things done by Transamerica, or the substitute or substitutes of it, in pursuance of the authority herein granted.

IN WITNESS WHEREOF, Principal has caused this instrument to be executed and its corporate seal to be hereunto affixed and attested by its proper officers thereunto duly authorized on this 30th day of January, 1998.

> Computer & Equipment Leasing Corporation successor in interest by merger to
> AETNA FINANCE COMPANY, a Delaware corporation
> AETNA FINANCE COMPANY, a Wyoming corporation
> ITT EQUITY SERVICES CORPORATION, a Nevada Corporation
> THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation

1

THORP CREDIT COMPANY OF KENTUCKY,
a Kentucky corporation
THORP LOAN AND THRIFT COMPANY,
a Minnesota corporation

(Corporate Seal)

BY: _____
T. William Bixby, Vice President

ATTEST:

_____
Susan T. Moats, Assistant Secretary

State of Minnesota        }
                          }ss
County of Hennepin        }

I, Dawn M. Underdahl, a Notary Public, do hereby certify that T. William Bixby and Susan T. Moats, personally known by me to be the same persons whose names are respectively designated and signed above as Vice President and Assistant Secretary of Computer & Equipment Leasing Corporation successor in interest by merger to AETNA FINANCE COMPANY, a Delaware corporation, AETNA FINANCE COMPANY, a Wyoming corporation, ITT EQUITY SERVICES CORPROATION, a Nevada corporation, THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation, THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation, and THORP LOAN AND THRIFT COMPANY, a Minnesota corporation, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they, being thereunto duly authorized, signed, sealed, and delivered the said instrument as the free and voluntary act of said corporations and as their own free and voluntary act, for the uses and purposes set forth therein.

Given under my hand and notarial seal on this 31st day of January, 1998.

DAWN MARIE UNDERDAHL
NOTARY PUBLIC - MINNESOTA
ANOKA COUNTY
My Commission Expires Jan. 31, 2000

_____
Notary Public

(Notarial Seal)

# POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS: That the undersigned, Computer & Equipment Leasing Corporation successor in interest by merger to AETNA FINANCE COMPANY, a Delaware corporation, AETNA FINANCE COMPANY, a Wyoming corporation, ITT EQUITY SERVICES CORPORATION, a Nevada corporation, THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation, THORP CREDIT COMPANY OF KENTUCY, a Kentucky corporation, and THORP LOAN AND THRIFT COMPANY, a Minnesota corporation (hereafter referred to collectively as "Principal"), do hereby constitute and appoint TRANSAMERICA FINANCIAL SERVICES, a California corporation (hereafter referred to as Transamerica"), including any officer or employee of Transamerica, the true and lawful attorney-in-fact of Principal, with full power by an instrument in writing to appoint a substitute or substitutes and to revoke any such appointment, for in the name and stead of Principal, but for the benefit and on behalf of Transamerica, (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse or assign without recourse, any and all loans (hereafter referred to as "Mortgage Loans" and "Charged Off Loans", as those terms are defined in that certain Asset Purchase Agreement dated March 31, 1995) and any and all notes, mortgages, deeds of trust, deeds to secure debt, pledges, bills of sales, liens, and judgments or decrees, wherever located or of record, collateral to or security or arising out of the Mortgage Loans and Charged Off Loans and any security therefor, and all other property and property rights of every kind and nature described in the Asset Purchase Agreement and that certain Bill of Sale dated March 31, 1995, evidencing the sale and conveyance of certain assets of Principal to Transamerica (such assets and Mortgage Loans and Charged Off Loans hereafter sometimes referred to collectively as the "Purchased Assets", as defined in the Asset Purchase Agreement); (b) to cancel, release, satisfy, or discharge any and all of such Purchased Assets and security therefor and any and all of such judgments or decrees, in whole or in part; (c) to endorse any notes, checks, drafts, money orders, or other negotiable instruments given in payment of any said Mortgage Loans and Charged Off Loans; and (d) in connection with the exercise of any of the foregoing powers to perform all acts including but not limited to, the execution, acknowledgment, recording, and delivery of acquittances, releases, satisfactions, deeds, and other instruments in writing which may be necessary or desirable in order to carry the foregoing powers into effect, Principal hereby ratifying and confirming all acts and things done by Transamerica, or the substitute or substitutes of it, in pursuance of the authority herein granted.

IN WITNESS WHEREOF, Principal has caused this instrument to be executed and its corporate seal to be hereunto affixed and attested by its proper officers thereunto duly authorized on this 24th day of March, 1998.

> Computer & Equipment Leasing Corporation successor in interest by merger to
> AETNA FINANCE COMPANY, a Delaware corporation
> AETNA FINANCE COMPANY, a Wyoming corporation
> ITT EQUITY SERVICES CORPORATION, a Nevada Corporation
> THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation

1

THORP CREDIT COMPANY OF KENTUCKY,
a Kentucky corporation
THORP LOAN AND THRIFT COMPANY,
a Minnesota corporation

(Corporate Seal)

BY: _____
    T. William Bixby, Vice President

ATTEST:

_____
Susan T. Moats, Assistant Secretary

State of Minnesota    }
                      }ss
County of Hennepin    }

I, Dawn M. Underdahl, a Notary Public, do hereby certify that T. William Bixby and Susan T. Moats, personally known by me to be the same persons whose names are respectively designated and signed above as Vice President and Assistant Secretary of Computer & Equipment Leasing Corporation successor in interest by merger to AETNA FINANCE COMPANY, a Delaware corporation, AETNA FINANCE COMPANY, a Wyoming corporation, ITT EQUITY SERVICES CORPROATION, a Nevada corporation, THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation, THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation, and THORP LOAN AND THRIFT COMPANY, a Minnesota corporation, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they, being thereunto duly authorized, signed, sealed, and delivered the said instrument as the free and voluntary act of said corporations and as their own free and voluntary act, for the uses and purposes set forth therein.

Given under my hand and notarial seal on this 24th day of March, 1998.

DAWN MARIE UNDERDAHL
NOTARY PUBLIC
STATE OF MINNESOTA
MY COMM EXPIRES JAN 31, 2000

_____
Notary Public

(Notarial Seal)

## POWER OF ATTORNEY SUBSTITUTION

WHEREAS, pursuant to two Powers of Attorney, each dated October 1, 2002 ("PS Powers of Attorney") TRANSAMERICA HOME LOAN TRUST, a New York business trust, and TRANSAMERICA HOME LOAN, California corporation (jointly and severally "TransAmerica"), have appointed PACIFIC SECURITY, LLC an PACIFIC SECURITY 2, LLC (jointly and severally "PS") as their true and lawful attorney-in-fact to act on behalf of TransAmerica and the TransAmerica Companies listed below in connection with loans and other assets purchased by PS from TransAmerica pursuant to a Purchase Agreement dated July 29, 2002;

WHEREAS pursuant to prior Powers of Attorney dated January 30, 1998 and July 22, 1998, TransAmerica was authorized to act and enter into the PS Powers of Attorney and to substitute PS for TransAmerica on behalf of a of the following companies ("TransAmerica Companies"):

COMPUTER & EQUIPMENT LEASING CORPORATION successor in interest by merger to
AETNA FINANCE COMPANY, a Delaware corporation
AETNA FINANCE COMPANY, a Wyoming corporation
ITT EQUITY SERVICES CORPORATION, a Nevada corporation
THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation
THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation
THORP LOAN AND THRIFT COMPANY, a Minnesota corporation

HFTA FIRST FINANCIAL CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, a California corporation,

HFTA SECOND CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., an Alabama corporation,

HFTA FOURTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a Minnesota corporation,

HFTA FIFTH CORPORATION, successor by name change to TRANSAMERICA CREDIT CORPORATION, a Nevada corporation.

HFTA SIXTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL CORPORATION, a Nevada corporation,

HFTA SEVENTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a New Jersey corporation,

HFTA EIGHTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES COMPANY, an Ohio corporation,

HFTA NINTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a West Virginia corporation,

HFTA TENTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC, a Washington corporation,

HOUSEHOLD FINANCE CORPORATION OF HAWAII, successor by name change to TRANSAMERICA FINANCIAL SERVICES, INC., a Hawaii corporation,

HFTA CONSUMER DISCOUNT COMPANY, successor by name change to TRANSAMERICA FINANCIAL CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation,

PACIFIC FINANCE LOANS, a California corporation,

WHEREAS, pursuant to the PS Powers of Attorney, PS has the authority to substitute others to act on beh of PS, TransAmerica and the TransAmerica Companies;

NOW THEREFORE, on behalf of PS, TransAmerica, and the TransAmerica Companies, the undersign hereby substitute, constitute and appoint Wilshire Credit Corporation, a Nevada corporation ("Agent"), including a officer or employee of Agent, the true and lawful attorney-in-fact of the undersigned, TransAmerica, and t TransAmerica Companies (severally "Principal"), with full power by an instrument in writing to appoint a substitut or substitutes and to revoke with full power by an instrument in writing, for or in the name and stead of a Principal, (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse assign without recourse, any and all loans and retail installment contracts sold to PS by that certain Purcha Agreement dated as of July 29, 2002 by and between Transamerica Home Loan, as sellers, and PS, as purchas (hereafter referred to as "Loans") and any and all notes, pledges, bills of sales, deeds, liens and judgments or decre wherever located or of record, collateral to or security or arising out of the Loans and any security therefor, and t proceeds thereof, including real and personal property resulting from such security, and all other property a property rights of every kind and nature, in connection with the sale, transfer and assignment of certain assets fr Principal to PS (such assets and Loans hereafter are sometimes referred to collectively as the "Assets"); (b) to canc release, satisfy, or discharge any and all of such Assets and security therefor and any and all of such judgments decrees, in whole or part; (c) to endorse any notes, checks, drafts, money orders, or other negotiable instrumer given in payment of any said Loans; (d) to initiate foreclosure or repossession proceedings or continue any pendi foreclosure or repossession proceedings in connection with the collection of any and all Assets; (e) to communica with any of Principal's predecessors in interest and to receive from such predecessors in interest any and documents, instruments or other writings necessary to exercise the powers granted hereby; and (f) in connection w the exercise of any of the foregoing powers, to perform all acts, including, but not limited to, the executic acknowledgement, recording, and delivery of acquaintances, releases, satisfactions, deeds and other instruments writing which may be necessary or desirable in order to carry the foregoing powers into effect. Principal here ratifies and confirms all acts and things done by Agent or the substitute or substitutes of it, in pursuance of t authority herein granted.

IN WITNESS WHEREOF, PS has caused this instrument to be executed and, if applicable, its corporate s( to be hereunto affixed and attested by its proper officers thereunto duly authorized on this 16th day of Decemb 2002.

PACIFIC SECURITY, LLC, by Boulder Corporation, Manager

By: _____
Name:    Christopher Foreman
Title:    President

PACIFIC SECURITY 2, LLC, by Boulder Corporation, Manager

By: _____
Name:    Christopher Foreman
Title:    President

State of Illinois          )
                           ) ss.
County of Kane             )

I, the undersigned, a notary public in and for said County, in the State aforesaid, do hereby certify that Christopl Foreman as the President of Boulder Corporation, an Illinois Corporation, Manager of PACIFIC SECURITY, LLC, Delaware limited liability corporation and PACIFIC SECURITY 2, LLC, a Delaware limited liability corporation, w is personally known to me to be the same person(s) whose name is subscribed to the foregoing instrument, appeared before : this day in person and acknowledged that he/she signed, sealed and delivered the said instrument as his/her free and volunt act and as the act of the company for the uses and purposes therein set forth.

Given under my hand and official seal this 16 day of December, 2002.

[SEAL]        "OFFICIAL SEAL"
JOHN DONALD HARDER
COMMISSION EXPIRES 09/18/06

_____
Notary Public

## POWER OF ATTORNEY SUBSTITUTION

WHEREAS, pursuant to two Powers of Attorney, each dated October 1, 2002 ("PS Powers of Attorney TRANSAMERICA HOME LOAN TRUST, a New York business trust, and TRANSAMERICA HOME LOAN California corporation (jointly and severally "TransAmerica"), have appointed PACIFIC SECURITY, LLC a PACIFIC SECURITY 2, LLC (jointly and severally "PS") as their true and lawful attorney-in-fact to act on behalf TransAmerica and the TransAmerica Companies listed below in connection with loans and other assets purchased PS from TransAmerica pursuant to a Purchase Agreement dated July 29, 2002;

WHEREAS pursuant to prior Powers of Attorney dated January 30, 1998 and July 22, 1998, TransAmer was authorized to act and enter into the PS Powers of Attorney and to substitute PS for TransAmerica on behalf of of the following companies ("TransAmerica Companies"):

COMPUTER & EQUIPMENT LEASING CORPORATION successor in interest by merger to
AETNA FINANCE COMPANY, a Delaware corporation
AETNA FINANCE COMPANY, a Wyoming corporation
ITT EQUITY SERVICES CORPORATION, a Nevada corporation
THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation
THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation
THORP LOAN AND THRIFT COMPANY, a Minnesota corporation

HFTA FIRST FINANCIAL CORPORATION, successor by name change to TRANSAMERICA
FINANCIAL SERVICES, a California corporation,

HFTA SECOND CORPORATION, successor by name change to TRANSAMERICA FINANCIAL
SERVICES, INC., an Alabama corporation,

HFTA FOURTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL
SERVICES, INC., a Minnesota corporation,

HFTA FIFTH CORPORATION, successor by name change to TRANSAMERICA CREDIT
CORPORATION, a Nevada corporation.

HFTA SIXTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL
CORPORATION, a Nevada corporation,

HFTA SEVENTH CORPORATION, successor by name change to TRANSAMERICA
FINANCIAL SERVICES, INC., a New Jersey corporation,

HFTA EIGHTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL
SERVICES COMPANY, an Ohio corporation,

HFTA NINTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL
SERVICES, INC., a West Virginia corporation,

HFTA TENTH CORPORATION, successor by name change to TRANSAMERICA FINANCIAL
SERVICES, INC, a Washington corporation,

HOUSEHOLD FINANCE CORPORATION OF HAWAII, successor by name change to
TRANSAMERICA FINANCIAL SERVICES, INC., a Hawaii corporation,

HFTA CONSUMER DISCOUNT COMPANY, successor by name change to TRANSAMERICA
FINANCIAL CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation,

PACIFIC FINANCE LOANS, a California corporation,

WHEREAS, pursuant to the PS Powers of Attorney, PS has the authority to substitute others to act on beh of PS, TransAmerica and the TransAmerica Companies;

NOW THEREFORE, on behalf of PS, TransAmerica, and the TransAmerica Companies, the undersign hereby substitute, constitute and appoint Wilshire Credit Corporation, a Nevada corporation ("Agent"), including a officer or employee of Agent, the true and lawful attorney-in-fact of the undersigned, TransAmerica, and TransAmerica Companies (severally "Principal"), with full power by an instrument in writing to appoint a substit or substitutes and to revoke with full power by an instrument in writing, for or in the name and stead of a Principal, (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse assign without recourse, any and all loans and retail installment contracts sold to PS by that certain Purch: Agreement dated as of July 29, 2002 by and between Transamerica Home Loan, as sellers, and PS, as purchas (hereafter referred to as "Loans") and any and all notes, pledges, bills of sales, deeds, liens and judgments or decre wherever located or of record, collateral to or security or arising out of the Loans and any security therefor, and proceeds thereof, including real and personal property resulting from such security, and all other property a property rights of every kind and nature, in connection with the sale, transfer and assignment of certain assets fr Principal to PS (such assets and Loans hereafter are sometimes referred to collectively as the "Assets"); (b) to can release, satisfy, or discharge any and all of such Assets and security therefor and any and all of such judgments decrees, in whole or part; (c) to endorse any notes, checks, drafts, money orders, or other negotiable instrume given in payment of any said Loans; (d) to initiate foreclosure or repossession proceedings or continue any pend foreclosure or repossession proceedings in connection with the collection of any and all Assets; (e) to communic with any of Principal's predecessors in interest and to receive from such predecessors in interest any and documents, instruments or other writings necessary to exercise the powers granted hereby; and (f) in connection w the exercise of any of the foregoing powers, to perform all acts, including, but not limited to, the executi acknowledgement, recording, and delivery of acquaintances, releases, satisfactions, deeds and other instruments writing which may be necessary or desirable in order to carry the foregoing powers into effect. Principal her ratifies and confirms all acts and things done by Agent or the substitute or substitutes of it, in pursuance of authority herein granted.

IN WITNESS WHEREOF, PS has caused this instrument to be executed and, if applicable, its corporate s to be hereunto affixed and attested by its proper officers thereunto duly authorized on this 16th day of Decemi 2002.

PACIFIC SECURITY, LLC, by Boulder Corporation, Manager

By: _____
Name:   Christopher Foreman
Title:    President

PACIFIC SECURITY 2, LLC, by Boulder Corporation, Manager

By: _____
Name:   Christopher Foreman
Title:    President

State of Illinois              )
                               ) ss.
County of Kane                 )

I, the undersigned, a notary public in and for said County, in the State aforesaid, do hereby certify that Christor Foreman as the President of Boulder Corporation, an Illinois Corporation, Manager of PACIFIC SECURITY, LLC, Delaware limited liability corporation and PACIFIC SECURITY 2, LLC, a Delaware limited liability corporation, is personally known to me to be the same person(s) whose name is subscribed to the foregoing instrument, appeared before this day in person and acknowledged that he/she signed, sealed and delivered the said instrument as his/her free and volun act and as the act of the company for the uses and purposes therein set forth.

Given under my hand and official seal this 16 day of December, 2002.

[SEAL]  

_____
Notary Public

"OFFICIAL SEAL"
JOHN DONALD HARDER
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 09/18/06