# POWER OF ATTORNEY

### This Power of Attorney is given for following Loan/Asset Only:

Mortgage Dated the 22nd day of September, 1987, by Harold Follins and Althea Follins, to Aetna Finance Compnay d/b/a ITT Financial Services, as original beneficiary and recorded on the 25th day of September, 1987, in Book 7747, Page 523 in the office of the County Recorder of Norfolk, State of Massachusetts (hereafter referred to as "Loan /Asset")

KNOW ALL PERSONS BY THESE PRESENTS: That the undersigned, Computer & Equipment Leasing Corporation successor in interest by merger to AETNA FINANCE COMPANY, a Delaware corporation, AETNA FINANCE COMPANY, a Wyoming corporation, ITT EQUITY SERVICES CORPORATION, a Nevada corporation, THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation, THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation, and THORP LAON AND THRIFT COMPANY, a Minnesota corporation (hereafter referred to collectively as "Principal"), do hereby constitute and appoint Pacific Security LLC, a Delaware Limited Liability Company (hereafter referred to as "Pacific"), including any officer or employee of Pacific, the true and lawful attorney-in-fact of Principal, with full power by an instrument in writing to appoint a substitute or substitutes and to revoke any such appointment, for in the name and stead of Principal, but for the benefit and on behalf of Pacific, (a) to demand, reduce to possession, sue upon, collect, receive, receipt for, convey, transfer, or endorse or assign without recourse, the Loan/Asset and any and all notes, mortgages, deeds of trust, deeds to secure debt, pledges, bills of sales, liens, and judgments or decrees, wherever located or of record, collateral to or security or arising out of the Loan/Asset and any security therefore, (b) to cancel, release, satisfy, or discharge any and all such Loan/Asset and security therefore and any and all of such judgments or decrees, in whole or in part; (c) to endorse any notes, checks, drafts, money orders, or other negotiable instruments given in payment of any said Loan/Asset; and (d) in connection with the exercise of any of the foregoing powers to perform all acts including but not limited to, the execution, acknowledgment, recording, and delivery of acquittances, releases, satisfactions, deeds and other instruments in writing which may be necessary or desirable in order to carry the foregoing powers into effect, Principal hereby ratifying and confirming all acts and thing done by Pacific, or the substitute or substitutes of it, in pursuance of the authority herein granted.

IN WITNESS WHEREOF, Principal has caused this instrument to be executed and its corporate seal to be hereunto affixed and attested by its proper officers thereunto duly authorized on this _2 ND_ day of _FEBRUARY_, 2005.

COMPUTER & EQUIPMENT LEASING CORPORATION
successor in interest by merger to
AETNA FINANCE COMPANY, a Delaware corporation
AETNA FINANCE COMPANY, a Wyoming corporation
ITT EQUITY SERVICES CORPORATION, a Nevada corporation
THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation
THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation
THORP LOAN AND THRIFT COMPANY, a Minnesota corporation

(Corporate Seal)

BY: _____
T. William Bixby, Vice President

ATTEST

_Susan Y. Moats_

Susan T. Moats, Assistant Secretary

State of Minnesota   }
                     } ss
County of Hennepin   }

I _Dawn M Underdahl_ , a Notary Public, do hereby certify that T. William Bixby and Susan T. Moats, personally known by me to be the same persons whose names are respectively designated and signed above as Vice President and Assistant Secretary of Computer & Equipment Leasing Corporation successor in interest by merger to AETNA FINANCE COMPANY, a Delaware corporation, AETNA FINANCE COMPANY, Wyoming corporation, ITT EQUITY SERVICES CORPORATION, a Nevada corporation, THORP CONSUMER DISCOUNT COMPANY, a Pennsylvania corporation, THORP CREDIT COMPANY OF KENTUCKY, a Kentucky corporation, and THORP LAON AND THRIFT COMPANY, a Minnesota corporation, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they, being duly authorized, signed, and delivered the said instrument as the free and voluntary act of said corporations and as their own free and voluntary act, for the uses and purposes set for therein.

Given under my hand and notorial seal on this _2nd_ day of _February_ , 2005.



DAWN M. UNDERDAHL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

_____
Notary Public