TAH1880B

ITT CONS. FINANCIAL CORP.  
MCP PAYMENT HISTORY

DATE FOR 05/01/95 PAGE 1  
DATE RUN 05/01/95 TIME 07:01:52

CUSTOMER NAME: FOLLINS, ALTHEA  
STATE - BRANCH: 38 - 9226   TFS BRANCH: 2030   SPOUSE NAME: HAROLD  
ACCOUNT NUMBER: 24282079   CUSTOMER HOME PHONE: (617)963-4288

LOAN TYPE - INT TYPE: D1 - IB2  
SECURITY - PRODUCT: F - HEQ  
LEGAL CAT - SOURCE: 95 - PB

DATE OF LOAN: 09/22/87  
1ST PAYMENT DATE: 10/28/87  
MATURITY DATE: 09/28/02  
APR: 16.60%  
1ST PAYMENT: 608.00  
PAYMENT: 608.00  
TERM: 180

REFINANCE BALANCE: 33,279.42  
CASH ADVANCE: 6,811.30  
NON-REFUNDABLE FEE: 160.59  
TOTAL INS PREMIUMS: 0.00  
------------  
AMOUNT FINANCED: 40,251.31  
SERVICE CHARGE: 3,029.40  
------------  
PRINCIPAL: 43,280.71  
INTEREST CHARGES: 66,159.29  
1ST PAYMENT EXT: 0.00  
MAINTENANCE FEE: 0.00  
------------  
TOTAL NOTE: 109,440.00  
============

| EFFECTIVE DATE | SYSTEM DATE | PAYMENT AMOUNT | INTEREST/ CHARGES (REFUNDS) | PRINCIPAL | BALANCE | RTA | LACD | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 09/22/87 | | 0.00 | 0.00 | 0.00 | 43,280.71 | A2 | D3F2 | REFINANCED LOAN |
| 11/09/87 | 11/30/87 | 590.00 | 590.00 | 0.00 | 43,280.71 | EW | 0800 | PAYMENT |
| 11/30/87 | | 18.00 | 18.00 | 0.00 | 43,280.71 | EW | 0400 | PAYMENT |
| 01/19/88 | 11/30/87 | 608.00 | 501.29 | 106.71 | 43,174.00 | EW | 0400 | PAYMENT |
| 02/18/88 | 01/19/88 | 608.00 | 0.00 | 0.00 | 43,174.00 | EW | 2800 | PAYMENT |
| 03/07/88 | 02/18/88 | 608.00 | 577.35 | 30.65 | 43,143.35 | EW | 2800 | PAYMENT |
| 04/26/88 | 03/07/88 | 608.00 | 565.84 | 42.16 | 43,101.19 | EW | 2800 | PAYMENT |
| 05/11/88 | 04/26/88 | 608.00- | 0.00 | 42.16 | 43,143.35 | EW | 2800 | PAYMENT |
| 05/13/88 | 05/11/88 | 608.00 | 0.00 | 0.00 | 43,143.35 | EW | 2800 | PAYMENT |
| 06/29/88 | 05/13/88 | 608.00 | 0.00 | 0.00 | 43,101.19 | IA | C6F7 | TRANSFERRED FROM: 38-5242-29465451T |
| 07/15/88 | 07/29/88 | 608.00 | 596.00 | 12.00 | 43,089.19 | EW | 2800 | PAYMENT |
| 07/25/88 | 07/15/88 | 608.00- | 429.31- | 178.69- | 43,259.88 | EW | 2800 | PAYMENT - RETRACTION |
| 08/02/88 | 07/25/88 | 608.00 | 429.31 | 178.69 | 43,089.19 | EW | 2840 | PAYMENT |
| 09/04/88 | 08/02/88 | 608.00 | 339.51 | 268.49 | 42,820.70 | EW | 2400 | PAYMENT - RETRACTION |
| 09/16/88 | | 0.00 | 0.00 | 0.00 | 42,820.70 | I7 | C6F7 | TRANSFERRED FROM: 38-4668-29465451T |
| 09/23/88 | | 0.00 | 0.00 | 0.00 | 42,820.70 | EW | 2800 | PAYMENT |
| 10/11/88 | 09/23/88 | 608.00 | 0.00 | 0.00 | 42,820.70 | EW | 2800 | PAYMENT |
| 11/07/88 | 10/11/88 | 608.00 | 466.37 | 141.63 | 42,679.07 | FW | 2800 | PAYMENT |
| 11/07/88 | | 608.00- | 466.37- | 141.63- | 42,820.70 | FW | 2840 | PAYMENT - RETRACTION |
| 11/17/88 | 11/07/88 | 608.00 | 0.00 | 0.00 | 42,820.70 | EW | 2800 | PAYMENT |
| 12/22/88 | 11/17/88 | 608.00 | 0.00 | 0.00 | 42,820.70 | EW | 2800 | PAYMENT |
| 01/23/89 | 12/22/88 | 608.00 | 0.00 | 0.00 | 42,820.70 | EW | 2800 | PAYMENT |
| 02/28/89 | 01/23/89 | 608.00 | 0.00 | 0.00 | 42,820.70 | EW | 2800 | PAYMENT |
| 02/28/89 | | 608.00- | 0.00 | 0.00 | 42,820.70 | FW | 2840 | PAYMENT - RETRACTION |
| 03/09/89 | 02/28/89 | 608.00 | 0.00 | 0.00 | 42,820.70 | EW | 2800 | PAYMENT |
| 03/13/89 | 03/09/89 | 300.00 | 0.00 | 0.00 | 42,820.70 | EW | 0800 | PAYMENT |
| 03/20/89 | 03/13/89 | 300.00 | 0.00 | 0.00 | 42,820.70 | EW | 0840 | PAYMENT |
| 03/20/89 | | 300.00- | 0.00 | 0.00 | 42,820.70 | FW | 0840 | PAYMENT - RETRACTION |
| 03/27/89 | 03/20/89 | 300.00 | 0.00 | 0.00 | 42,820.70 | EW | 0800 | PAYMENT |
| 03/27/89 | | 308.00 | 308.00 | 0.00 | 43,128.70 | A8 | 8206 | OTHER CHARGE $308.00 |
| 03/29/89 | 03/27/89 | 0.00 | 203.76 | 203.76 | 42,924.94 | EW | 8A06 | OTHER CHARGE PAYMENT |
| 04/05/89 | 03/29/89 | 308.00 | 104.24 | 616.00 | 43,232.94 | EW | 8206 | OTHER CHARGE PAYMENT |
| 04/18/89 | 04/05/89 | 0.00 | 616.00 | 616.00- | 42,616.94 | EW | 8206 | OTHER CHARGE PAYMENT |
| | 04/18/89 | 308.00 | 0.00 | 308.00 | 42,924.94 | EW | 8A06 | OTHER CHARGE PAYMENT $616.00 |

NEXT PAYMENT DUE DATE: 93/05/28

TAH1880B

ITT CONS. FINANCIAL CORP.  
MCF PAYMENT HISTORY  
CO-ST-BO-ACCT: 31-38-9226-24282O799   CUSTOMER NAME: FOLLINS, ALTHEA

DATE FOR 05/01/95   PAGE   2  
DATE RUN 05/01/95 TIME 07:01:52

| SYSTEM DATE | EFFECTIVE DATE | PAYMENT AMOUNT | INTEREST/ CHARGES (REFUNDS) | PRINCIPAL | BALANCE | RTA | LACD | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | 04/25/89 | 308.00 | 0.00 | 308.00 | 42,616.94 | EW | 8A06 | OTHER CHARGE PAYMENT |
| | 04/25/89 | 300.00 | 300.00 | 0.00 | 42,616.94 | EW | 0800 | PAYMENT |
| | 05/19/89 | 308.00 | 308.00 | 0.00 | 42,616.94 | EW | 0800 | PAYMENT |
| | 05/24/89 | 500.00 | 427.56 | 72.44 | 42,544.50 | EW | 0800 | PAYMENT |
| | 05/24/89 | 108.00 | 0.00 | 108.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 06/22/89 | 300.00 | 300.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 07/19/89 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 08/22/89 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 09/21/89 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 2800 | PAYMENT |
| 10/25/89 | 09/21/89 | 0.00 | 0.00 | 0.00 | 42,436.50 | E3 | 9107 | NON CASH DEFERMENT   1 |
| | 11/02/89 | 300.00 | 300.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 11/20/89 | 308.00 | 308.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 12/18/89 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 01/22/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| 02/05/90 | 01/22/90 | 608.00- | 608.00- | 0.00 | 42,436.50 | EW | 2840 | PAYMENT - RETRACTION |
| | 02/05/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 02/28/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 03/14/90 | 643.00 | 643.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 04/20/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 05/15/90 | 600.00 | 600.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| 06/07/90 | 05/15/90 | 600.00- | 600.00- | 0.00 | 42,436.50 | FW | 0840 | PAYMENT - RETRACTION |
| | 06/07/90 | 600.00 | 600.00 | 0.00 | 42,436.50 | EW | 2800 | PAYMENT |
| | 06/25/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| 07/27/90 | 06/25/90 | 608.00- | 608.00- | 0.00 | 42,436.50 | EW | 2800 | PAYMENT - RETRACTION |
| | 07/27/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 08/31/90 | 581.00 | 581.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| 09/11/90 | 08/31/90 | 581.00- | 581.00- | 0.00 | 42,436.50 | EW | 2800 | PAYMENT - RETRACTION |
| | 09/11/90 | 581.00 | 581.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 09/21/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 10/31/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| 11/08/90 | 10/31/90 | 608.00- | 608.00- | 0.00 | 42,436.50 | FW | 2800 | PAYMENT - RETRACTION |
| | 11/08/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 11/26/90 | 608.00 | 608.00 | 0.00 | 42,436.50 | EW | 2840 | PAYMENT |
| 12/06/90 | 11/26/90 | 608.00- | 608.00- | 0.00 | 42,436.50 | FW | 2800 | PAYMENT - RETRACTION |
| | 12/28/90 | 650.00 | 650.00 | 0.00 | 42,436.50 | UN | 0800 | PAYMENT |
| 12/09/91 | 12/28/90 | 650.00- | 650.00- | 0.00 | 42,436.50 | FW | 0840 | PAYMENT - RETRACTION |
| | 01/09/91 | 650.00 | 650.00 | 0.00 | 42,436.50 | EW | 0800 | PAYMENT |
| | 01/24/91 | 608.00 | 497.08 | 110.92 | 42,325.58 | EW | 0800 | PAYMENT |
| | 02/07/91 | 608.00 | 230.58 | 377.42 | 41,948.16 | EW | 1800 | PAYMENT |
| | 03/07/91 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| 03/25/91 | 03/22/91 | 608.00- | 608.00- | 0.00 | 41,948.16 | FW | 0840 | PAYMENT - RETRACTION |
| | 04/12/91 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| 04/02/91 | 04/12/91 | 65.00 | 65.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 04/26/91 | 65.00- | 65.00- | 0.00 | 41,948.16 | EW | 0840 | PAYMENT - RETRACTION |
| 04/24/91 | 04/26/91 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 05/13/91 | 0.00 | 0.00 | 0.00 | 41,948.16 | UN | C6F7 | TRANSFERRED FROM: 38-4655-671268O6T |
| | 05/21/91 | 500.00 | 500.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 05/21/91 | 108.00 | 108.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 06/03/91 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 2800 | PAYMENT |
| | 07/01/91 | 0.00 | 0.00 | 0.00 | 41,948.16 | I7 | C6F7 | TRANSFERRED FROM: 38-9294-45036011T |
| 07/25/91 | 07/01/91 | 500.00 | 500.00 | 0.00 | 41,948.16 | I7 | C6F7 | PAYMENT |
| 07/26/91 | | 108.00 | 108.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| 08/21/91 | | 0.00 | 0.00 | 0.00 | 41,948.16 | I7 | C6F7 | TRANSFERRED FROM: 38-9226-65113343T |

TAH1880B

ITT CONS. FINANCIAL CORP.                                          DATE FOR 05/01/95 PAGE    3
MCF PAYMENT HISTORY                                                DATE RUN 05/01/95 TIME 07:01:52
CO-ST-BO-ACCT: 31-38-9226-24282079T   CUSTOMER NAME: FOLLINS, ALTHEA

| SYSTEM DATE | EFFECTIVE DATE | PAYMENT AMOUNT | INTEREST/CHARGES (REFUNDS) | PRINCIPAL | BALANCE | RTA | LACD | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | 09/26/91 | 650.00 | 650.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 11/04/91 | 650.00 | 650.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 01/08/92 | 500.00 | 500.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 01/08/92 | 108.00 | 108.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 03/10/92 | 304.00 | 304.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 03/10/92 | 304.00 | 304.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 04/20/92 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 06/16/92 | 1,216.00 | 1,216.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 08/07/92 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 09/30/92 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 11/05/92 | 608.00 | 608.00 | 0.00 | 41,948.16 | EW | 2800 | PAYMENT |
| | 01/21/93 | 1,216.00 | 1,216.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 02/03/93 | 0.00 | 0.00 | 0.00 | 41,948.16 | UN | C6F7 | TRANSFERRED FROM: 38-5242-29465451T |
| | 03/02/93 | 0.00 | 0.00 | 0.00 | 41,948.16 | I7 | C6F7 | TRANSFERRED FROM: 38-5239-29465451T |
| | 03/19/93 | 304.00 | 304.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 03/31/93 | 304.00 | 304.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 05/18/93 | 1,120.00 | 1,120.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 07/07/93 | 0.00 | 0.00 | 0.00 | 41,948.16 | EW | 0800 | PAYMENT |
| | 09/20/93 | 0.00 | 0.00 | 0.00 | 41,948.16 | UN | C6F7 | TRANSFERRED FROM: 38-9226-24282079T |
| | 04/14/94 | 0.00 | 0.00 | 0.00 | 41,948.16 | OH | C6F7 | TRANSFERRED FROM: 38-5239-24282079T |
| | 06/29/94 | 0.00 | 0.00 | 0.00 | 41,948.16 | OH | 843F | BANKRUPTCY CHAPTER 13 |
| | 08/18/94 | 0.00 | 0.00 | 0.00 | 41,948.16 | PH | 847F | BANKRUPTCY DISMISSAL |
| | 03/31/95 | 0.00 | 0.00 | 0.00 | 41,948.16 | OH | 843F | BANKRUPTCY RETRACTION CHAPTER 13 |
| | | 36,283.00 | 34,950.45 | 1,332.55 | | | | |

Sheet1

| Date | Amount Paid | Days | Rate | Principal | Other Charges | Interest Since Last Pmt. | Total Unpaid Interest | Per Diem | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2/7/1991 | | | 0.166 | $41,948.16 | $0.00 | | | | $41,948.16 |
| 4/26/1991 | $65.00 | 79 | 0.166 | $41,948.16 | | $1,528.08 | $1,463.08 | $19.34 | $43,411.24 |
| 4/26/1991 | $608.00 | 0 | 0.166 | $41,948.16 | | $0.00 | $855.08 | $19.34 | $42,803.24 |
| 5/21/1991 | $500.00 | 25 | 0.166 | $41,948.16 | | $483.57 | $838.65 | $19.34 | $42,786.81 |
| 5/21/1991 | $108.00 | 0 | 0.166 | $41,948.16 | | $0.00 | $730.65 | $19.34 | $42,678.81 |
| 6/3/1991 | $608.00 | 12 | 0.166 | $41,948.16 | | $232.11 | $354.76 | $19.34 | $42,302.92 |
| 7/26/1991 | $500.00 | 53 | 0.166 | $41,948.16 | | $1,025.17 | $879.93 | $19.34 | $42,828.09 |
| 7/26/1991 | $108.00 | 0 | 0.166 | $41,948.16 | | $0.00 | $771.93 | $19.34 | $42,720.09 |
| 9/26/1991 | $650.00 | 60 | 0.166 | $41,948.16 | | $1,160.57 | $1,282.49 | $19.34 | $43,230.65 |
| 11/14/1991 | $650.00 | 38 | 0.166 | $41,948.16 | | $735.02 | $1,367.52 | $19.34 | $43,315.68 |
| 1/8/1992 | $500.00 | 64 | 0.166 | $41,948.16 | | $1,237.94 | $2,105.45 | $19.34 | $44,053.61 |
| 1/8/1992 | $108.00 | 0 | 0.166 | $41,948.16 | | $0.00 | $1,997.45 | $19.34 | $43,945.61 |
| 3/10/1992 | $304.00 | 62 | 0.166 | $41,948.16 | | $1,199.25 | $2,892.71 | $19.34 | $44,840.87 |
| 3/10/1992 | $304.00 | 0 | 0.166 | $41,948.16 | | $0.00 | $2,588.71 | $19.34 | $44,536.87 |
| 4/20/1992 | $608.00 | 40 | 0.166 | $41,948.16 | | $773.71 | $2,754.42 | $19.34 | $44,702.58 |
| 6/16/1992 | $1,216.00 | 56 | 0.166 | $41,948.16 | | $1,083.19 | $2,621.61 | $19.34 | $44,569.77 |
| 8/7/1992 | $608.00 | 51 | 0.166 | $41,948.16 | | $986.48 | $3,000.09 | $19.34 | $44,948.25 |
| 9/30/1992 | $608.00 | 53 | 0.166 | $41,948.16 | | $1,025.17 | $3,417.26 | $19.34 | $45,365.42 |
| 11/5/1992 | $608.00 | 35 | 0.166 | $41,948.16 | | $677.00 | $3,486.25 | $19.34 | $45,434.41 |
| 1/21/1993 | $1,216.00 | 76 | 0.166 | $41,948.16 | | $1,470.05 | $3,740.30 | $19.34 | $45,688.46 |
| 3/19/1993 | $304.00 | 58 | 0.166 | $41,948.16 | | $1,121.88 | $4,558.19 | $19.34 | $46,506.35 |
| 3/31/1993 | $304.00 | 12 | 0.166 | $41,948.16 | | $232.11 | $4,486.30 | $19.34 | $46,434.46 |
| 5/18/1993 | $1,210.00 | 48 | 0.166 | $41,948.16 | | $928.45 | $4,204.75 | $19.34 | $46,152.91 |
| 5/27/2004 | | 3969 | 0.166 | $41,948.16 | | $76,771.43 | $80,976.18 | $19.34 | $122,924.34 |

*Payment to Trans 1/7/1/7* (handwritten)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS, AETNA FINANCE COMPANY, d/b/a ITT FINANCIAL SERVICES, SECOND FEDERAL FUNDING, UNITED STATES OF AMERICA, and BAY STATE GAS,<br><br>Defendants. | Case No. 03-12634 |

## CERTIFICATE OF SERVICE

I, Daniel P. Murphy, hereby certify that on April 29, 2004, I served a copy of the following documents on all counsel of record, by first class mail, postage prepaid:

1. Pacific Security, LLC's Motion for Summary Judgment;
2. Memorandum of Law in Support of Pacific Security, LLC's Motion for Summary Judgment;
3. Affidavit of Christopher Foreman; and,
4. Certificate of Service.

_____
Daniel P. Murphy

1