UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>    Plaintiff<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES,<br>SECOND FEDERAL FUNDING,<br>UNITED STATES OF AMERICA, AND<br>BAY STATE GAS,<br><br>    Defendants | Case No. 03-12634 – RCL |

OPPOSITION OF ALTHEA AND HAROLD FOLLINS TO
PACIFIC SECURITY, LLC'S MOTION FOR SUMMARY JUDGMENT

The Defendants/Plaintiffs-in-Counterclaim Althea Follins and Harold Follins (hereinafter collectively the FOLLINSES), hereby oppose Pacific Security, LLC'S (hereinafter PACIFIC SECURITY) Motion for Summary Judgment.

In support thereof, the FOLLINSES submit (1) their Opposition to PACIFIC SECURITY'S Statement of Material Facts, and (2) all of the pleadings in support of their Cross-Motion for Summary Judgment filed concurrently herewith, to-wit:

1. Affidavit of Gordon N. Schultz, Esq.

2. Affidavit of Althea Follins and Harold Follins

3. Memorandum of Law

4. Statement of Material Facts

5. Motion to Strike

As grounds, the FOLLINSES submit that, as to the burdens imposed upon PACIFIC

1

SECURITY to establish its claim, there are either (1) outstanding and unresolved disputes of material facts relative to the (i) existence and (ii) the terms of certain purchase documentation surrounding the claimed transfers of the FOLLINSES' Note and Mortgage, all of which materially affect the validity of PACIFIC SECURITY'S claim to be a holder thereof or, (2) if those documents are not available or will not be produced (as PACIFIC SECURITY has so indicated), PACIFIC SECURITY has failed, as a matter of law, to sustain its burden to demonstrate that it is the valid holder of the Note and Mortgage, with an enforceable claim to the proceeds at issue.

WHEREFORE, the FOLLINSES respectfully request that this honorable Court (1) deny PACIFIC SECURITY'S Motion for Summary Judgment; (2) grant the FOLLINSES Cross-Motion for Summary Judgment; (3) enter an Order determining and establishing the FOLLINSES' right to receive the surplus proceeds now being held by this Court based upon their claims thereto being superior to the claims of any other party in this action; (4) enter an Order directing the Clerk of this Court to remit those funds to Gordon N. Schultz, Esq., as counsel for the FOLLINSES; and (5) grant such other and further relief as is just and proper.

    Respectfully submitted

    Althea Follins and Harold Follins
    By their attorneys

    s/Gordon N. Schultz
    BBO #447600
    Schultz & Company
    One Washington Mall
    Boston, MA 02108
    617.723.9090
    SchultzCompany@aol.com

Dated: May 13, 2005