UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW HAVEN SAVINGS BANK,

        Plaintiff

v.

ALTHEA FOLLINS, HAROLD FOLLINS,
AETNA FINANCE COMPANY D/B/A
ITT FINANCIAL SERVICES,
SECOND FEDERAL FUNDING,
UNITED STATES OF AMERICA, AND
BAY STATE GAS

        Defendants

Case No. 03-12634 – RCL

CROSS-MOTION FOR SUMMARY JUDGMENT
OF ALTHEA AND HAROLD FOLLINS

The Defendants/Plaintiffs-in-Counterclaim Althea Follins and Harold Follins (hereinafter collectively the FOLLINSES), hereby submit their Cross-Motion for Summary Judgment on their Counterclaims pursuant to Fed.R.Civ.P.56(b).

In support thereof, the FOLLINSES submit the following:

1. Affidavit of Gordon N. Schultz, Esq.

2. Affidavit of Althea Follins and Harold Follins

3. Memorandum of Law

4. Statement of Material Facts

5. Motion to Strike

As grounds, the FOLLINSES submit that, as to the burdens imposed upon PACIFIC SECURITY to establish its claim, PACIFIC SECURITY has failed, as a matter of law, to sustain its burden to demonstrate that it is the valid holder thereof, with an enforceable claim

1

to the proceeds at issue. Based upon the submissions by PACIFIC SECURITY and the remaining record, there are no genuine disputes of material fact and the FOLLINSES are entitled to judgment as a matter of law, granting them the surplus proceeds.

      The FOLLINSES therefore respectfully move this Court to grant them Summary Judgment on (1) their Counterclaims herein and (2) PACIFIC SECURITY'S Cross-claims. WHEREFORE, the FOLLINSES respectfully request that this honorable Court (1) deny PACIFIC SECURITY'S Motion for Summary Judgment; (2) grant the FOLLINSES Cross-Motion for Summary Judgment; (3) enter an Order determining and establishing the FOLLINSES' right to receive the surplus proceeds now being held by this Court based upon their claims thereto being superior to the claims of any other party in this action;  (4) enter an Order directing the Clerk of this Court to remit those funds to Gordon N. Schultz, Esq., as counsel for the FOLLINSES; and (5) grant such other and further relief as is just and proper.

      Respectfully submitted

      Althea Follins and Harold Follins
      By their attorneys

      s/Gordon N. Schultz
      BBO #447600
      Schultz & Company
      One Washington Mall
      Boston, MA 02108
      617.723.9090
      SchultzCompany@aol.com

Dated: May 13, 2005