UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>        Plaintiff<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES,<br>SECOND FEDERAL FUNDING,<br>UNITED STATES OF AMERICA, AND<br>BAY STATE GAS,<br><br>        Defendants | Case No. 03-12634 - RCL |

AFFIDAVIT OF ALTHEA AND HAROLD FOLLINS
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF PACIFIC
SECURITY LLC AND IN SUPPORT OF CROSS-MOTION FOR SUMMARY
JUDGMENT

    Now come the undersigned, Althea Follins and Harold Follins (hereinafter collectively the FOLLINSES), and, on oath, depose and state as follows:

    1.    We are the Althea and Harold Follins who are the named Defendants in this action.

    2.    We make this Affidavit to support our Opposition to the Motion for Summary Judgment of Pacific Security LLC and to support our own Cross-Motion for Summary Judgment.

    3.    We have personal knowledge of certain facts and circumstances surrounding the subject matter of this action and, as such, the facts stated in this Affidavit are based on our personal knowledge and our review of certain instruments which we signed in

connection with the second mortgage loan transaction which is the subject of this proceeding.

4. We formerly owned the property known as Five Lori Lane in Randolph, Massachusetts (hereinafter the "PROPERTY").

5. On September 22, 1987, we entered into a loan transaction with Aetna Finance Company d/b/a ITT Financial Services (hereinafter "AETNA/ITT") pursuant to which we borrowed $43,280.71.

6. To evidence and secure the loan, respectively, we executed and delivered to AENTA/ITT a so-called "Disclosure Statement, Note and Security Agreement" (hereinafter the "NOTE") and a second mortgage on the PROPERTY (hereinafter the "MORTGAGE").

7. True and accurate copies of the NOTE and the MORTGAGE are attached as Exhibits "A" and "B" to the Affidavit of Christopher Foreman.

8. Each of us signed the NOTE and, as reflected thereon, our signatures were witnessed by Leslie Saunders and Diane Duarete, both of whom were employees of AETNA/ITT who worked at its Rhode Island office where we signed the NOTE and MORTGAGE.

9. Thereafter, we made payments on the NOTE until May 18, 1993 after which no further payments were made.

10. On June 13, 1995 we filed a Joint Bankruptcy Petition in the United States Bankruptcy Court for the District of Massachusetts as Case No. 95-14046-CJK.

11. We filed an Objection in our bankruptcy proceeding to a Proof of Claim filed in September of 1995 by Transamerica Financial Services seeking to collect the amounts

claimed to be due under the NOTE and the Objection was subsequently sustained by the Court.

    12. At no time thereafter ― and not until commencement of this interpleader action ― did either AETNA/ITT or any of its claimed assignees initiate any litigation against us to pursue the recovery of any amounts claimed to be due under the NOTE.

    Signed under pains and penalties of perjury this ___ day of May 2005.

    s/Althea Follins

    s/Harold Follins