# SCHULTZ & COMPANY

### COUNSELLORS AT LAW

One Washington Mall
Boston, Massachusetts 02108

Telephone: 617. 723. 9090
Facsimile: 617. 723. 9095

May 16, 2005

United States District Court
Civil Clerk
One Courthouse Way
Boston, MA 02210

> Re:  New Haven Savings Bank v. Althea Follins, et al.
>      Case No. 03-12634 RCL

Dear Sir or Madam:

In the above-captioned matter, I today electronically filed eight (8) pleadings together with a set of Exhibits that were attached to the Affidavit of Gordon N. Schultz.

Two of the Exhibits — Exhibits 8 and 9 — were obtained from the Registry of Deeds and were both copies, as a result of which they did not accurately scan.  I did retain those Exhibits in the single file which was electronically filed (Schultz SJ Affidavit Exhibits), but have enclosed those two Exhibits here pursuant to ¶ H.3.b. to the Administrative Procedures which indicate that attachments to filings — which would include Exhibits — can be filed on paper when they do not properly scan.

A copy of this letter is being transmitted to parties of record in this matter.  A complete set of pleadings is being sent to Attorneys Zaff and McCaughey who are not ECF filers.

Very truly yours,

Gordon N. Schultz

GNS:lms
Enclosures
cc:  Daniel P. Murphy, Esq.
     Michelle L. Zaff, Esq.
     Kevin J. McCaughey, Esq.

C:\WINDOWS\Desktop\CLERK FOLLINS 05 16 05.doc

8421

72689    REAL ESTATE MORTGAGE DEED    20 453

Harold & Althea Follins of Norfolk .................................. County, Commonwealth of Massachusetts

(herein called "Mortgagers"), to secure the payment of the Total of Payments in the amount of eighteen thousand eight hundred
seventy four 80/100
$ 18,874.80 with in a Home Improvement Retail Installment Sale Agreement of even date between Mortgagers as Buyers and ...........

..............Kayak Manufacturing Corp...........................................

of ............... 62 E. Montvale Ave.    Stoneham, Mass. 02180 hereinafter called "Mortgagee"),
(address)

as Seller, grants to ..............Kayak Manufacturing Corp...........................................

of ............... 325 Harlem Rd.    West Seneca, New York 14224 ........ Mortgagee.

with mortgage covenants, the land situated at ................ 5 Lori Lane    Randolph ........ Massachusetts
(street address)    (city, town)
and more particularly described as follows:

89 SEP -6 AM 9 01

Legal Description to be Attached

Assignment Vol. 8421 P. 456

EXHIBIT 8

8421

454

This Mortgage is upon the statutory condition, for any breach of which the Mortgagee shall have the statutory power of sale. Mortgagors agree not to use for themselves or their families any rights they may have under state laws which exempt certain real estate from being taken and said through court action to pay debts or under state laws which give spouses special rights in real estate.

If all or any part of the property or an interest in the property is sold or transferred by Mortgagor without Mortgagee's prior written consent, Mortgagee, at Mortgagee's option, may require immediate payment in full of the entire amount due under the Mortgage and Home Improvement Retail Installment Sale Agreement. Mortgagee, at Mortgagee's option, may waive the right to declare the balance immediately due and may accept in writing an assumption agreement executed by the person to whom the Mortgagor is transferring or selling the interest in the property. If Mortgagee does allow Mortgagor's successor in interest to assume the obligation, Mortgagor will be released from further obligation under this Mortgage and the Home Improvement Retail Installment Sale Agreement. The following types of transfers will not give Mortgagee the right to require immediate payment in full:

(a) the creation of liens or other claims against the property which are inferior to this Mortgage;
(b) a transfer of rights in household appliances to a person who provides the Mortgagor with the money to buy these appliances in order to protect that person against possible losses;
(c) a transfer of the land to surviving co-owners, following the death of a co-owner, when the transfer is automatic according to law;
(d) leasing the property for three years or less, so long as the lease does not include an option to buy;
(e) a transfer to Mortgagor's relative resulting from death of the Mortgagor;
(f) a transfer where Mortgagor's spouse or children become owners of the property;
(g) a transfer to Mortgagor's spouse resulting from a divorce decree, separation agreement, or property settlement agreement;
(h) a transfer into an inter vivos trust in which the Mortgagor is and remains a beneficiary, so long as there is no transfer of rights of occupancy in the property.

WITNESS our hands and seals this .....6.... day of ....June.......................... 19 .89.

WITNESS:

_June 6, 89_

_Ronald Fallon_                                        (X) _Harold Fallon_ (Seal)

                                                       (X) _Althea Fallon_ (Seal)

COMMONWEALTH OF MASSACHUSETTS. COUNTY OF ..Middlesex.... SS.    _Harold & Althea Fallon_

On this .....6... day of ...June.......... 19 .89.... before me personally appeared ..............................................
to me known to be the persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed.

Witness my signature and Notarial Seal the day and year first above written. _Walter R. Horim_
                                                                          Notary Public

My Commission Expires: _Dec. 17, 19__

72690  MORTGAGE DEED OF ASSIGNMENT                                    P. 455

Kayak Manufacturing Corp. ........................ (hereinafter called "Mortgagee"), holder of a Mortgage Deed from
(Full legal name of Seller)

Harold & Althea Rollins ............................
(Full legal name(s) of Mortgager(s))

of ............ 5 Lori Lane ........ Randolph, Massachusetts ...............................
(Full address of Mortgager(s) — no., street, city, county, state)

(hereinafter called "Mortgager(s)") to Mortgagee dated ..................................... and recorded with ..........................
                                                                                              (Name and title of recording officer)

Deeds, Book .......... Page ........... assign(s) said Mortgage Deed and claim secured thereby to .... Second Federal

.. Funding ....................................................... , New York .................................. corporation.
                                                                    (State of Incorporation)

Witness the signature and seal of Mortgagee this ..27th day of ..July.......... 1989...

Attest:                                              ...Kayak Manufacturing Corp..
                                                           (Mortgagee)
                                            By ......................................... (Seal)
                                                 (President) (For Corporation)

Witness:                                    ...........................................
                                                 (Mortgagee's full name)

                                            By ......................................... (Seal)
                                                 (Partner) (For Partnership)

Witness:                                    ...........................................
                                                 (Mortgagee) (For Sole Proprietorship)

ACKNOWLEDGEMENT BY INDIVIDUAL OR PARTNERSHIP

COMMONWEALTH OF MASSACHUSETTS, COUNTY OF .....................................................

On this .......... day of ...................., 19 .........., before me personally appeared ..............................

....................................................................................................................................

(FOR INDIVIDUAL)                                     (FOR PARTNERSHIP)

to me known to be the person(s) described in and who executed the   to me known to be a partner in the partnership of ........
foregoing instrument, and acknowledged that he/she/they executed the
same as his/her/their free act and deed.                            described in and who executed the foregoing instrument, and acknow-
                                                                    ledged that he/she executed the same in said partnership's name and for
                                                                    and to be said partnership's free, lawful and voluntary act and deed and
                                                                    for the purposes and consideration therein mentioned.

In witness whereof, I have hereunto affixed my hand and notarial seal the day and year first above written.

....................................................................................................................................
(Notary Public in and for Commonwealth of Massachusetts, County of ...................

Residing at ....................................... My Commission Expires ......................................

ACKNOWLEDGEMENT BY CORPORATION

COMMONWEALTH OF New York    COUNTY OF ...................................................    ss.
On this 27th ... day of .July.......... 19 .89., before me appeared ..Kelly Slomba..
to me personally known, who, being by me duly sworn, did say that he is the ..Vice President..
                                                                          (President or Vice President)  of

...... Kayak Manufacturing Corp. ......................... a .. New York..
(Full legal corporate name of Mortgagee-Assignor)      (State of Incorporation of Mortgagee-Assignor)

corporation, and that the seal affixed to the foregoing instrument is the corporate seal of said corporation, and that said instrument was signed and
sealed in behalf of said corporation by authority of its Board of Directors, and said Vice President ..Kelly Slomba..
acknowledged said instrument to be the free act and deed of said corporation.

In witness whereof, I have hereunto affixed my hand and notarial seal the day and year first above written.

Nadine L. Guastoferro
                     New York    Notary Public    NADINE L. GUASTOFERRO
(Notary Public in and for Commonwealth of Massachusetts, County of ....
Residing at 290 Schultz Rd W Seneca NY My Commission Expires: .......

EXHIBIT 9