UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW HAVEN SAVINGS BANK )
)
    Plaintiff ) CASE NO. 03-12634-RCL
)
VS. )
)
ALTHEA FOLLINS, ET AL. )
    Defendant )

**BAY STATE GAS COMPANY'S OPPOSITION TO CROSS MOTION
FOR SUMMARY JUDGMENT OF ALTHEA AND HAROLD FOLLINS**

    Bay State Gas Company contends that an issue of material fact exists as to whether the debt owed to it by Harold Follins was fully satisfied as alleged in Count VI of counterclaim at paragraph 12. In the Follins' statement of material facts filed in support of their motion for summary judgment, they contend that the debt was so satisfied in paragraphs 41 and 42 of said statement of material facts but cite no page references to affidavits, depositions or other documentation as required by local Rule 56.1. Bay State Gas contends that the debts of Harold Follins to it were not fully satisfied, as described in more detail in Bay State Gas' Affidavit paragraphs 1-7 filed with this opposition.

                                Plaintiff,
                                By its Attorney

                                GANICK, O'BRIEN & SARIN

                                By: _____
                                Kevin J. McCaughey
                                BBO#: 557180
                                161 Granite Avenue
                                Dorchester, MA 02124
                                (617) 288-4050

Dated:    May 27, 2005