UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY, d/b/a ITT<br>FINANCIAL SERVICES, SECOND<br>FEDERAL FUNDING, UNITED STATES<br>OF AMERICA, and BAY STATE GAS,<br><br>    Defendants. | Case No. 03-12634 RCL |

### AFFIDAVIT OF DANIEL P. MURPHY

I, Daniel P. Murphy, under oath, hereby depose and state as follows:

1. I am an attorney duly admitted to the Bar of the Commonwealth of Massachusetts. I represent the Defendant, Plaintiff-in-Crossclaim, Pacific Security, LLC ("Pacific Security") in this matter.

2. I performed a search of the bankruptcy records of the Defendants, Harold and Althea Follins (jointly, "the Follinses") by use of the Bankruptcy Court's PACER system.

3. The Follinses filed a Chapter 13 Bankruptcy on June 13, 1995 in the Bankruptcy Court for the District of Massachusetts, Docket No. 95-14046.

4. On June 2, 1997, the Bankruptcy Court entered an order granting the Chapter 13 Trustee's Motion to Dismiss. The case was dismissed, and the case closed, on June 17, 1997, with no discharge of the Follinses' debts.

5. Attached hereto as Exhibit "A" is a true and accurate copy of the Docket Report for the Follinses Chapter 13 Case No. 95-14046.

6. The Follinses filed a subsequent Chapter 13 Bankruptcy on March 8, 1999 in the Bankruptcy Court for the District of Massachusetts, Docket No. 99-11833.

7. On September 25, 2000, the Bankruptcy Court entered an order granting the Chapter 13 Trustee's Motion to Dismiss. The case was dismissed, and the case closed, on October 17, 2000, again with no discharge of the Follinses' debts.

8. Attached hereto as Exhibit "B" is a true and accurate copy of the Docket Report for the Follinses Chapter 13 Case No. 99-11833.

Signed under the pains and penalties of perjury this 27th day of May 2005.

_____
Daniel P. Murphy