DISMISSED

# United States Bankruptcy Court
## District of Massachusetts (Boston)
### Bankruptcy Petition #: 99-11833

*Assigned to:* Judge Joan N. Feeney
Chapter 13
Voluntary
Asset

*Date Filed:* 03/08/1999
*Date Terminated:*
10/17/2000

**Harold Follins**
5 Lori Lane
Randolph, MA 02368
SSN: xxx-xx-5439
*Debtor*

represented by **Richard S. Hackel**
Law Offices of Richard S. Hackel
98 North Washington Street
Suite 104
Boston, MA 02114-1913
(617) 742-1899
Fax : (617)742-2171
Email: rhackel@hackellaw.us

**Althea Follins**
5 Lori Lane
Randolph, MA 02368
SSN: xxx-xx-6085
*Debtor*

represented by **Richard S. Hackel**
(See above for address)

**Doreen B. Solomon**
P. O. Box 8250
Boston, MA 02114
617-723-1313
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/08/1999 | 1 | Voluntary Chapter 13 Petition ( Filing Fee $ 130.00 Rcpt # 431481) missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Chapter 13 Plan ( Notice Fee $ 30.00) Due on 4:30 3/23/99 Chapter 13 Plan due on 4:30 3/23/99 ;Proof of Claim (gov) Deadline: 4:30 9/7/99 (meo) (Entered: 03/08/1999) |
| 03/08/1999 | | Matrix. (meo) (Entered: 03/08/1999) |
| 03/08/1999 | 2 | Order to Update Petition. Incomplete Filing; missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Chapter 13 Plan ; Missing Documents Due 4:30 |

| | | |
|---|---|---|
| | | 3/23/99 (meo) (Entered: 03/08/1999) |
| 03/22/1999 | 3 | Motion By Debtor Harold Follins, Debtor Althea Follins To Extend Time To File Schedules And Plan (Extend Until 4/5/99) . (sja) (Entered: 03/23/1999) |
| 03/22/1999 | 4 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [3-1] Motion To Extend Time To File Schedules And Plan (Extend Until by Althea Follins, Harold Follins . (sja) (Entered: 03/23/1999) |
| 03/23/1999 | | ENDORSEMENT ORDER: Granting [3-1] Motion To Extend Time To File Schedules And Plan (Extend Until 4/5/99) by Althea Follins, Harold Follins ;Missing Documents due: 4:30 4/5/99 ;Chapter 13 Plan due on 4:30 4/5/99 MOTION ALLOWED . (pkn) (Entered: 03/23/1999) |
| 03/23/1999 | | Update Deadline On Missing Documents due on 4:30 4/5/99 On Chapter 13 plan due on 4:30 4/5/99 (pkn) (Entered: 03/23/1999) |
| 04/07/1999 | | Amended Matrix. (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 5 | Disclosure of Compensation By Attorney For Debtor In the Amount of $1,500.00. (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 6 | Chapter 13 Plan. (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 7 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [6-1] Chapter 13 Plan . (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 8 | Statement of Financial Affairs. (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 9 | Schedules A Through J Filed (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 10 | Motion By Richard S. Hackel, Counsel For The Debtors To Limit Notice Re: [5-1] Fee Disclosure (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 11 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [10-1] Motion To Limit Notice . (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 12 | Motion By Debtor Harold Follins, Debtor Althea Follins To File Amended [0-0] Matrix . (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 13 | Filing Fee Paid Re: Amount: $20.00 Rcpt # 00433380 [0-0] Amended |

| | | |
|---|---|---|
| | | Matrix (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 14 | Motion For Establish Value ( Real Estate 5 Lori Lane, Randolph, Ma.: New Haven Bank; Aetna Finance Company; Second Federal Funding) by Debtor Harold Follins, Debtor Althea Follins (sja) (Entered: 04/08/1999) |
| 04/07/1999 | 15 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [14-1] To Determine Motion by Althea Follins, Harold Follins . (sja) (Entered: 04/08/1999) |
| 04/09/1999 | | First Meeting of Creditors scheduled For 10:00 5/12/99 At 10 Causeway Street, Room 255-A ;Proofs of Claim due on 4:30 8/10/99 Notice to be mailed within two weeks. (fac) (Entered: 04/09/1999) |
| 04/09/1999 | | Hearing Re: [14-1] To Determine Motion by Althea Follins, Harold Follins Scheduled For 2:00 5/24/99 at Courtroom 1. (OBJECTIONS/RESPONSES DUE ON OR BEFORE 5/17/99 BY 4:30 P.M.) (sja) (Entered: 04/09/1999) |
| 04/09/1999 | | ENDORSEMENT ORDER: Granting [10-1] Motion To Limit Notice MOTION ALLOWED . (pkn) (Entered: 04/15/1999) |
| 04/09/1999 | | ENDORSEMENT ORDER: Granting [12-1] Motion To File Amended [0-0] Matrix by Althea Follins, Harold Follins MOTION ALLOWED . (pkn) (Entered: 04/15/1999) |
| 04/14/1999 | 16 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [0-0] Hearing RE: [14-1] To Determine Motion by Althea Follins, Harold Scheduled For 2:00 5/24/99 at Courtroom 1. (OBJECTIONS/RESPONSES DUE ON OR BEFORE 5/17/99 BY 4:30 P.M.). (sja) (Entered: 04/15/1999) |
| 04/17/1999 | 17 | First Meeting Certificate of Mailing. (ras) (Entered: 04/19/1999) |
| 05/04/1999 | 18 | Notice of Appearance And Request For Service Of Notice By Ann E. O'Donnell for Creditor Atlantic Mortgage & Investment Corp.. (dfm) (Entered: 05/06/1999) |
| 05/12/1999 | | Hearing Re: [14-1] To Establish Value Motion by Althea Follins, Harold Follins Objections to Motion Due On: 4:30 5/21/99 For 2:00 5/24/99 at Courtroom 1, (dfm) (Entered: 05/12/1999) |
| 05/13/1999 | | First Meeting Held and Examination of Debtor. (dfm) (Entered: 05/14/1999) |
| 05/17/1999 | 19 | Corrected Certificate Of Service of Notice of Hearing 5/24/99 By |

| | | |
|---|---|---|
| | | Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [14-1] To Value Motion by Althea Follins, Harold Follins . (dfm) (Entered: 05/19/1999) |
| 05/17/1999 | 20 | Notice of Appearance And Request For Service Of Notice By Merril L. Zebe for Creditor American Express Travel Related Svcs. Co. Inc. Corp. Card. (sja) (Entered: 05/19/1999) |
| 05/24/1999 | 21 | ORDER: HEARING HELD 5/24/99 Granting [14-1] To Determine Value Motion by Althea Follins, Harold Follins . (dfm) (Entered: 05/28/1999) |
| 08/17/1999 | 22 | Motion By Trustee Doreen B. Solomon To Dismiss case . c/s (dfm) (Entered: 08/19/1999) |
| 08/17/1999 | | Last day for Objections to [22-1] Motion To Dismiss case by Doreen B. Solomon due on 4:30 9/10/99 (dfm) (Entered: 08/19/1999) |
| 09/07/1999 | 23 | Response By Debtor Althea Follins, Debtor Harold Follins To [22-1] Motion To Dismiss case by Doreen B. Solomon . c/s (dfm) (Entered: 09/08/1999) |
| 09/08/1999 | | Hearing Re: [22-1] Motion To Dismiss case by Doreen B. Solomon Objections to Motion Due On: 4:30 10/12/99 set For 10:00 10/18/99 at Courtroom 1, (dfm) (Entered: 09/08/1999) |
| 09/14/1999 | 24 | Certificate Of Service of Notice of Hearing 10/18/99 By Trustee Doreen B. Solomon Of [22-1] Motion To Dismiss case by Doreen B. Solomon . (dfm) (Entered: 09/14/1999) |
| 09/22/1999 | 25 | Notice of Withdrawal by: Trustee Doreen B. Solomon re: [22-1] Motion To Dismiss case by Doreen B. Solomon (dfm) (Entered: 09/22/1999) |
| 09/22/1999 | 26 | ORDER: Withdrawing [22-1] (Motion To Dismiss case by Doreen B. Solomon) . UPON CONSIDERATION OF THE NOTICE OF WITHDRAWAL BY CHAPTER 13 TRUSTEE OF THE MOTION TO DISMISS CASE, THE HEARING FOR 10/18/99 IS HEREBY CANCELLED. (dfm) (Entered: 09/23/1999) |
| 11/29/1999 | 27 | Order Confirming [6-1] Chapter 13 Plan (dfm) (Entered: 12/01/1999) |
| 01/21/2000 | 28 | Motion By Creditor New Haven Savings Bank For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) . with Certificate of Service. (dfm) (Entered: 01/21/2000) |
| 01/21/2000 | | Last day for Objections to [28-1] Motion For Relief from Automatic |

| | | |
|---|---|---|
| | | Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank due on 4:30 1/31/00 (dfm) (Entered: 01/21/2000) |
| 01/21/2000 | 29 | Motion By Trustee Doreen B. Solomon To Dismiss case . c/s (dfm) (Entered: 01/26/2000) |
| 01/21/2000 | | Last day for Objections to [29-1] Motion To Dismiss case by Doreen B. Solomon due on 4:30 2/16/00 (dfm) (Entered: 01/26/2000) |
| 02/01/2000 | 30 | Response By Debtor Althea Follins, Debtor Harold Follins To [28-1] Motion For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank . c/s (dfm) (Entered: 02/01/2000) |
| 02/01/2000 | 31 | Response By Debtor Althea Follins, Debtor Harold Follins To [29-1] Motion To Dismiss case by Doreen B. Solomon. c/s (dfm) (Entered: 02/01/2000) |
| 02/02/2000 | | Hearing Re: [29-1] Motion To Dismiss case by Doreen B. Solomon set For 10:00 3/6/00 at Courtroom 1, (dfm) (Entered: 02/02/2000) |
| 02/04/2000 | | Hearing Re: [28-1] Motion For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank set For 10:00 3/6/00 at Courtroom 1, (dfm) (Entered: 02/04/2000) |
| 02/08/2000 | 32 | Certificate Of Service of Notice of Hearing 3/6/00 By Trustee Doreen B. Solomon Of [29-1] Motion To Dismiss case by Doreen B. Solomon . (dfm) (Entered: 02/09/2000) |
| 02/08/2000 | 33 | Certificate Of Service of Notice of Hearing 3/6/00 By Ann E. O'Donnell for Creditor New Haven Savings Bank, Of [28-1] Motion For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank . (dfm) (Entered: 02/09/2000) |
| 03/02/2000 | 34 | Notice of Withdrawal by: Trustee Doreen B. Solomon re: [29-1] Motion To Dismiss case by Doreen B. Solomon c/s (dfm) (Entered: 03/02/2000) |
| 03/06/2000 | 35 | ORDER: HEARING HELD 3/6/00 Withdrawing [29-1] (Motion To Dismiss case by Doreen B. Solomon), Mooting [31-1] Response by Harold Follins, Althea Follins, Continued [28-1] Motion For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank, Continued [30-1] Response by Harold Follins, Althea Follins. DOC. #28, #30 CONTINUED TO 3/27/00 AT 10:00 AM BY AGREEMENT . (dfm) (Entered: 03/07/2000) |
| 03/06/2000 | | Hearing Re: [28-1] Motion For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank continued For |

| | | |
|---|---|---|
| | | 10:00 3/27/00 at Courtroom 1, [30-1] Response by Harold Follins, Althea Follins continued For 10:00 3/27/00 at Courtroom 1, (dfm) (Entered: 03/07/2000) |
| 03/08/2000 | 36 | Waiver filed by: Deirdre Keady for Creditor New Haven Savings Bank, Re: [28-1] Motion For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank (dfm) (Entered: 03/10/2000) |
| 03/27/2000 | 37 | ORDER: HEARING HELD 3/27/00 Regarding [28-1] Motion For Relief from Automatic Stay ( 5 Lori Lane, Randolph, MA. ) by New Haven Savings Bank, Regarding [30-1] Response by Harold Follins, Althea Follins. STIPULATION BETWEEN DEBTOR AND MOVANT SHALL BE FILED BY APRIL 3, 2000 . (dfm) (Entered: 03/28/2000) |
| 04/04/2000 | 38 | Stipulation by and between Debtor Harold Follins, Debtor Althea Follins, Creditor New Haven Savings Bank Re: Motion For Relief from Automatic Stay (5 Lori Lane, Randolph, MA) by New Haven Savings Bank, [30-1] Response by Harold Follins, Althea Follins (sja) (Entered: 04/05/2000) |
| 04/04/2000 | 39 | Motion By Creditor New Haven Savings Bank, Debtor Harold Follins, Debtor Althea Follins For Approval On [38-1] Stipulation (sja) (Entered: 04/05/2000) |
| 04/04/2000 | 40 | Certificate Of Service By Richard S. Hackel for Debtor Of [39-1] Motion For Approval And On [38-1] Stipulation by Althea Follins, Harold Follins, New Haven Savings Bank, (sja) (Entered: 04/05/2000) |
| 04/20/2000 | | ENDORSEMENT ORDER: Granting [39-1] Motion For Approval On [38-1] Stipulation by Althea Follins, Harold Follins, New Haven Savings Bank NO OBJECTIONS. MOTION ALLOWED . (pkn) (Entered: 04/25/2000) |
| 07/28/2000 | 41 | Motion By Trustee Doreen B. Solomon To Dismiss Case i and Notice of 20-day Response Deadline. c/s. (sav) (Entered: 07/31/2000) |
| 07/31/2000 | | Last day for Objections to [41-1] Motion To Dismiss Case by Doreen B. Solomon due on 4:30 8/22/00 (sav) (Entered: 07/31/2000) |
| 08/14/2000 | 42 | Response By Debtor Althea Follins, Debtor Harold Follins To [41-1] Motion To Dismiss Case by Doreen B. Solomon c/s. (pkn) (Entered: 08/15/2000) |
| 08/15/2000 | | Hearing Re: [41-1] Motion To Dismiss Case by Doreen B. Solomon |

| | | |
|---|---|---|
| | | set For 10:00 9/25/00 at Courtroom 1, [42-1] Response by Harold Follins, Althea Follins set For 10:00 9/25/00 at Courtroom 1, (pkn) (Entered: 08/15/2000) |
| 08/18/2000 | 43 | Certificate Of Service Of Hearing Set For 9/25/00 By Trustee Doreen B. Solomon Of [0-0] Hearing [41-1] Motion To Dismiss Case by Doreen B. Solomon set For 10:00 9/25/00 at Courtroom 1, [42-1] Response by Harold Follins, Althea Follins set For 10:00 9/25/00 at Courtroom 1, [41-1] Motion To Dismiss Case by Doreen B. Solomon . (pkn) (Entered: 08/22/2000) |
| 09/25/2000 | 44 | ORDER: Hearing Held Granting [41-1] Motion To Dismiss Case by Doreen B. Solomon Withdrawing [42-1] (Response by Debtors) ......#41 - GRANTED. #42 - WITHDRAWN. OTHER DECISION: #42 - DEBTORS' COUNSEL WITHDREW THE RESPONSE IN OPEN COURT. (cpd) (Entered: 09/27/2000) |
| 09/27/2000 | 45 | Notice of Dismissal (cpd) (Entered: 09/27/2000) |
| 10/02/2000 | 46 | Courts Certificate of Mailing Re: To Dismiss Notice [45-1] (auto) (Entered: 10/02/2000) |
| 10/17/2000 | | Case Closed (fac) (Entered: 10/17/2000) |
| 04/11/2001 | 47 | Report of Trustee Doreen B. Solomon (fac) (Entered: 04/11/2001) |
| 04/12/2001 | 48 | ENDORSEMENT ORDER: Re: [47-1] Report Of Chapter 13 Trustee . THE COURT HEREBY DISCHARGES THE CHAPTER 13 TRUSTEE. (fac) (Entered: 04/13/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2005 11:34:21 | | | |
| PACER Login: | dm2290 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 99-11833 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Links: n Format: HTMLfmt |
| Billable Pages: | 4 | Cost: | 0.32 |