DISMISSED

# United States Bankruptcy Court
## District of Massachusetts (Boston)
### Bankruptcy Petition #: 95-14046

*Assigned to:* Bankruptcy Judge Carol J. Kenner
Chapter 13
Voluntary
Asset

*Date Filed:* 06/13/1995
*Date Terminated:* 06/27/1997

**Harold Follins**
5 Lori Lane
Randolph, MA 02368
SSN: xxx-xx-5439
*Debtor*

represented by **Richard S. Hackel**
Law Offices of Richard S. Hackel
98 North Washington Street
Suite 104
Boston, MA 02114-1913
(617) 742-1899
Fax : (617)742-2171
Email: rhackel@hackellaw.us

**Althea Follins**
5 Lori Lane
Randolph, MA 02368
SSN: xxx-xx-6085
*Debtor*

represented by **Richard S. Hackel**
(See above for address)

**Richard Askenase**
Office of the US Trustee
10 Causeway Street
Room 1184
Boston, MA 02222
(617) 565-6360
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/13/1995 | 1 | Voluntary Chapter 13 Petition ( Filing Fee $ 130 Rcpt # 351488) missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation ( Notice Fee $ 30) Due on 4:00 6/28/95 Chapter 13 Plan due on 4:00 6/28/95 (veo) (Entered: 06/13/1995) |
| 06/13/1995 | 2 | Order to Update Petition. Incomplete Filing; missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Chapter 13 Plan ; Missing Documents Due 4:00 6/28/95 (veo) (Entered: 06/13/1995) |

| | | |
|---|---|---|
| 06/13/1995 | | Matrix. (veo) (Entered: 06/13/1995) |
| 06/27/1995 | 3 | Motion By Debtor Althea Follins, Debtor Harold Follins To Extend Time To File Schedules, Statement and Plan (would like to extend to 7/17/95) . (jrc) (Entered: 06/28/1995) |
| 06/28/1995 | | Endorsement Order Granting [3-1] Motion To Extend Time To File Schedules, Statement and Plan (would like to extend to 7/17/95) by Harold Follins, Althea Follins ;Missing Documents due: 4:00 7/17/95. ALLOWED. NO FURTHER EXTENSIONS WILL BE GRANTED. Entered on 6/28/95 (jrc) (Entered: 06/28/1995) |
| 07/17/1995 | 4 | Motion By Debtor Althea Follins, Debtor Harold Follins To Extend Time To File Schedules of Assets and Liabilities Statement of Affairs and Chapter 13 Plan . c/s (jrc) (Entered: 07/18/1995) |
| 07/18/1995 | | KENNER, J. Endorsement Order Denying [4-1] Motion To Extend Time To File Schedules of Assets and Liabilities Statement of Affairs and Chapter 13 Plan by Harold Follins, Althea Follins Entered on 7/18/95 (jrc) (Entered: 07/19/1995) |
| 07/19/1995 | 5 | Schedules A-J (jrc) (Entered: 07/20/1995) |
| 07/19/1995 | 6 | Statement of Financial Affairs. (jrc) (Entered: 07/20/1995) |
| 07/19/1995 | 7 | Chapter 13 Plan. (jrc) (Entered: 07/20/1995) |
| 07/20/1995 | | First Meeting of Creditors sch For 10:00 9/7/95 At 10 Causeway Street, Rm 255-A Confirmation Hearing Set For 10:00 9/7/95 At 10 Causeway Street, Rm 255-A ;Proofs of Claim due on 4:00 12/6/95 (mjv) (Entered: 07/20/1995) |
| 07/20/1995 | 8 | Motion To Establish Value by Debtor Althea Follins, Debtor Harold Follins (Mortgagee New Haven Savings Bank, property located at 5 Lori Lane, Randolph, MA) (jrc) (Entered: 07/21/1995) |
| 07/21/1995 | | Last day for Objections to [8-1] To Determine Motion by Harold Follins, Althea Follins due on 4:00 8/11/95 (jrc) (Entered: 07/21/1995) |
| 07/25/1995 | 9 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [7-1] Chapter 13 Plan . (jrc) (Entered: 07/26/1995) |
| 08/04/1995 | 10 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [8-1] To Determine Motion by Harold Follins, Althea Follins . (jrc) (Entered: 08/07/1995) |

| 08/07/1995 | 11 | Objection By Creditor New Haven Saving Bank To [8-1] To Determine Motion by Harold Follins, Althea Follins . c/s (jrc) (Entered: 08/09/1995) |
| --- | --- | --- |
| 08/08/1995 | 12 | Notice of Appearance And Request For Service Of Notice By Stephanie Kahn for Creditor New Haven Saving Bank . (jrc) (Entered: 08/09/1995) |
| 08/12/1995 | 13 | First Meeting Certificate of Mailing # of notices: 20. (ras) (Entered: 08/14/1995) |
| 08/16/1995 |  | Hearing Re: [8-1] To Determine Motion by Harold Follins, Althea Follins hrg For 9:00 10/30/95 at Courtroom 4, (jrc) (Entered: 08/16/1995) |
| 08/21/1995 |  | Hearing Re: [8-1] To Determine Motion by Harold Follins, Althea Follins Rescheduled Hearing For 9:00 10/2/95 at Courtroom 4, (jrc) (Entered: 08/21/1995) |
| 08/21/1995 | 14 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [0-0] Hearing, Scheduled for 10/30/95 at 9:00 am re: [8-1] To Determine Motion by Harold Follins, Althea Follins . (jrc) (Entered: 08/23/1995) |
| 08/25/1995 | 15 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [0-0] Hearing, Scheduled for 10/2/95 at 9:00 am re: [8-1] To Determine Motion by Harold Follins, Althea Follins . (jrc) (Entered: 08/29/1995) |
| 09/07/1995 |  | First Meeting Held and Examination of Debtor. (jrc) (Entered: 09/19/1995) |
| 09/14/1995 | 16 | Notice of Appearance And Request For Service Of Notice By W. B. Sanderson for Creditor American Express Travel Related Services. (jrc) (Entered: 09/19/1995) |
| 10/05/1995 | 17 | KENNER, J. Order Allowing [8-1] To Determine Motion by Harold Follins, Althea Follins. THE MOTION TO ESTABLISH VALUE IS ALLOWED. THE VALUE ON THE PROPERTY IS $117,000.00. THE ATTORNEY FOR NEW HAVEN SAVINGS FAILED TO APPEAR AND IS ORDERED BY THE COURT TO FILE A PROOF OF CLAIM BY 10/16/95 AT 4PM. Entered on 10/5/95 (jrc) (Entered: 10/12/1995) |
| 11/20/1995 | 18 | Stipulation by and between Creditor New Haven Saving Bank, Debtor Althea Follins, Debtor Harold Follins For [8-1] To Determine Motion by Harold Follins, Althea Follins (jrc) (Entered: 11/20/1995) |

| | | |
|---|---|---|
| 11/20/1995 | 19 | Motion By Stephanie Kahn for Creditor New Haven Saving Bank, Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins For Approval On [8-1] To Determine Motion by Harold Follins, Althea Follins . (jrc) (Entered: 11/20/1995) |
| 11/21/1995 | 20 | Amended Certificate of Service re: Motion to Approve Stipulation . Filed By: Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins (jrc) (Entered: 11/28/1995) |
| 12/08/1995 | | Endorsement Order Allowing [18-1] Stipulation by Harold Follins, Althea Follins, New Haven Saving Bank. NO OBJECTION. ALLOWED. Entered on 12/8/95 (jrc) (Entered: 12/08/1995) |
| 12/13/1995 | 21 | Application By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins For Compensation . c/s (jrc) (Entered: 12/14/1995) |
| 12/14/1995 | | Last day for Objections to [21-1] Application For Compensation by Richard S. Hackel due on 4:00 1/16/96 (jrc) (Entered: 12/14/1995) |
| 12/18/1995 | 22 | Objection By Debtor Althea Follins, Debtor Harold Follins To Claim of Transamerica Financial Services. c/s (jrc) (Entered: 12/21/1995) |
| 12/18/1995 | 23 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of Notice of Objection Deadline re: [21-1] Application For Compensation by Richard S. Hackel . (jrc) (Entered: 12/21/1995) |
| 12/26/1995 | | Hearing Re: [22-1] Claims Objection by Harold Follins, Althea Follins hrg For 9:00 2/26/96 at Courtroom 4, (jrc) (Entered: 12/26/1995) |
| 12/29/1995 | 24 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [0-0] Hearing, Scheduled for 2/26/96 at 9:00 am re: [22-1] Claims Objection by Harold Follins, Althea Follins (jrc) (Entered: 01/02/1996) |
| 01/17/1996 | 25 | Order Granting [21-1] Application For Compensation by Richard S. Hackel payment to Richard S. Hackel of $3902.50 in fees . Entered on 1/17/96 (jrc) (Entered: 01/17/1996) |
| 02/13/1996 | 26 | Notice of Appearance And Request For Service Of Notice By Andrew S. Harmon for Creditor Transamerica Financial Services. (plc) (Entered: 02/13/1996) |
| 02/20/1996 | 27 | Motion to Amend Schedules I and J And Certificate of Service. (jrc) (Entered: 02/21/1996) |
| | | |

| | | |
|---|---|---|
| 02/21/1996 | | KENNER, J. Endorsement Order Granting [27-1] Amended Schedules Entered on 2/21/96 (jrc) (Entered: 02/22/1996) |
| 02/22/1996 | 28 | Amended Schedules I and J And Certificate of Service. (jrc) (Entered: 02/22/1996) |
| 02/26/1996 | 29 | KENNER, J. Order Regarding [22-1] Claims Objection by Harold Follins, Althea Follins. THE OBJECTION IS SUSTAINED FOR THE REASONS STATED ON THE RECORD. Entered on 2/26/96 (jrc) (Entered: 02/27/1996) |
| 06/05/1996 | 30 | Notice for Change of Address for Fleet Mortgage Corp. New Address: Attention Bankruptcy Department Atlantic Mortgage & Investment Corporation 4348 Southpoint Boulevard Suite 101 Jacksonville, Florida 32216 (plc) (Entered: 06/07/1996) |
| 06/26/1996 | 31 | Amended Chapter 13 Plan [7-1] Chapter 13 Plan . Filed by: Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins (jrc) (Entered: 06/27/1996) |
| 06/26/1996 | 32 | Certificate Of Service By Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins Of [31-1] Plan Amended by Richard S. Hackel . (jrc) (Entered: 06/27/1996) |
| 08/06/1996 | 33 | Motion By Creditor New Haven Saving Bank For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA . c/s DEADLINE FOR FILING RESPONSE 8/19/96 (jrc) (Entered: 08/07/1996) |
| 08/16/1996 | 34 | Objection By Debtor Althea Follins, Debtor Harold Follins To [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank c/s . (jrc) (Entered: 08/20/1996) |
| 08/28/1996 | | Hearing Re: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank hearing For 9:00 10/21/96 at Courtroom 4, (jrc) (Entered: 08/28/1996) |
| 08/29/1996 | 35 | Waiver filed by: Stephanie Kahn for Creditor New Haven Saving Bank Re: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank (jrc) (Entered: 08/29/1996) |
| 09/11/1996 | 36 | Certificate Of Service By Stephanie Kahn for Creditor New Haven Saving Bank Of [0-0] Hearing 10/21/96 9:00 a.m. Re: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, |

| | | |
|---|---|---|
| | | Randolph MA by New Haven Saving Bank . (ndl) (Entered: 09/12/1996) |
| 09/23/1996 | 37 | Certificate Of Service of Notice of Hearing By Stephanie Kahn for Creditor New Haven Saving Bank Of [0-0] Hearing scheduled for 10/21/96 at 9:00 a.m., Re: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank . (mnd) (Entered: 09/24/1996) |
| 10/16/1996 | 38 | Supplemental Certificate Of Service By Stephanie Kahn for Creditor New Haven Saving Bank Of [0-0] Hearing, RE: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank . (mcm) (Entered: 10/17/1996) |
| 10/18/1996 | 39 | Stipulation by and between Debtor Althea Follins, Debtor Harold Follins, Creditor New Haven Saving Bank For [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank (jrc) (Entered: 10/18/1996) |
| 10/18/1996 | 40 | Joint Motion By Stephanie Kahn for Creditor New Haven Saving Bank, Richard S. Hackel for Debtor Althea Follins, Debtor Harold Follins For Approval On [39-1] Stipulation by New Haven Saving Bank, Harold Follins, Althea Follins . (jrc) (Entered: 10/18/1996) |
| 10/31/1996 | 41 | Order Confirming [31-1] Plan Amended by Richard S. Hackel (jrc) (Entered: 10/31/1996) |
| 11/13/1996 | | KENNER, J. Endorsement Order Allowing [40-1] Motion For Approval On [39-1] Stipulation by New Haven Saving Bank, Harold Follins, Althea Follins by Richard S. Hackel, Stephanie Kahn. ALLOWED. THE STIPULATION IS HEREBY APPROVED. Entered on 11/13/96 (jrc) (Entered: 11/13/1996) |
| 11/13/1996 | | Endorsement Order Regarding [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank. RESOLVED BY STIPULATION. Entered on 11/13/96 (jrc) (Entered: 11/13/1996) |
| 11/29/1996 | 42 | Affidavit Of Non-Payment RE: [40-1] Motion For Approval On [39-1] Stipulation by New Haven Saving Bank, Harold Follins, Althea Follins by Richard S. Hackel, Stephanie Kahn REF: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank. (plc) (Entered: 12/03/1996) |
| | | |

| | | |
|---|---|---|
| 12/03/1996 | 43 | Objection By Debtors Harold Follins and Althea Follins To Request For Order For Releif RE: [42-1] Affidavit Of Non-Payment REF: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank. (plc) (Entered: 12/04/1996) |
| 12/06/1996 | | Hearing Re: [42-1] Affidavit hearing For 9:00 1/6/97 at Courtroom 4, (jrc) (Entered: 12/06/1996) |
| 12/18/1996 | 44 | Certificate Of Service By Stephanie Kahn for Creditor New Haven Saving Bank Of [0-0] Hearing sheduled for 1/6/97 at 9:00 a.m., Re: [42-1] Affidavit Of Non-payment regarding [33-1] Motion for Relief. (mnd) (Entered: 12/19/1996) |
| 12/31/1996 | 45 | Supplemental Certificate Of Service filed by Stephanie Kahn for Creditor New Haven Saving Bank RE: [0-0] Hearing 1/6/97 REF: [42-1] Affidavit Of Noncompliance. (plc) (Entered: 01/03/1997) |
| 01/06/1997 | | Hearing Held Re: [42-1] Affidavit Of NonCompliance RE: [40-1] Motion For Approval On [39-1] Stipulation by New Haven Saving Bank, Harold Follins, Althea Follins REF: [33-1] Motion For Relief from Automatic Stay On Property Located at 5 Lori Lane, Randolph MA by New Haven Saving Bank . (plc) (Entered: 01/07/1997) |
| 01/06/1997 | | KENNER, J. Endorsement Order Withdrawing [42-1] Affidavit Of Non-Payment. WITHDRAWN. Entered on 1/6/97. (plc) (Entered: 01/07/1997) |
| 02/18/1997 | 46 | Withdrawal by Creditor Commonwelath Of MA Dept. of Revenue of Proof of Claim dated 11/21/95. (plc) (Entered: 02/24/1997) |
| 03/04/1997 | 47 | Motion Of Chapter 13 Trustee Richard Askenase For Order Dismissing Case . c/s Responses due on or before 3/24/97 by 4:00pm. (plc) (Entered: 03/05/1997) |
| 03/24/1997 | 48 | Motion By Debtors, Harold and Althea Follins To Extend Time (To respond to [47-1] Motion Of Chapter 13 Trustee For Order Dismissing Case. (Request extension to 3/31/97 by 4:00pm)) . c/s (plc) (Entered: 03/25/1997) |
| 03/27/1997 | | KENNER, J. Endorsement Order Allowing [48-1] Motion To Extend Time (To respond to [47-1] Motion Of Chapter 13 Trustee For Order Dismissing Case. (Request extension to 3/31/97 by 4:00pm)) by Althea Follins, Harold Follins. ALLOWED. THE TIME IS EXTENDED TO 3/31/97 BY 4:00PM. Entered on 3/27/97 (plc) (Entered: 03/28/1997) |
| | | |

| | | |
|---|---|---|
| 03/31/1997 | 49 | Debtor's Response To [47-1] Motion For Order Dismissing Case by Richard Askenase. C/S. (mnd) (Entered: 04/03/1997) |
| 04/08/1997 | | Hearing Re: [47-1] Motion For Order Dismissing Case by Richard Askenase Scheduled For 12:00 6/2/97 at Courtroom 4, (plc) (Entered: 04/08/1997) |
| 06/02/1997 | 50 | KENNER, J. ORDER Allowing [47-1] Motion For Order Dismissing Case by Richard Askenase. COURT ACTION: HEARING HELD. THE MOTION TO DISMISS IS ALLOWED FOR THE REASONS STATED ON THE RECORD. Entered on 6/2/97. (plc) (Entered: 06/04/1997) |
| 06/02/1997 | | Hearing Held Re: [47-1] Motion For Order Dismissing Case by Richard Askenase. *See Order #50, dated 6/2/97 for text. (plc) (Entered: 06/04/1997) |
| 06/04/1997 | 51 | Notice of Dismissal (plc) (Entered: 06/04/1997) |
| 06/06/1997 | 53 | Courts Certificate of Mailing Re: [51-1] To Dismiss Notice # of notices: 27. (plc) (Entered: 06/20/1997) |
| 06/12/1997 | 52 | Notice for Change of Address for Shaprio & Kreisman, Chiswick Park, 490 Boston Post Road, Sudbury MA 01776 c/s (plc) (Entered: 06/16/1997) |
| 06/27/1997 | | Case Closed. (mnd) (Entered: 06/27/1997) |
| 07/28/1997 | 54 | Final Report of Trustee Richard Askenase (plc) (Entered: 07/28/1997) |
| 07/28/1997 | | KENNER, J. Endorsement Order Allowing [54-1] report by Richard Askenase. THE ABOVE FINAL REPORT AND ACCOUNT AND MOTION FOR FINAL DECREE HAVING COME BEFORE THE COURT IS HEREBY ALLOWED. Entered on 7/28/97. (plc) (Entered: 07/29/1997) |
| 09/25/1997 | 55 | Final Report And Account And Motion For Final Decree filed Trustee, Richard Askenase (plc) (Entered: 10/01/1997) |
| 10/01/1997 | | KENNER, J. Endorsement Order Allowing [55-1] report by Richard Askenase. THE ABOVE FINAL REPORT AND ACCOUNT AND MOTION FOR FINAL DECREE HAVING COME BEFORE THE COURT IS HEREBY ALLOWED. Entered on 10/1/97. (plc) (Entered: 10/02/1997) |
| 01/13/1998 | 56 | Final Report of Trustee Richard Askenase (plc) (Entered: 01/22/1998) |

| | | |
|---|---|---|
| 03/20/1998 | 57 | KENNER, J. Order Regarding [56-1] Final Report by Richard Askenase. THE CHAPTER 13 TRUSTEE HAS FILED HIS FINAL REPORT AND ACCOUNT OF THE ADMINISTRATION OF THIS ESTATE PURSUANT TO 11 U.S.C. SECTION 704(9) AND 11 U.S.C. SECTION 1302(b)(1). THEREFORE, PURSUANT TO 11 U.S.C. SECTION 350(a), THE COURT HEREBY DISCHARGES THE CHAPTER 13 TRUSTEE. Entered on 3/20/98 (plc) (Entered: 03/20/1998) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2005 11:32:44 | | | |
| PACER Login: | dm2290 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 95-14046 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Links: n Format: HTMLfmt |
| Billable Pages: | 5 | Cost: | 0.40 |