UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 03-12634<br>ALTHEA FOLLINS, HAROLD FOLLINS, )<br>AETNA FINANCE COMPANY, d/b/a ITT )<br>FINANCIAL SERVICES, SECOND )<br>FEDERAL FUNDING, UNITED STATES )<br>OF AMERICA, and BAY STATE GAS, )<br>)<br>Defendants. )<br>) | |

### PACIFIC SECURITY, LLC'S OPPOSITION TO ALTHEA AND HAROLD FOLLINS IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT

The Defendant, Plaintiff-in-Crossclaim, Pacific Security, LLC, as successor-in-interest to and attorney-in-fact for Aetna Finance Company, d/b/a ITT Financial Services (hereinafter "Pacific Security"), pursuant to Local Rule 56.1, respectfully submits its opposition to the Statement of Material Facts of Althea and Harold Follins, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted that the Follinses are the former owners and former holders of the equity of redemption in the Property.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted, but immaterial, as the Follinses were never dischared in bankruptcy.

18. Admitted, but immaterial, as the Follinses were never dischared in bankruptcy.

19. Admitted, but immaterial, as the Follinses were never dischared in bankruptcy.

20. Admitted, but immaterial.

21. Admitted.

22. Admitted that Wilshire, acting as attorney in fact for Computer & Equipment Leasing Corporation, successor in interest by merger to Aetna/ITT, assigned all of its right, title, and interest in and to the Note and Mortgage to Transamerica Financial Services.

23. Admitted that Wilshire, acting as attorney in fact for TFS, successor in interest by merger to Aetna/ITT, assigned all of its right, title, and interest in and to the Note and Mortgage to Pacific Secuirty.

24. Admitted that Wilshire's Authority to execute the May 13, 2004 Assignments arose from the instruments cited.

25. Denied, as this does not contain a statement of fact, but rather an unsupported legal argument.

26. Denied, as this is not a statement of fact and failing to comply with Local Rule 56.1.

27. Denied, as this is not a statement of fact and failing to comply with Local Rule 56.1.

28. Denied, as this is not a statement of fact but an unsupported legal argument which does not comply with Local Rule 56.1.

29. Denied, as this is not a statement of fact and failing to comply with Local Rule 56.1.

    Respectfully submitted,

    AETNA FINANCE COMPANY, d/b/a
    ITT FINANCIAL SERVICES, by its
    successor in interest,
    PACIFIC SECURITY, LLC,
    By its attorney,

    Daniel P. Murphy (BBO# 559440)
    3 Courthouse Lane, Suite 4
    Chelmsford, Massachusetts 01824
    (978) 459-9888

Dated: May 31, 2005

## CERTIFICATE OF SERVICE

I, Daniel P. Murphy, hereby certify that on May 31, 2005, I served a copy of the foregoing document on all counsel of record, by first class mail, postage prepaid, to:

Kevin J. McCaughey, Esq.
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA  02124

Michelle L. Zaff, Esq.
Kerstein, Coren, Lichhtenstein & Finkel, LLC
60 Walnut Street
Wellesley, MA  02481

Gordon N. Schultz, Esq.
Schultz & Company
One Washington Mall
Boston, MA  02108

Glenn J. Melcher, Esq.
Tax Division
U. S. Department of Justice
P. O. Box 55
Ben Franklin Station
Washington, DC  20044

_____
Daniel P. Murphy