UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY, d/b/a ITT<br>FINANCIAL SERVICES, SECOND<br>FEDERAL FUNDING, UNITED STATES<br>OF AMERICA, and BAY STATE GAS,<br><br>    Defendants. | Case No. 03-12634 RCL |

**SUPPLEMENTAL AFFIDAVIT OF CHRISTOPHER FOREMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Christopher Foreman, under oath, hereby depose and state as follows:

1. I am the President of Boulder Corporation, which is the Manager of Pacific Security, LLC ("Pacific Security"). This affidavit is made upon my own personal knowledge, as well as my review of documents kept in the normal course of business, specifically a Purchase Agreement dated July 22, 2002, and a Bill of Sale dated October 1, 2002.

2. I was personally involved in all aspects of the purchase of the promissory note and mortgage executed by Harold and Althea Follins in favor of Aetna Finance Company, d/b/a ITT Financial Services, as referenced in my prior affidavit.

3. For some time prior to the purchase of the Follinses' loan, I had been involved in the purchasing of individual loans from Transamerica Home Loan ("Transamerica"). During the purchases of these loans, I often would deal with a Transamerica

employee named John Harder, who managed a portfolio of loans from which I made purchases.

4. At some point, Transamerica contacted me to see if I would be interested in purchasing this portfolio of approximately 63,000 loans. I became involved in negotiations to purchase the portfolio, and subsequently negotiated the terms of the purchase of the portfolio with Keith Van Damme, who was the President of Transamerica and Transamerica Home Loan Trust.

5. After due diligence, an asset Purchase Agreement was prepared, and I reviewed the same.

6. On July 29, 2002, I executed the Purchase Agreement. I received an executed copy of the Purchase Agreement, which is kept in Pacific Security's offices.

7. Attached hereto as Exhibit "A" is a copy of the first page and signature page of the Asset Purchase Agreement (with the redaction of confidential information),

8. I also received with the Purchase Agreement a Bill of Sale, which also had an appended Exhibit A that consisted of a complete list of the loans in the portfolio being purchased.

9. Attached hereto as Exhibit "B" is a copy of the Bill of Sale, and the page from the list of loans sold reflecting the Follins loan (also redacted to remove information on other loans).

10. Included in the list of loans in the portfolio was the loan to Harold Follins and Althea Follins.

11. Following closing of the purchase of the portfolio, Transamerica physically transferred the individual loan filed purchased to Pacific Security. The Follins loan file was among those delivered to Pacific Security.

12. John Harder also came over to Pacific Security at that time to manage the portfolio, as he had been doing so for five year prior to the sale. Mr. Harder still manages the portfolio to this day.

Signed under the pains and penalties of perjury this 31st day of May, 2005.

_____
Christopher Foreman

# PURCHASE AGREEMENT

THIS PURCHASE AGREEMENT, dated as of July 29 2002 (this "Agreement"), is by and between Transamerica Home Loan, a California corporation, and Transamerica Home Loan Trust, a New York business trust (collectively, the "Seller"), and Pacific Security, LLC, a Delaware limited liability company and Pacific Security 2, LLC, a Delaware limited liability company (collectively, the "Purchaser").

## RECITALS

A.    Seller desires to sell and Purchaser desires to purchase certain rights of Seller pursuant to certain consumer loans (both secured and unsecured) and retail installment sales contracts.

B.    In consideration of the mutual covenants and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

## AGREEMENT

Section 1.    **Agreement to Sell and to Purchase**. Subject to the terms and conditions of this Agreement, on August 22, 2002, or such other date as may be acceptable to both Seller and Purchaser (the "Closing Date"), Seller agrees to sell, assign, transfer, convey and deliver to Purchaser, and Purchaser agrees to purchase from Seller, the unsecured consumer loans, the secured consumer loans and the retail installment sales contracts included in the data tape referenced on Exhibit A to this Agreement, including, without limitation, all right, title and interest of Seller in and to any and all credit and collateral support documentation and other documents, instruments and agreements relating to such loans and contracts, all real and personal property (tangible and intangible) securing the obligations of the obligors thereunder, all rights and claims against third parties relating thereto, all rights to service, collect and otherwise administer such loans and contracts and any amounts paid or payable with respect to such loans and contracts (collectively, the "Accounts"). The purchase price (the "Purchase Price") for the Accounts to be purchased under this Agreement shall be [REDACTED] As used herein, "Closing" means the payment of the Purchase Price by Purchaser and delivery from Seller of (i) a bill of sale in the form of Exhibit B to this Agreement (the "Bill of Sale"), (ii) five hundred (500) executed and notarized blank assignments (490 from Transamerica Home Loan and 10 from Transamerica Home Loan Trust) in the form of Exhibit C attached hereto ("Assignments") and (iii) one hundred (100) fully-executed and notarized powers of attorney (90 from Transamerica Home Loan and 10 from Transamerica Home Loan Trust) in the form

130623.8 044313-21859

# EXHIBIT "A"

IN WITNESS WHEREOF, Purchaser and Seller have duly executed this Agreement as of the date first above written.

ATTEST:

*/s/ Sharon Bergren*

TRANSAMERICA HOME LOAN, a California corporation

By: *Keith Van Damme*
Name: Keith Van Damme
Title: President, CFO

ATTEST:

*/s/ Sharon Bergren*

TRANSAMERICA HOME LOAN TRUST, a New York business trust

By: *Keith Van Damme*
Name: Keith Van Damme
Title: President, CFO

ATTEST:

*/s/ Sharon Bergren*

PACIFIC SECURITY, LLC, a Delaware limited liability company

By: BOULDER CORPORATION, an Illinois corporation, its Manager

By: *[signature]*
Christopher Foreman, Manager

ATTEST:

*/s/ Sharon Bergren*

PACIFIC SECURITY 2, LLC, a Delaware limited liability company

By: BOULDER CORPORATION, an Illinois corporation, its Manager

By: *[signature]*
Christopher Foreman, Manager

130623.8 044313-21859

## BILL OF SALE

Sellers, **TRANSAMERICA HOME LOAN**, a California corporation, and **TRANSAMERICA HOME LOAN TRUST**, a New York business trust, in consideration of TEN AND NO/100 ($10.00) DOLLARS and other valuable consideration, receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over to Purchasers, **PACIFIC SECURITY, LLC**, a Delaware limited liability company, and **PACIFIC SECURITY 2, LLC**, a Delaware limited liability company, each of the Accounts listed on Exhibit A attached hereto, including, without limitation, (i) all documents, instruments, files and records pertaining thereto, (ii) all judgments entered, obtained or rendered with respect to the Accounts, and (iii) all rights to collect amounts owing under the Accounts and such judgments. For purposes of this Bill of Sale, the sole "Purchaser" of each the Accounts identified in Exhibit A as a "Code A" Account shall be Pacific Security, LLC and the sole "Purchaser" of each the Accounts identified in Exhibit A as a "Code B" Account shall be Pacific Security 2, LLC.

Initially capitalized terms used but not defined herein shall have the meaning assigned to such terms in that certain Purchase Agreement dated July 29, 2002, by and between Sellers and Purchasers.

IN WITNESS WHEREOF, Sellers have signed and sealed this Bill of Sale, this 1st day of October, 2002.

| TRANSAMERICA HOME LOAN, a California corporation | TRANSAMERICA HOME LOAN TRUST, a New York business trust |
|---|---|
| By: *Kevin Van Damme* <br> Title: *President* | By: *Keith Van Damme* <br> Title: *President* |

## EXHIBIT "B"

148246.2 044313-21859

Case 1:03-cv-12634-RBC     Document 54     Filed 05/31/2005     Page 7 of 9

STATE OF _Illinois_ )
                    ) ss.
COUNTY OF _Cook_ )

    I, the undersigned, a notary public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that _Keith Van Damme_ as the _President_ of **TRANSAMERICA HOME LOAN**, a California corporation, who is personally known to me to be the same person(s) whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he/she signed, sealed and delivered the said instrument as his/her free and voluntary act and as the act of the corporation for the uses and purposes therein set forth.

    Given under my hand and official seal this 1st day of October, 2002.



[SEAL]  OFFICIAL SEAL
BEATRICE K SJOHOLM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/20/03

                                        Notary Public

STATE OF _Illinois_ )
                    ) ss.
COUNTY OF _Cook_ )

    I, the undersigned, a notary public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that _Keith Van Damme_ as the _President_ of **TRANSAMERICA HOME LOAN TRUST**, a New York business trust, who is personally known to me to be the same person(s) whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he/she signed, sealed and delivered the said instrument as his/her free and voluntary act and as the act of the Trust for the uses and purposes therein set forth.

    Given under my hand and official seal this 1st day of October, 2002.

                                        Notary Public

OFFICIAL SEAL
BEATRICE K SJOHOLM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/20/03

148246.2 044313-21859

## Exhibit A to Bill of Sale

**(List of Accounts – Designating whether each is "Code A" or "Code B")**

148246.2 044313-21859

18827 101    22030-700173 2030-700173  8/31/1996 File Awaiting Review    41948.2    0   41948.2 FOLLINS  ALTHEA