UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03-12634-NMG |
| | ) |
| ALTHEA FOLLINS, HAROLD FOLLINS, | ) |
| AETNA FINANCE COMPANY d/b/a | ) |
| ITT FINANCIAL SERVICES, SECOND | ) |
| FEDERAL FUNDING, UNITED STATES | ) |
| OF AMERICA, and BAY STATE GAS, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES OF AMERICA'S
STATEMENT OF TAX DUE
IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**

The United States of America hereby files this statement of tax due pursuant to the Court's Order of June 7, 2005, and in response to the motions for summary judgment filed by Pacific Security as successor-in-interest to Aetna Finance Company and Harold and Althea Follins.

270506.1.

Harold and Althea Follins are indebted to the United States of America for unpaid federal income taxes and accruals in for the following years in the following amounts:

| Tax Year | Date of Assessment | Assessed Balance | Accrued Interest and Penalty | Balance Due as of June 10, 2005 |
|---|---|---|---|---|
| 1998 | 8/23/1999 | $1,516.82 | $1,071.12 | $2,587.94 |
| 1999 | 12/4/2000 | $3,511.78 | $1,867.09 | $5,378.87 |
| 2000 | 7/30/2001 | $861.28 | $356.38 | $1,217.66 |
| 2001 | 7/5/2004 | $7,386.38 | $871.67 | $8,258.05 |
| 2002 | 7/5/2004 | $7,680.86 | $941.56 | $8,622.42 |
| 2003 | 7/5/2004 | $3,881.23 | $543.16 | 4424.39 |

*See* Exhibit 1, Declaration of Debt.

The above assessment amounts are all based upon self-reported tax liabilities on returns filed by Harold and Althea Follins. The total amount due from Follinses is $30,489.33 plus statutory additions from June 10, 2005.

A lien arose on each of the above dates of assessment in favor of the United States against all property and rights to property of Harold and Althea Follins, including the funds deposited with the Court which are the subject of this action. *See* 26 U.S.C. Sec. 6321. Those liens remain valid and enforceable against the fund that is the subject matter of this action.

The United States does not dispute the asserted dates that liens arose that are stated by each of the other defendants in their answers to the complaint.

**Conclusion**

Should the Court determine that it can enter judgment on the basis of the motions for summary judgment pending before the Court, the United States requests that the Court determine the priority and amount of the claims of the parties to this action, and order the distribution of the fund to the defendants of such amounts in accordance with such priority.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney

　/S/ Glenn J. Melcher
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 16th day of June, 2005 a copy of the foregoing UNITED STATES OF AMERICA'S STATEMENT OF TAX DUE IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT was filed electronically. Notice of this filing will be sent to the parties by operation of the court's electronic filing system, and parties may access this filing through the Court's system. A copy also was sent by United States mail, postage prepaid, to the following:

Daniel P. Murphy
3 Courthouse Lane, Suite Four
Chelmsford, MA 01824

Kevin J. McCaughey, Esq.
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA 02124

Gordon Schultz, Esq.
Schultz & Company
One Washington Mall
Boston, MA 02108

Michelle L. Zaff, Esq.
Kerstein, Coren, Lichtenstein and Finkel, LLC
233 Needham Street, 5th Floor
Newton, MA 02464

    /S/ Glenn J. Melcher
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

270506.1.