UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALTHEA FOLLINS, HAROLD FOLLINS, )<br>AETNA FINANCE COMPANY d/b/a )<br>ITT FINANCIAL SERVICES, SECOND )<br>FEDERAL FUNDING, UNITED STATES )<br>OF AMERICA, and BAY STATE GAS, )<br>)<br>Defendants. ) | Case No. 03-12634-NMG |

### DECLARATION OF DEBT

I, Laura A. Martin, pursuant to 28 U.S.C. § 1746, declare that:

1. I am an Advisor in the Collection Technical Services Group, Internal Revenue Service, P.O. Box 9112, Stop 20800, Boston, Massachusetts.

2. That I have reviewed the IRS computer files relating to the tax liabilities of Althea and Harold Follins.

3. The IRS computer files indicate that Althea and Harold Follins are indebted to the United States for unpaid federal income taxes for the following years and in the following amounts:

307611.1
309860.1

| Tax Year | Date of Assessment | Assessed Balance | Accrued Interest and Penalty | Balance Due as of June 10, 2005 |
|---|---|---|---|---|
| 1998 | 8/23/1999 | $1,516.82 | $1,071.12 | $2,587.94 |
| 1999 | 12/4/2000 | $3,511.78 | $1,867.09 | $5,378.87 |
| 2000 | 7/30/2001 | $861.28 | $356.38 | $1,217.66 |
| 2001 | 7/5/2004 | $7,386.38 | $871.67 | $8,258.05 |
| 2002 | 7/5/2004 | $7,680.86 | $941.56 | $8,622.42 |
| 2003 | 7/5/2004 | $3,881.23 | $543.16 | $4,424.39 |

4.  The above assessment amounts are all based upon self-reported tax liabilities on returns filed by Harold and Althea Follins. The total amount of the above-listed unpaid tax and statutory accruals as of June 10, 2005 is $30,489.33.

5.  Statutory interest and penalties continue to accrue from June 10, 2005.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this ___16th___ day of June, 2005, at Boston, Massachusetts.

*Laura A. Martin*
Laura A. Martin
Advisor
Technical Services
Badge 04-02848

307611.1