# United States District Court
# District of Massachusetts

NEW HAVEN SAVINGS BANK,
       Plaintiff,

    V.                      CIVIL ACTION NO. 2003-12634-RBC[1]

ALTHEA FOLLINS,
HAROLD FOLLINS,
AETNA FINANCE COMPANY d/b/a
    ITT FINANCIAL SERVICES,
SECOND FEDERAL FUNDING,
UNITED STATES OF AMERICA,
BAY STATE GAS,
       Defendants.

## *ORDER FOR DEPOSIT OF FUNDS*

COLLINGS, U.S.M.J.

      Pursuant to Local Rule 67.2 as amended, effective November 1, 2005, it is hereby ORDERED that the funds which have been deposited in the registry of the court in a non-interest bearing account in the above entitled action be transferred to interest bearing instruments in the Court Registry Investment System (CRIS) administered through the United States District Court for the

---

[1] On October 13, 2004, this case was reassigned to the undersigned United States Magistrate Judge with the parties' consent pursuant to Title 28, U.S.C. § 636(c).

Southern District of Texas.  The transfer of funds in the amount of $103, 165.62 will take place on or after November 1, 2005.

Questions concerning the deposit of funds with the court may be directed to Christine Karjel, Financial Administrator at 617-748-9134.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

Date:  September 26, 2005.