UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>        Plaintiff<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES,<br>SECOND FEDERAL FUNDING,<br>UNITED STATES OF AMERICA, AND<br>BAY STATE GAS<br><br>        Defendants | Case No. 03-12634 – RCL |

MOTION TO ALTER/AMEND JUDGMENT AND FOR RECONSIDERATION
PURSUANT TO FED.R.CIV.P. 59(e)

Pursuant to Fed.R.Civ.P.59(e), the Defendants/Plaintiffs-in-Counterclaim, Althea Follins and Harold Follins (hereinafter collectively the FOLLINSES), hereby move to alter or amend that portion of the May 24, 2006 Summary Judgment ruling entered herein with respect to the applicability of G.L.c. 260, §1.

In support thereof, the FOLLINSES submit the following:

1. Affidavit of Gordon N. Schultz, Esq. with Exhibits

2. Memorandum of Law

As grounds, more particularly addressed in the companion Memorandum of Law, the FOLLINSES submit that PACIFIC SECURITY has failed, as a matter of law, to sustain the burdens imposed upon PACIFIC SECURITY to establish the timeliness of its claim and the other relevant subsidiary facts needed to do so.

1

WHEREFORE, the FOLLINSES respectfully request that this honorable Court (1) reverse its rulings and deny PACIFIC SECURITY'S Motion for Summary Judgment; (2) grant the FOLLINSES Cross-Motion for Summary Judgment; (3) enter an Order determining and establishing the FOLLINSES' right to receive the surplus proceeds now being held by this Court based upon their claims thereto being superior to the claims of any other party in this action; (4) enter an Order directing the Clerk of this Court to remit those funds to Gordon N. Schultz, Esq., as counsel for the FOLLINSES; and (5) grant such other and further relief as is just and proper.

    Respectfully submitted

    Althea Follins and Harold Follins
    By their attorneys

    <u>s/Gordon N. Schultz</u>
    BBO #447600
    Schultz & Company
    One Washington Mall
    Boston, MA 02108
    617.723.9090
    SchultzCompany@aol.com

Dated: June 1, 2006