UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>        Plaintiff<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES,<br>SECOND FEDERAL FUNDING,<br>UNITED STATES OF AMERICA, AND<br>BAY STATE GAS,<br><br>        Defendants | Case No. 03-12634 - RCL |

AFFIDAVIT OF GORDON N. SCHULTZ, ESQ.
IN SUPPORT OF MOTION OF HAROLD AND ALTHEA FOLLINS TO ALTER
/AMEND JUDGMENT AND FOR RECONSIDERATION OF ORDER GRANTING
SUMMARY JUDGMENT FOR PACIFIC SECURITY
PURSUANT TO FED.R.CIV.P. 59(e)

Now come the undersigned, Gordon N. Schultz, Esq., and, on oath, deposes and states as follows:

1. I am an attorney and a Member of the Bar of the Commonwealth of Massachusetts, having been licensed to practice since November of 1969.

2. I am counsel of record to the Defendants Althea and Harold Follins (hereinafter the "FOLLINSES") in this action.

3. I make this Affidavit in support of the FOLLINSES' Motion to Alter/Amend Judgment.

2

4. The purpose of this Affidavit is to place before the Court certain documents of Pacific Security LLC (hereinafter PACIFIC) obtained during the discovery phase of this proceeding.

5. Attached hereto as Exhibit "1" is a true and accurate copy of a mortgage note signed by the FOLLINES with AETNA/ITT a few weeks prior to the loan at issue.

6. Attached hereto as Exhibit "2" is a true and accurate copy of a Financial Statement executed by the FOLLINSES on September 10, 1987 concurrently with the loan.

Signed under pains and penalties of perjury this 1st day of June 2006.

                                                                                          s/Gordon N. Schultz_____
                                                                                           Gordon N. Schultz