# FINANCIAL STATEMENT FOR PURPOSE OF OBTAINING A LOAN OR OTHER EXTENSION OF CREDIT

It is unlawful to discriminate against any person on the basis of race, color, religion, national origin, sex, marital status, or age (provided applicant has capacity to contract), because all or part of applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act or any State Law upon which an exemption has been granted by the Federal Reserve Board.

## INSTRUCTIONS TO APPLICANT

1. This statement to be completed in its entirety in your own handwriting.
2. Do not omit any debts, judgments or other liabilities, including co-maker obligations, delinquent alimony or child support payments, tax liens, or disputed accounts, or other debts.
3. You may take as much time as necessary to complete this form.
4. No employee of the Lender has any right or authority to suggest or demand that you omit any indebtedness or that you include as an asset any money or property which does not belong to you.

**NOTICE** - Prior to completing this form, read the following notices:
A. A false Financial Statement may prevent this loan, or a later refinancing thereof, from being discharged in the event of Bankruptcy.
B. With respect to a refinancing - a false Financial Statement may prevent the discharge in Bankrputcy of the entire obligation and not only a portion thereof.
C. The Lender will rely in whole or in part on the below representation as a basis for its extension of credit.

**TO: ITT Financial Services**

For the purpose of obtaining a loan or other extension of credit either as principal, co-maker or guarantor, I hereby make the following statement:

1. My total debts are as follows:

| Type | NAME OF CREDITOR | MONTHLY PAYMENT | AMOUNT OF DEBT |
|---|---|---|---|
| BANKS, CREDIT UNIONS AND FINANCE COMPANIES (INCLUDING ACCOUNTS WITH THIS LENDER) | ITT | $196. | $4900 |
| | ITT | $326. | $23,000 |
| MORTGAGE COMPANIES: (HOUSE, LAND, AUTO, TRUCK, ETC.) | Mariner Mortgage 1983 Mercury | $987 | $91,000 |
| RETAIL STORES: (DEPARTMENT, HARDWARE, DRUG STORE, ETC.) | | | |
| JUDGMENTS AGAINST YOU: | | | |
| ALL OTHER DEBTS: (DOCTOR, FUEL, GROCERY, PHONE, UTILITIES, CREDIT CARDS, ETC.) | | | |

(Please state whether you have any other debts:)

IF ADDITIONAL SPACE IS REQUIRED, USE ANOTHER COPY OF THIS FORM. **TOTAL OF ALL DEBTS AND CLAIMS $** _____

*(Indicate with an "X" those obligations to be paid with the proceeds of this loan).*

2. My total assets are as follows:

| TYPE | DESCRIPTION | VALUE |
|---|---|---|
| REAL ESTATE: | | $160,000 |
| VEHICLES: | 1983 Mercury Marq | $8,000 |
| HOUSEHOLD GOODS: | | |
| CASH, SAVINGS, AND OTHER ASSETS: | | |
| | **TOTAL OF ALL ASSETS** $ | |

3. My total net monthly income from wages, tips, and salary is $ _____ I understand that alimony, child support or separate maintenance income need not be revealed if I do not want to have it considered as a basis for repaying this obligation. If I want that income considered, it is $ _____ for total monthly income of $ _____. Received under ☐ Court order ☐ Written agreement ☐ Oral understanding.

4. I have never filed for bankruptcy under Chapter 7, 13, or 11 of the Bankruptcy Code (if "never", so state; if answer other than "never", state year and location where you filed: Never

I represent that the above information and the information provided for my application is true and complete to the best of my knowledge. I realize that the Lender is relying on these statements in making this loan.

A consumer report may be requested in connection with my application. You are authorized to check my credit and employment history and to answer questions about your credit experience with me.

Account Number: _____  Date: 9/10/87

_Althea Fellure_ BORROWER

_Leslie_ WITNESS

_____ BORROWER

GEN-1031 Rev. 2/87 © ITTCFC, 1987



**NOTE and SECURITY AGREEMENT**

| ACCOUNT NO. | DUE DATE | | DATE OF LOAN |
|---|---|---|---|
| 29465451 | 15 | | 09/15/87 |

NAME AND ADDRESS OF BORROWER (YOU): ALTHEA FOLLINS, 5 LORI LANE, RANDOLPH, MA 02368-5243

CO-BORROWER (YOU): HARALD

| $ PREPAID FIN. CHARGE (LOAN FEE) | $ INTEREST (ESTIMATED) | AMOUNT FINANCED | FINANCE CHARGE |
|---|---|---|---|
| 2315.13 | 50598.46 | 52913.59 | |

| CANCELLATION DATE | ACCRUAL DATE | | | TOTAL OF PAYMENTS |
|---|---|---|---|---|
| 09/14/87 | 09/15/87 | | | |

NOTE RATE OF INTEREST %: 16.00

ANNUAL PERCENTAGE RATE: 16.60 %

FEDERAL DISCLOSURE STATEMENT

EXPLANATION OF TERMS
[text obscured]



### ITEMIZATION OF THE AMOUNT FINANCED

| | | | |
|---|---|---|---|
| Amount given to you directly | $ 1441.95 | Insurance Company: | |
| Amount paid on your account | $ 23732.55 | Title Insurance | $ -0- |
| Amounts paid to others on your behalf: see below: | | Credit Life | $ -0- |
| Public Officials (filing/recording fee) | $ 50.50 | Credit Disability | $ -0- |
| Bank of Boston & Althea Follins | $ 60.00 | Property | $ 0 |
| Itt Finance & Althea Follins | $ 5205.76 | | $ |
| Larry Dub & Althea Follins | $ 225.00 (attorney Fees) | | $ |
| Larry Dub & Althea Follins | $ 70.65 (title Ins.) | | $ |
| | | Prepaid Finance Charge | $ 2315.13 |

### PROMISSORY NOTE

"You" means each Borrower.

**REPAYMENT**

You promise to pay to Lender the Prepaid Finance Charge and the Amount Financed, together with interest on the unpaid balance of the Amount Financed at the note rate of interest shown above until fully paid. You will pay principal and interest in consecutive monthly payments shown above beginning on the first payment due date and on the same day of each following month. Your last payment will be equal to the entire amount remaining unpaid, including earned interest, and it is due on the last payment due date. If any payment is not paid when due, the unpaid principal balance of the Amount Financed will continue to earn interest at the Agreed Rate of Interest stated herein. Lender will apply each payment first to any earned interest and the rest of the payment will be applied to the unpaid balance of the Amount Financed and the Prepaid Finance Charge until the loan is paid in full. This Note is secured by a mortgage on real property of this same date.

**DEFAULT**

If you fail to make any payment when due or if you fail to perform any provision of any mortgage which secures this Note, then you will be in default on this loan. Upon default Lender may, without notice, require that you pay immediately the entire unpaid balance of the Amount Financed and the Prepaid Finance Charge plus earned interest. If this Note and the mortgage securing it are referred to an attorney for collection or foreclosure, you agree to pay actual and reasonable attorney's fees and foreclosure costs as permitted by law.

If one-half or more of a payment is unpaid fifteen (**15**) or more days after the due date, you will pay a late charge equal to five cents (**5¢**) for each dollar of the amount that is unpaid.

**PREPAYMENT**

You may prepay in full or in part at any time. If you prepay in full within one (**1**) year of the date of this loan, you will pay a prepayment penalty of **2%** of the balance due.

No portion of the Prepaid Finance Charge will be refunded.

You understand that if Lender allows a greater time for payment of all or any part of the amount owing on this Note, this will not change the liability of anyone signed on this Note or of any surety or guarantor of this Note.

You will pay a **$5.00** charge each time a check or draft given in payment of this loan is returned unpaid due to insufficient funds.

**APPLICABLE STATE LAW**

The Lender is licensed under and this loan is made according to Section 19-25.2 of the General Laws of Rhode Island, 1956 as amended. Lender may make adjustments to avoid payment of any charges greater than those authorized.

| | | | |
|---|---|---|---|
| Amount paid on your account | $ 23732.55 | Title Insurance | $ -0- |
| Amounts paid to others on your behalf | | Credit Life | $ -0- |
| Public Officials (filing/recording fee) | $ 50.50 | Credit Disability | $ -0- |
| Bank of BOston & Althea Follins | $ 60.00 | Property | $ -0- |
| Itt Finance & Althea Follins | $ 5205.76 | | $ |
| Larry Dub & Althea Follins | $ 225.00 (attorney Fees) | | $ |
| Larry Dub & Althea Follins | $ 70.65 (title Ins.) | Prepaid Finance Charge | $ 2315.13 |



## PROMISSORY NOTE

"You" means each Borrower.

### REPAYMENT

You promise to pay to Lender the Prepaid Finance Charge and the Amount Financed, together with interest on the unpaid balance of the Amount Financed at the note rate of interest shown above until fully paid. You will pay principal and interest in consecutive monthly payments shown above beginning on the first payment due date and on the same day of each following month. Your last payment will be equal to the entire amount remaining unpaid, including earned interest, and it is due on the last payment due date. If any payment is not paid when due, the unpaid principal balance of the Amount Financed will continue to earn interest at the Agreed Rate of Interest stated herein. Lender will apply each payment first to any earned interest and the rest of the payment will be applied to the unpaid balance of the Amount Financed and the Prepaid Finance Charge until the loan is paid in full. This Note is secured by a mortgage on real property of this same date.

### DEFAULT

If you fail to make any payment when due or if you fail to perform any provision of any mortgage which secures this Note, then you will be in default on this loan. Upon default Lender may, without notice, require that you pay immediately the entire unpaid balance of the Amount Financed and the Prepaid Finance Charge plus earned interest. If this Note and the mortgage securing it are referred to an attorney for collection or foreclosure, you agree to pay actual and reasonable attorney's fees and foreclosure costs as permitted by law.

If one-half or more of a payment is unpaid fifteen **(15)** or more days after the due date, you will pay a late charge equal to five cents **(5¢)** for each dollar of the amount that is unpaid.

### PREPAYMENT

You may prepay in full or in part at any time. If you prepay in full within one **(1)** year of the date of this loan, you will pay a prepayment penalty of **2%** of the balance due.

No portion of the Prepaid Finance Charge will be refunded.

You understand that if Lender allows a greater time for payment of all or any part of the amount owing on this Note, this will not change the liability of anyone signed on this Note or of any surety or guarantor of this Note.

You will pay a **$5.00** charge each time a check or draft given in payment of this loan is returned unpaid due to insufficient funds.

### APPLICABLE STATE LAW

The Lender is licensed under and this loan is made according to Section 19-25.2 of the General Laws of Rhode Island, 1956 as amended. Lender may make adjustments to avoid payment of any charges greater than those authorized.

## 5 SECURITY AGREEMENT:
To secure payment and performance of the note and all renewals and extensions, you grant a security interest to the Secured Party in your real estate referenced above.

**SEE REVERSE SIDE FOR TERMS OF THIS SECURITY AGREEMENT.**

By signing only on this line, you agree with the Lender that you are not obligated on the Promissory Note. You only grant to the Secured Party a security interest in the collateral.

If the proceeds of this loan are applied in whole or in substantial part to a purchase of goods or services from a seller who referred you to the Lender, then the notice on the reverse side applies.

You agree to all the terms and conditions on both sides. You received a completed copy of this at the time the loan was made. Do not sign unless you approve of the above disbursements of the money you are borrowing including any insurance purchased.

## 6 IF THIS LOAN CONTRACT IS PREPAID IN FULL, THE LOAN FEES OR "POINTS" SHALL NOT BE SUBJECT TO ANY REFUND.

| WITNESS (Signature and Printed Name) | BORROWER | BORROWER |
|---|---|---|
| *Leslie Saunders* | *[signature]* | *[signature]* |
| WITNESS (Signature and Printed Name) BRIAN PEARSON | BORROWER | BORROWER |

1510 Rev. 9/87   © ITTCFC, 1987   SEE REVERSE SIDE FOR ADDITIONAL INFORMATION