UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,   )<br>  )<br>   Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ALTHEA FOLLINS, HAROLD FOLLINS,   )<br>AETNA FINANCE COMPANY, d/b/a ITT   )<br>FINANCIAL SERVICES, SECOND   )<br>FEDERAL FUNDING, UNITED STATES   )<br>OF AMERICA, and BAY STATE GAS,   )<br>  )<br>   Defendants.   )<br>  ) | Case No. 03-12634 |

**PACIFIC SECURITY, LLC'S OPPOSITION TO
ALTHEA AND HAROLD FOLLINS' MOTION TO
ALTER/AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

Now comes the Defendant, Plaintiff-in-Crossclaim, Pacific Security, LLC (hereinafter "Pacific Security"), and respectfully files this Opposition to Althea and Harold Follinses' Motion to Amend/Alter Judgment and for Reconsideration Pursuant to Fed. R. Civ. P. 59(e).

As grounds for its opposition, Pacific Security states that there is no factual or legal basis for the Follinses' contention that the promissory note executed by them was not properly attested within the meaning of Mass. Gen. L. ch. 260, § 1, as is discussed more fully in the Memorandum of Law filed herewith.

WHEREFORE, Pacific Security respectfully requests that the Court deny the Follinses' Motion to Alter/Amend Judgment and for Reconsideration Pursuant to Fed. R. Civ. P. 59(e), and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

AETNA FINANCE COMPANY, d/b/a
ITT FINANCIAL SERVICES, by its
successor in interest,
PACIFIC SECURITY, LLC,
By its attorney,


/s/Daniel P. Murphy
Daniel P. Murphy (BBO# 559440)
3 Courthouse Lane, Suite 4
Chelmsford, Massachusetts  01824
(978) 459-9888


Dated: June 6, 2006