UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>Plaintiff<br><br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES,<br>SECOND FEDERAL FUNDING,<br>UNITED STATES OF AMERICA, AND<br>BAY STATE GAS<br><br>Defendants/Plaintiffs<br>in Counterclaim | Case No. 03-12634 – RCL |

MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION
OF PACIFIC SECURITY, LLC

The Defendants/Plaintiffs-in-Counterclaim, Althea Follins and Harold Follins (hereinafter collectively the FOLLINSES), hereby request leave to file the companion four (4)-page Reply to the Rule 59(e) Opposition of Pacific Security, LLC.

As grounds, the FOLLINSES represent that the Reply is brief and primarily designed to correct certain mischaracterizations made by Pacific Security's counsel relative to the issues. Doing so will undoubtedly be of assistance to the Court and without prejudice to Pacific Security.

WHEREFORE, the FOLLINSES request that their within Motion be allowed and for such other relief as is appropriate.

1

        Respectfully submitted,

        Althea Follins and Harold Follins
        By their attorneys

        <u>/s/Gordon N. Schultz</u>
        BBO #447600
        Schultz & Company
        One Washington Mall
        Boston, MA 02108
        (t) 617.723.9090
        SchultzCompany@aol.com

Dated: June 9, 2006