# United States District Court
# District of Massachusetts

NEW HAVEN SAVINGS BANK,
    Plaintiff,

v.                        CIVIL ACTION NO. 2003-12634-RBC[1]

ALTHEA FOLLINS,
HAROLD FOLLINS,
AETNA FINANCE COMPANY d/b/a
    ITT FINANCIAL SERVICES,
SECOND FEDERAL FUNDING,
UNITED STATES OF
    AMERICA,
BAY STATE GAS,
PACIFIC SECURITY, LLC,
    Defendants.

## JUDGMENT



COLLINGS, U.S.M.J.

    This case came on for a decision on Pacific Security, LLC's Motion for Summary Judgment (#37). In accordance with a Memorandum and Order,

---

[1] With the parties' consent on October 13, 2004, this case was referred and reassigned to the undersigned for all proceedings including trial and the entry of judgment to 28 U.S.C. §636(c).

Etc. (#65) entered May 24, 2006,

IT IS ORDERED AND ADJUDGED:

    Judgment in favor of Pacific Security, LLC, in the amount of one hundred three thousand one hundred sixty-five dollars and sixty-two cents ($103,165.62) and any additional interest earned while on deposit in the Court Registry Investment System.

    Judgment dismissing all other claims, counterclaims and cross-claims.

/s/ ROBERT B. COLLINGS
ROBERT B. COLLINGS
United States Magistrate Judge

Dated at Boston, Massachusetts
this 19th day of June, 2006.