UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW HAVEN SAVINGS BANK,<br><br>              Plaintiff<br>v.<br><br>ALTHEA FOLLINS, HAROLD FOLLINS,<br>AETNA FINANCE COMPANY D/B/A<br>ITT FINANCIAL SERVICES,<br>SECOND FEDERAL FUNDING,<br>UNITED STATES OF AMERICA, AND<br>BAY STATE GAS<br><br>              Defendants | Case No. 03-12634 – RCL |

NOTICE OF WITHDRAWAL OF APPEAL OF ALTHEA AND HAROLD FOLLINS

The Defendants Althea Follins and Harold Follins hereby withdraw their appeal to the First Circuit Court of Appeals from the following Judgment and Rulings of this Court by Collings, U.S.M.J.:

   1.  The June 19, 2006 Judgment in favor of Pacific Security LLC in the amount of $103,165.62 relative to the Memorandum and Order on Pacific Security LLC's Motion for Summary Judgment and Cross-Motion for Summary Judgment of Althea and Harold Follins; and

   2.  The June 15, 2006 denial of Althea and Harold Follinses' Motion to Alter/Amend Judgment and for Reconsideration pursuant to Fed.R.Civ.P. 59(e).

                                                      Respectfully submitted
                                                      Althea Follins and Harold Follins
                                                      By their attorneys

                         .                                  s/Gordon N. Schultz
                                                      BBO #447600
                                                      Schultz & Company
                                                      One Washington Mall
                                                      Boston, MA 02108
                                                      617.723.9090
                                                      SchultzCompany@aol.com

Dated: July __, 2006